1  MICHAEL R. SEW HOY (Cal. Bar No. 243391)
   Email:  sewhoym@sec.gov
2  CHARLES E. CANTER (Cal. Bar No. 263197)
   Email:  canterc@sec.gov
3  DOHOANG T. DUONG (Cal. Bar No. 219127)
   Email:  duongdo@sec.gov
4
   Attorneys for Plaintiff
5  Securities and Exchange Commission
   Michele Wein Layne, Regional Director
6  Katherine Zoladz, Associate Regional Director
   Amy J. Longo, Regional Trial Counsel
7  444 S. Flower Street, Suite 900
   Los Angeles, California 90071
8  Telephone: (323) 965-3998
   Facsimile: (213) 443-1904
9

10                   **UNITED STATES DISTRICT COURT**

11                   **CENTRAL DISTRICT OF CALIFORNIA**

12                            **Western Division**

13   SECURITIES AND EXCHANGE          Case No. 2:20-cv-01402-ODW-JEM
     COMMISSION,
14                                     **EXHIBITS 51-60 TO THE**
                                       **DECLARATION OF MICHAEL R.**
15            Plaintiff,               **SEW HOY IN SUPPORT OF**
                                       **PLAINTIFF SECURITIES AND**
16        vs.                          **EXCHANGE COMMISSION'S**
                                       **MOTION FOR PARTIAL**
17   CRITERION WEALTH                  **SUMMARY JUDGMENT**
     MANAGEMENT INSURANCE             **(DKT. NO. 42)**
18   SERVICES, INC.; ROBERT ALLEN
     GRAVETTE; and MARK ANDREW
19   MACARTHUR,

20            Defendants.

21            .

22

23

24

25

26

27

28