CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
DOHOANG T. DUONG (Cal. Bar No. 219127)
Email: duongdo@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katherine Zoladz, Associate Regional Director
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC.; ROBERT ALLEN GRAVETTE; and MARK ANDREW MACARTHUR<br><br>Defendants. | Case No. 2:20-cv-01402-SPG-JEM<br><br>**DECLARATION OF CHARLES E. CANTER IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JANE JARCHO**<br><br>Date: February 22, 2023<br>Time: 1:30 p.m.<br>Ctrm: 5C<br>Judge: Hon. Sherilyn Peace Garnett |

I, Charles E. Canter, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice law by the State Bar of California and by this Court. I am currently a Trial Counsel with Plaintiff Securities and Exchange Commission's ("SEC") Los Angeles Regional Office. I have personal knowledge of the matters set forth herein, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

2. I make this declaration in support of the SEC's accompanying Motion to Exclude Expert Testimony of Jane Jarcho.

3. Attached hereto as **Exhibit A** is a true and correct copy of the expert report of Jane Jarcho ("Ms. Jarcho"), which was previously marked as Exhibit 166 during the deposition of Ms. Jarcho.

4. Attached hereto as **Exhibit B** is a true and correct copy of the expert report of Sunil Wahal, Ph.D. ("Dr. Wahal"), which was previously marked as Exhibit 1001 during the deposition of Dr. Wahal.

5. Attached hereto as **Exhibit C** is a true and correct copy of the rebuttal report of Ms. Jarcho, which was previously marked as Exhibit 167 during the deposition of Ms. Jarcho.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition of Ms. Jarcho taken on November 9, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on January 25, 2023, in Los Angeles, California.

Respectfully submitted,

*/s/ Charles E. Canter*
CHARLES CANTER
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 25, 2023, I caused to be served the document entitled **DECLARATION OF CHARLES E. CANTER IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JANE JARCHO** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 25, 2023

*/s/ Charles E. Canter*
Charles E. Canter

***SEC v. Criterion Wealth Management Insurance Services, Inc., et al.***
**United States District Court for the Central District of California**
**Case No. 2:20-cv-01402-ODW-JEM**

**<u>SERVICE LIST</u>**

Kenneth E. Yeadon, Esq.
Hinshaw & Culbertson LLP
151 N. Franklin Blvd., Ste. 2500
Chicago, IL 60606
Email: kyeadon@hinshawlaw.com
***Attorney for Defendants Criterion Wealth Management Insurance Services, Inc., and Robert Allen Gravette***

Jeffrey R. Thomas, Esq.
Thomas Law LLC
3773 Cherry Creek North Dr., Ste. 717
Denver, CO 80209
Email: jthomas@thomaslawllc.com
***Attorney for Defendant Mark Andrew MacArthur***