Kenneth E. Yeadon Ill. Bar No. 6273281
Email: kyeadon@hinshawlaw.com
Attorney for Defendants Criterion Wealth
Management Insurance Services, Inc. and
Robert Allen Gravette
Hinshaw & Culbertson LLP
151 N. Franklin Blvd., Ste. 2500
Chicago, Illinois 60606
Telephone:  (312) 704-3524
Facsimile:   (312) 704-3000

JEFFREY R. THOMAS (Cal Bar. No. 179327)
Email: jthomas@thomaslawllc.com
Thomas Law LLC
3801 E Florida Ave, Ste. 107
Denver, Colorado 80210
Telephone: 720.330.2805
Attorney for Defendant Mark A. MacArthur

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC., et al.<br><br>　　　　Defendants. | **Case No. 2:20-cv-01402-SPG-JEM**<br><br>**DEFENDANTS CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC., ROBERT A. GRAVETTE AND MARK A. MACARTHUR'S JOINT WITNESS LIST**<br><br>Ctrm:　5C<br>Judge:　Hon. Sherilyn Peace Garnett<br><br>Pre-Trial Conf. Date:　4/26/2023<br>Trial Date:　　　　　　5/16/2023 |

1

Defendants Criterion Wealth Management Insurance Services, Inc., Robert A. Gravette, and Mark A. MacArthur submit their Joint Witness List pursuant to L.R. 16-5.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Robert Gravette<br>c/o attorney Ken Yeadon | Will testify as to all matters at issue. Unique in that he is a named defendant. | By declaration | | |
| Mark A. MacArthur<br>c/o attorney Jeff Thomas | Will testify as to all matters at issue. Unique in that he is a named defendant. | By declaration | | |
| *Dan Dumas<br>502-727-6217<br>dan@redbuffalo.co | Will testify as to communications with Gravette. Unique in that some communications occurred individually | By declaration | | |
| *Jim Johnston<br>208-368-7937<br>onedrjay@earthlink.com | Will testify as to communications with Gravette. Unique in that some communications occurred individually | By declaration | | |
| *Luciano Pilato<br>luciano@spolymers.com | Will testify as to communications with MacArthur. Unique in that | By declaration | | |

2

| | | | |
|---|---|---|---|
| 661-645-1325 | some communications occurred individually | | |
| *Dr. Felix Martin del Campo DDS<br>felix@lightspeed.net<br>559-972-0270 | Will testify as to communications with MacArthur. Unique in that some communications occurred individually | By declaration | |
| *Dr. James Peterson PhD<br>jim.peterson41@yahoo.com<br>818-346-6333 | Will testify as to communications with MacArthur. Unique in that some communications occurred individually | By declaration | |
| *David Smestuen, Coyle Financial Counsel<br>c/o John S. Monical, Lawrence Kamin, LLC, 300 Wacker Drive, Suite 500, Chicago, IL 60606 | Will testify that non-Criterion client investors in T2 SREI and T2 AOFIV paid advisory fees. Unique in that he is the only testifying representative of adviser to non-Criterion client investors | By deposition | |
| Jane Jarcho<br>c/o attorneys Ken Yeadon and Jeff Thomas | Will testify consistent with her expert report. Unique in that she is the only expert testifying to opinions disclosed in her expert report | By deposition | |

*Indicates that witness will be called only if the need arises.

3

Defendants reserve the right to revise this list and the information set forth on this list.

DATED: March 22, 2023

HINSHAW & CULBERTSON LLP

/s/Kenneth E. Yeadon
Kenneth E. Yeadon
*Attorneys for Defendants Criterion Wealth Management Services, Inc. and Robert A. Gravette*


THOMAS LAW LLC

/s/ Jeffrey R. Thomas
Jeffrey R. Thomas
*Attorney for Defendant Mark A. MacArthur*