CHARLES CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
DANIEL S. LIM (Cal. Bar No. 292406)
Email: limda@sec.gov
DOHOANG T. DUONG (Cal. Bar No. 219127)
Email: duongdo@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katherine Zoladz, Associate Regional Director
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC.; ROBERT ALLEN GRAVETTE; and MARK ANDREW MACARTHUR,

Defendants.

Case No. 2:20-cv-01402-SPG-JEM

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S WITNESS LIST**

Pre-Trial Conf. Date: April 26, 2023
Trial Date: May 16, 2023

Judge: Hon. Sherilyn Peace Garnett

Pursuant to L.R. 16-5, Plaintiff Securities and Exchange Commission ("SEC") hereby submits the following witness list.

| **Witness's Name, Title, Affiliation ("*" indicates witness will be called only if necessary)** | **Summary of Testimony / Why Testimony Is Unique** | **Direct Exam (Hours)** | **Cross Exam (Hours)** | **Dates of Testimony** |
|---|---|---|---|---|
| Jeff Baxter, Vice President, T2 Capital Management, LLC / T2 Realty Capital Management, LLC ("T2") | Will testify on T2's funds, operations, and relationship with Defendants and their clients | N/A—direct testimony will be submitted by declaration | 0.5 hour | |
| Jeffrey D. Brown, Chief Executive Officer and Chief Investment Officer, T2 | Will testify on T2's funds, operations, and relationship with Defendants and their clients | N/A | 1.0 hour | |
| John Felker, Associate, T2 | Will testify on T2's funds, operations, and relationship with Defendants and their clients | N/A | 0.5 hour | |
| Linda Searcy, Chief Operations Officer, T2 | Will testify on T2's funds, operations, and relationship with Defendants and their clients | N/A | 1.0 hour | |
| John W. Southard, Founder and principal, T2 | Will testify on T2's funds, operations, and relationship with Defendants and their clients | N/A | 0.5 hour | |
| Daniel Niednagel*, Principal, Bird Rock | Will testify on Bird Rock's funds, operations, and relationship with | N/A | 0.5 hour | |

| | | | | |
|---|---|---|---|---|
| Management, LLC ("Bird Rock") | Defendants and their clients | | | |
| Stephen P. Niednagel*, Principal, Bird Rock | Will testify on Bird Rock's funds, operations, and relationship with Defendants and their clients | N/A | 0.5 hour | |
| James ("Jeff") Simpson, Executive Vice President & Director, Ausdal Financial Partners, Inc. ("Ausdal") | Will testify on Ausdal's products, operations, and relationship with Defendants and their clients | N/A | 0.5 hour | |
| Nathan David Westcomb*, Chief Compliance Officer, Ausdal | Will testify on Ausdal's products, operations, and relationship with Defendants and their clients | N/A | 0.5 hour | |
| Robert Allen Gravette, President, Chief Investment Officer Chief Compliance Officer & Owner, Criterion Wealth Management Insurance Services, Inc. ("Criterion") | Will testify on Criterion's products, operations, finances, compliance policies and procedures, disclosures, and relationship with Defendants and their clients | 3.0 hours—the SEC intends to call Gravette as part of its case in chief and examine them by leading questions pursuant to Fed. R. Evid. 611(c) | N/A | |
| Mark Andrew MacArthur, former Chief Investment Officer & Co- | Will testify on Criterion's products, operations, finances, disclosures, and relationship with | 3.0 hours—the SEC intends to call Gravette as part of its | N/A | |

| | | | | |
|---|---|---|---|---|
| owner, Criterion | Defendants and their clients | case in chief and examine them by leading questions pursuant to Fed. R. Evid. 611(c) | | |
| Zachary Herbert*, former Chief Investment Officer, Criterion | Will testify on Criterion's products, operations, finances, disclosures, and relationship with Defendants and their clients | N/A | 0.5 hour | |
| Yumiko Odama*, former Administrative Assistant, Criterion | Will testify on Criterion's products, operations, finances, disclosures, and relationship with Defendants and their clients | N/A | 0.5 hour | |
| Jason Stauffer*, former Chief Operating Officer & Chief Compliance Officer, Criterion | Will testify on Criterion's products, operations, finances, disclosures, and relationship with Defendants and their clients | N/A | 0.5 hour | |
| David Chow*, former client, Criterion | Will testify on his Criterion investments and relationship with Defendants | N/A | 0.5 hour | |
| Patrick Denard, M.D., former client, Criterion | Will testify on his Criterion investments and relationship with Defendants | N/A | 0.5 hour | |
| Larry Nakamura, former Executive Consultant at National | Will testify on compliance consulting services and advice NRS provided to | N/A | 0.5 hour | |

| | | | | |
|---|---|---|---|---|
| Regulatory Services, Inc. ("NRS") | Criterion, and related communications with Defendants | | | |
| Andrew D. Richmond, Senior Vice President, Cornerstone Research | Will testify on Criterion's compensation for recommending the T2 and Bird Rock funds, the resulting the financial incentives, and the impact on Criterion investors | N/A | 1.0 hour | |
| Sunil Wahal, Ph.D., Professor of Finance & Director of the Center for Investment Engineering at the W.P. Carey School of Business, Arizona State University | Will testify on Criterion's disclosures and compliance policies and procedures compared to industry customs and practices | N/A | 1.5 hour | |

Dated: March 22, 2023

Respectfully submitted,

*/s/ Charles E. Canter*

CHARLES E. CANTER
DANIEL S. LIM
DOHOANG T. DUONG
Attorneys for Plaintiff
Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 22, 2023, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S WITNESS LIST** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 22, 2023

*/s/ Charles E. Canter*
Charles E. Canter

***SEC v. Criterion Wealth Management Insurance Services, Inc., et al.***
**United States District Court for the Central District of California**
**Case No. 2:20-cv-01402-SPG-JEM**

**SERVICE LIST**

Kenneth E. Yeadon, Esq.
Hinshaw & Culbertson LLP
151 North Franklin Boulevard
Suite 2500
Chicago, IL 60606
Email: kyeadon@hinshawlaw.com
***Attorney for Defendants Criterion Wealth Management Insurance Services, Inc., and Robert Allen Gravette***

Jeffrey R. Thomas, Esq.
Thomas Law LLC
3801 E. Florida Ave.
Suite 107
Denver, CO 80210
Email: jthomas@thomaslawllc.com
***Attorney for Defendant Mark Andrew MacArthur***