1  CHARLES CANTER (Cal. Bar No. 263197)
   Email: canterc@sec.gov
2  DANIEL S. LIM (Cal. Bar No. 292406)
   Email: limda@sec.gov
3  DOHOANG T. DUONG (Cal. Bar No. 219127)
   Email: duongdo@sec.gov
4
   Attorneys for Plaintiff
5  Securities and Exchange Commission
   Michele Wein Layne, Regional Director
6  Katherine Zoladz, Associate Regional Director
   Gary Y. Leung, Regional Trial Counsel
7  444 S. Flower Street, Suite 900
   Los Angeles, California 90071
8  Telephone: (323) 965-3998
   Facsimile: (213) 443-1904

9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:20-cv-01402-SPG-JEM |
| Plaintiff, | **DECLARATION OF PATRICK DENARD, M.D.** |
| vs. | |
| CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC.; ROBERT ALLEN GRAVETTE; and MARK ANDREW MACARTHUR | Pre-Trial Conf. Date: April 26, 2023<br>Trial Date: May 16, 2023 |
| Defendants. | Judge: Hon. Sherilyn Peace Garnett |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF PATRICK DENARD, M.D.

I, Patrick Denard, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an individual over 18 years of age and have personal knowledge of the matters set forth below.

2. I previously prepared and signed a declaration in connection with this case, at the request of the staff of the Securities and Exchange Commission ("SEC").  I am informed by the SEC that my prior declaration, along with its exhibits, was filed as part of a motion for summary judgment, at Docket No. 54.   A true and correct copy of that declaration, along with referenced exhibits, is attached hereto as **Exhibit 1**.

3. If called as a witness, I could and would testify as set forth in **Exhibit 1**.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of March, 2023, at _____Medford_____, Oregon.


Respectfully submitted,


PATRICK DENARD, M.D.

1

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 29, 2023, I caused to be served the document entitled **DECLARATION OF PATRICK DENARD, M.D.** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  March 29, 2023

*/s/  Charles E. Canter*
CHARLES E. CANTER

*SEC v. Criterion Wealth Management Insurance Services, Inc., et al.*
**United States District Court for the Central District of California**
**Case No. 2:20-cv-01402-SPG-JEM**

## SERVICE LIST

Kenneth E. Yeadon, Esq.
Hinshaw & Culbertson LLP
151 N. Franklin Blvd., Ste. 2500
Chicago, IL 60606
Email:  kyeadon@hinshawlaw.com
*Attorney for Defendants Criterion Wealth Management Insurance Services, Inc., and Robert Allen Gravette*

Jeffrey R. Thomas, Esq.
Thomas Law LLC
3801 E. Florida Ave.
Suite 107
Denver, CO 80210
Email:  jthomas@thomaslawllc.com
*Attorney for Defendant Mark Andrew MacArthur*