# EXHIBIT 56

Risk assessment -

# CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC.

## dba CRITERION WEALTH MANAGEMENT

## INVESTMENT ADVISER CONSULTATION REPORT

May 28, 2014 20:09:00

NRS
Part of ACCUITY

Prepared by: **Larry Nakamura**, Regulatory Consultant

**National Regulatory Services**
10089 Willow Creek Rd., Suite 120
San Diego, CA 92131
(858) 549-7131

**National Regulatory Services**
29 Brook Street
PO Box 71
Lakeville, CT 06039
(860) 435-0200

www.nrs-inc.com



PENGAD 800-631-6989 GOVERNMENT EXHIBIT 56 LA-4843

# CONTENTS


CONTENTS ..... 3

INTRODUCTION ..... 4

EXECUTIVE SUMMARY ..... 5

INVESTMENT ADVISER CONSULTATION REPORT ..... 6

PAST REGULATORY EXAMINATIONS ..... 6

GENERAL OVERVIEW OF COMPLIANCE PROGRAM ..... 8

SECTION-BY-SECTION SUMMARY OF FINDINGS ..... 9

PERSONAL SECURITIES TRANSACTIONS/CODE OF ETHICS ..... 9

FORM ADV DISCLOSURE/CONFLICTS OF INTEREST ..... 9

DELIVERY/ANNUAL OFFER OF DISCLOSURE DOCUMENT ..... 10

ADVISORY CONTRACT ..... 10

SUITABILITY /CLIENT INVESTMENT RESTRICTIONS AND OBJECTIVES ..... 10

TRADING PRACTICES ..... 10

BEST EXECUTION/DIRECTED BROKERAGE ..... 10

SOFT DOLLARS ..... 11

BOOKS AND RECORDS ..... 11

*Proxy Voting:* ..... 12

*Disclosure Documents* ..... 12

*Solicitor Documents* ..... 12

*Insider Trading Policy* ..... 12

*Code of Ethics:* ..... 12

*Records of Employee Securities Transactions* ..... 12

*Compliance Policies and Procedures/Annual Review* ..... 13

*Retention of Records in Electronic Storage Medium* ..... 13

ADVERTISING AND MARKETING ..... 13

PERFORMANCE DATA IN ADVERTISING ..... 13

SECURITIES VALUATIONS/ADVISORY FEE CALCULATIONS ..... 13

CUSTODY ..... 14

PROXY VOTING ..... 14

STATE AND AGENT REGISTRATIONS ..... 14

REGULATORY FILINGS ..... 14

CLIENT REFERRAL ARRANGEMENTS /SOLICITOR AGREEMENTS ..... 14

ERISA CONCERNS ..... 14

PRIVACY/INFORMATION SAFEGUARDING ..... 15

ANTI-MONEY LAUNDERING/OFAC ........ 15
DISASTER RECOVERY/CONTINGENCY PLANNING.. 15EMAIL/ELECTRONIC COMMINICATIONS/SOCIAL NETWORKING ........ 15
POLITICAL CONTRIBUTIONS ........ ERROR! BOOKMARK NOT DEFINED.

## *INTRODUCTION*

National Regulatory Services ("NRS") conducted an on-site compliance review of Criterion Wealth Management Insurance Services, Inc. ("CWM") on May 28, 2014. CWM is registered with the Securities and Exchange Commission ("SEC") (SEC File Number: 801-..........; IARD/CRD Number: ...........).

This Report will summarize the work conducted by NRS on a topic by topic basis generally consistent with the examinations conducted by the SEC under The Investment Advisers Act of 1940 (the "Advisers Act"). Under each section of this Report, NRS will summarize our review comments. Based on the scope of the review and our findings, NRS has made appropriate recommendations to assist CWM in making decisions to eliminate compliance deficiencies or to modify current business practices, disclosures or compliance policies or procedures. Consistent with the approach followed in SEC examinations, NRS has requested that CWM provide relevant information that documents and substantiates the effectiveness of the firm's risk management and internal control processes. In addition to our review of the firm's written compliance policies and procedures, an assessment of these processes is key to determining whether the policies and procedures are being applied in practice and how effective they may be in preventing, detecting and correcting regulatory deficiencies and other compliance issues.

NOTE: This Report will catalogue key observations during our visit that warranted comment. It is meant to be a summary only of the salient issues observed during our visit and does not necessarily provide comment with respect to all areas reviewed. Furthermore, it should not be assumed that further recommendations for improving regulatory compliance would not be made given the full extent of time and resources afforded to SEC examiners during a routine audit.

This Report is provided with the understanding that NRS does not render nor do we intend to render legal advice. The services of legal counsel should be sought in connection with any legal issues discussed in this consultation Report.

## EXECUTIVE SUMMARY

The areas that RIA should immediately focus on include the following:

1.

2.

3.

4.

# *INVESTMENT ADVISER CONSULTATION REPORT*

## *PAST REGULATORY EXAMINATIONS*

Securities & Exchange Commission: Beginning March 24, 2008 the firm went through a limited-scope examination conducted by the SEC.

**3/31/2008 by Compliance-Max**

**Response to Findings**

*3.4 Additional Observations related to adviser personnel*
Robert Gravette and Mark MacArthur were registered as individuals by ComplianceMAX Financial Corporation in December 2007.

*5.1 Material Relationship Disclosure; 6.8 ADV Part 2, Items 6-9; 6.9 ADV Part 2, Items 10-13*
A revised ADV is in the process of being completed; expected completion on May 15, 2008. The process has been delayed due to addition of new advisor and completion of Series 63 Exam which was postponed from original date of January 31, 2008 but will be completed by May 2008. We acknowledge that the ADV should have been completed sooner; however, we are limited as to the number of revisions we have in a year and preferred to exhaust time and money on a revised ADV subsequent to all changes being made. Also, ComplianceMAX did not inform us that the revisions were time sensitive.

*6.11 Annual Offer*
We are planning to send the annual offer of the most current ADV on Monday, April 7, 2008 to all current clients. Annual offer was to be made in December 2007; however, we were waiting to update the ADV (as referenced above) before sending the offer. Upon completion of revisions, we will send the updated ADV to the clients who have requested it per the annual offer letter dated April 7, 2008.

*6.12 Form ADV Additional Observations*
The items regarding the Fixed Fees will be changed and updated in the revised ADV to be completed by May 15, 2008.

*7.3 Client List(s)*
We have updated lists of clients that contain information requested including state of residence, current balance and date of account opening.

*8.1 Best Execution Review*
We have added our primary custodian's, Charles Schwab, Policy regarding Best Execution to our IA Policies and Procedures Manual. Partners will conduct annual review as to the appropriateness and cost effectiveness of the Best Execution Procedures.

*8.3 Trade Errors*
Policies regarding trade errors have been updated in our IA Policies and Procedures Manual.

*9.2 Correspondence Retention*
ComplianceMAX provides a template of Client File Reviews. At this time we have not completed a review, but the principal, Robert Gravette, will do so by April 2008.

We are currently working on bringing our email system in-house. According to our IT representative, all employee emails can be archived onto our server for Robert Gravette, Compliance Officer, to review on a quarterly basis. Currently the system archives to Advisor Products, the host of our email system.

*9.3 Communications Additional Observations*
Currently all client/investor's file have a correspondence section for individual correspondence. There is a central correspondence file for our Broker/Dealer and custodians (SEI and Charles Schwab).

*11.4 Code of Ethics; 12.2 Initial and Annual Notice of Privacy Policy*
All findings will be updated and completed in the IA Policies and Procedures Manual by May 2008.

*13.5 Personal Trading of Associated Persons*
Office Manual has been updated to reflect that a Quarterly Securities Disclosure Form must be completed by each full-time employee to properly disclose any trade activity on the employee's accounts. It will also be updated in our IA Policies and Procedures Manual by May 2008.

*13.6 Business Continuity Plan*
Criterion Wealth Management is in the process of completing the plan. It will be completed by July 2008.

*14.1 Compliance Program*
Criterion Wealth Management retains the services of ComplianceMAX to monitor compliance related activities.

*14.2 Risk Assessment*
Advisor has not conducted a risk assessment; will be completed by May 2008.

## GENERAL OVERVIEW OF COMPLIANCE PROGRAM

Rule 206(4)-7 ("the Compliance Programs Rule") requires that advisers adopt written policies and procedures reasonably designed to prevent, detect and correct violations of the securities laws, review those policies for adequacy and effectiveness at least once annually and to name a knowledgeable, competent and empowered Chief Compliance Officer ("CCO") responsible for implementing the firm's compliance program. A compliance program also contemplates the firm's approach to assessing and addressing compliance-related risks, code of ethics provisions and implementation, disclosure and the firm's overall system of compliance monitoring and testing.

**Risk Assessment:**

No risk assessment

**Written Policies and Procedures:**

Has not been updated since 2008

**Chief Compliance Officer:**

Bob is the CCO

**Annual Review:**

**Testing:**

## SECTION-BY-SECTION SUMMARY OF FINDINGS

### *PERSONAL SECURITIES TRANSACTIONS/CODE OF ETHICS*

Compliance manual says:

"Criterion Wealth Management may serve as general partner, investment manager and/or investment adviser to a number of investment partnerships, investment funds and other types of separate accounts"

'the CCO will have access to and will review transactions effected in Covered Accounts within 30 days after the end of each month",

Disclosure of Personal Securities Holdings: A requirement that access persons report their holdings within 10 days after becoming an access person and at least annually thereafter; the information must be current within 45 days

No required Preclearance provisions

Prohibition of Participation in Initial Public Offerings (IPOs): A requirement that access persons receive pre-approval of purchases in IPOs. The code of ethics may go further than the SEC requires and prohibit personnel from participating in IPOs, which are inherently limited investment opportunities, as part of a policy designed to prevent advisory personnel from usurping client investment opportunities. An adviser may exclude from this prohibition certain kinds of IPOs that are less likely to present conflicts.

Prohibition of Participation in Private Placements: A requirement that access persons receive pre-approval of purchases in limited offerings. The code of ethics could also impose an outright ban on participation in limited offerings

### *FORM ADV DISCLOSURE/CONFLICTS OF INTEREST*

Part 1 Item 6.A.(2) incorrect

Item 14 Client Referrals and Other Compensation – TD Ameritrade

***DELIVERY/ANNUAL OFFER OF DISCLOSURE DOCUMENT***

Evidenced by log sent 04/30/2014

***ADVISORY CONTRACT***

Remove references to ADV Part II, Schedule F (10/06/2009)

Provision for delivery of electronic documents [provide]

***SUITABILITY/CLIENT INVESTMENT RESTRICTIONS AND OBJECTIVES***

IAS software to track client accounts

Cross trades for fixed income only

Pre-Allocation

***DUE DILIGENCE OF PRIVATE OFFERINGS***

NEED TO DEVELOP POLICIES AND PROCEDURES

***TRADING PRACTICES***

<u>Findings</u>:

***BEST EXECUTION/DIRECTED BROKERAGE***

<u>Findings</u>:

Presented an SEC Rule 606 Report for Schwab but no addditonal detail or analysis

***SOFT DOLLARS***

None

***BOOKS AND RECORDS***

**Journals**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**General and Auxiliary Ledgers**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Bank Statements/Canceled Checks**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Trial balances/Financial Statements**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Statements/Paid and Unpaid bills**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Memorandum of Trade Orders**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Written or Electronic Communications**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Records of Discretionary Accounts**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Evidence of Discretionary Authority**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Written Agreements**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Proxy Voting:**

- Firm proxy voting policies and procedures
- Client communications regarding firm proxy voting policies
- Proxy statements received for client securities
- Votes cast on behalf of clients
- Client requests for proxy voting information
- Material information related to a proxy voting decision

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Disclosure Documents**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Solicitor Documents**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Insider Trading Policy**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Code of Ethics:**

- Code of ethics adopted by the firm
- Required records of any violation of the code and any action that was taken as a result of such violation
- Records of all required written acknowledgements of receipt of the code and subsequent amendments
- Required holdings and transaction reports, including any brokerage confirmations and account statements made in lieu of these reports
- Required list of access persons
- Required records of any decision to approve an access persons' acquisition of securities in IPOs and limited offerings

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Records of Employee Securities Transactions**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Corporate Records**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Compliance Policies and Procedures/Annual Review**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**General Record Retention Requirement (5 years)**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Retention of Records in Appropriate Adviser Office (2 years)**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Retention of Performance Data Records (5 years from the date last used)**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

**Retention of Records in Electronic Storage Medium**

Deficiency noted: ☐ YES ☐ NO ☐ Not applicable

Comments regarding books & records compliance:

***ADVERTISING AND MARKETING***

Should cross reference WSP for the BD and require all materials to be reviewed by a principal of the firm for Investment Adviser Act issues.

***PERFORMANCE DATA IN ADVERTISING***

"Investment Policy Statement" sample dated March 21, 2014

Uses stale information: example S&P 500 Index returns annualized from 1926 – 2005

SBBI Jan 1926 to Dec 2005

NEED a process internally for reviewing and approving marketing pieces.

***SECURITIES VALUATIONS/ADVISORY FEE CALCULATIONS***

None -

***CUSTODY***

Findings:

No issues found

***PROXY VOTING***

Has responsibility to vote proxies and should reflect this in the policies and procedures and ADV Part 2 -

***STATE AND AGENT REGISTRATIONS***

Registered Reps of Robert B. Ausdal & Co. Inc.

***REGULATORY FILINGS***

None

***CLIENT REFERRAL ARRANGEMENTS /SOLICITOR AGREEMENTS***

Agreement with TD Ameritrade – amend conflicting disclosure in Item 14

***ERISA CONCERNS***

Findings: did not review

***PRIVACY/INFORMATION SAFEGUARDING***

Findings: Need policies and procedures for Reg. ID

***ANTI-MONEY LAUNDERING/OFAC***

Findings: Should reference BD - WSP

***DISASTER RECOVERY/CONTINGENCY PLANNING***

Findings: Provided "Criterion Wealth Backup Policy" for review.

No –

***EMAIL/ELECTRONIC COMMINICATIONS/SOCIAL NETWORKING***

Findings: SMARSH / Approver - Evidence of reviews? / No social networking /