# EXHIBIT 57

**To:** Jason Stauffer[jason@criterionwealth.com]
**Cc:** Robert Gravette[robert@criterionwealth.com]; Mark MacArthur[mark@criterionwealth.com]; Carolina Arriaga[carolina@criterionwealth.com]
**From:** Nakamura, Larry (RBI)
**Sent:** Thur 10/9/2014 3:43:32 PM
**Importance:** Normal
**Subject:** RE: Criterion - Investment Processes
CWM - Risk Assessment 2014_v4.pdf

Updated Risk Assessment -

**From:** Jason Stauffer [mailto:jason@criterionwealth.com]
**Sent:** Thursday, October 09, 2014 9:35 AM
**To:** Nakamura, Larry (RBI)
**Cc:** Robert Gravette; Mark MacArthur; Carolina Arriaga
**Subject:** Criterion - Investment Processes

Hi Larry,

Attached please find the revised Investment Processes. This was updated based on our last phone call to include implementation and monitoring procedures. During our call today I thought we could discuss this section a little more and then move on to the next section, Valuation of Securities. I'm still working on the Due Diligence/Subadvisers section but I won't have it ready before our call today.

Thanks,

Jason

Jason Stauffer

Director of Investment Services

**Criterion Wealth Management**

GOVERNMENT EXHIBIT 57 LA-4843 PENGAD 800-631-6989

**T** 661 254 2543 x122 **TF** 800 550 1095

26650 The Old Road, Ste. 212

Valencia, CA 91381

*CriterionWealth.com*

Criterion Insurance Services, Inc. DBA: Criterion Wealth Management does not accept buy, sell or cancel orders by e-mail, or any instructions by e-mail that would require your signature. Securities and advisory services are offered through Ausdal Financial Partners, Inc., Member FINRA/SIPC 5187 Utica Ridge Road, Davenport, IA 52807 (563) 326-2064. Investment Advisory services offered through Criterion Wealth Management are independent of Ausdal Financial Partners, Inc. and any subsidiaries or affiliates. CA Insurance License # 0786906. Information contained in this communication is not considered an official record of your account and does not supersede normal trade confirmations or statements. Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only.

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you receive this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Information received by or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information.

E-mail messages are not encrypted

## Criterion Wealth Management Insurance Services, Inc.
## Advisers Act Compliance Program Development / Risk Assessment Review - 2014

Rule 206(4)-7 of the Investment Advisers Act requires that investment advisers adopt and maintain a formal compliance program including written policies and procedures, designation of a Chief Compliance Officer ("CCO") and annual reviews to assess the adequacy and effectiveness of the program. As part of our Compliance Program, Criterion Wealth Management ("CWM") has considered applicable regulations, factors that present risk and potential and actual conflicts of interests in order to develop compliance policies and procedures designed to address these areas and to assign primary responsibility for monitoring, reviewing &/or testing these risk areas as coordinated by the CCO. This risk assessment will be reviewed and revised, as appropriate, in light of changes to the firm, its business or its affiliations, among other things, as part of each annual review conducted pursuant to Rule 206(4)-7. Risk rankings are based upon a low to high scoring system. Although somewhat subjective, these rankings are designed to assist with the allocation of compliance resources.

| Risk Area | Risk Issues | Risk Ranking (High, Medium, Low) | Controls/Procedures Disclosures | Notes for Annual Review | | |
|---|---|---|---|---|---|---|
| | | | | Supervision Responsibility | Summary of Testing/Reviews | Gaps Found (Date) Follow-up Required (If Applicable) |
| **REGULATORY COMPLIANCE RISK** | | | | | | |
| ADVERTISING (SEE ALSO PERFORMANCE & FUNDRAISING) | - Inaccurate, misleading or false advertising<br>- Marketing materials making claims that are inconsistent with other firm disclosures<br>- Unapproved materials<br>- Outdated materials<br>- Rule/no act. ltr. violations<br>- Client claims<br>- Website<br>- Blogs<br>- Brochure<br>- White Papers | M | CONTROLS/PROCEDURES:<br>- Individual review by piece<br>- CCO approval<br>- Marketing approval<br>- Approved library of prepared materials<br>- Legal/consultant review, as necessary<br>- Copy all final approvals to folder w/copies of email chain of correspondence.<br>- Copies sent to broker dealer for review and approval<br>- Final approvals placed in a file folder C:\\file_location<br>-<br>DISCLOSURES:<br>- As required, appropriate disclosures provided in each marketing piece | - CCO | - Periodic Sampling of advertising, website, blogs, etc. by the CCO or designated individual | - |
| ADVISORY AGREEMENT | - Improper or unenforceable agreements<br>- Failure to follow / Breach of contract provisions<br>- Failure to include non-assignment clause<br>- Improper or undisclosed side agreements granting preferential terms to some investors but not others | L | CONTROLS/PROCEDURES:<br>- Approval by Bob & Mark<br>- Legal review / Outside consultants review<br>- CCO/Legal review of any non-CWM-prepared agreements/side agreements<br>- CCO/Legal review of any proposed change in control or ownership of firm<br>- Periodic review of client files | - CCO<br>- | - Contracts recently revised (2013)<br>- | - No Issues noted 07/2014) NRS |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DISCLOSURES:<br>- N/A | | | - |
| **CROSS-TRADES** | - In general does not engage in equity cross trades<br>- Engages in Fixed Income Crosses (if beneficial to clients)<br>- Crossing securities from one client to another and favoring one client over other when providing valuation<br>- Failure to disclose conflict to participants<br>- (See also "Principal Transactions") | M | CONTROLS/PROCEDURES:<br>- Third party quotes received for any cross-trade<br>- Uses independent broker<br>- Costs distributed pro-rata<br>- Bob & Mark Approve | - CCO | - CCO Annual Review | - CWM & NRS reviewed 08/25/2014 |
| | | | DISCLOSURES:<br>- Form ADV, Part 1, Item 8.B.(1)<br>- Form ADV, Part 2, Item 12 | | | |
| **ANTI-MONEY LAUNDERING** | - Investors appearing as OFAC listed persons<br>- Inadequate screening<br>- Inadequate records<br>- Inadequate training<br>- Failure to adequately monitor investors, funds & transfers<br>- Criminal sanctions & penalties<br>- Reputation risk | L | CONTROLS/PROCEDURES:<br>- Obtaining approp. documentation of investor ID (& evidence of authority to act on behalf of entity-client, if appropriate)<br>- OFAC checks – new clients<br>- Annual OFAC checks existing clients<br>- Staff training<br>- CCO Annual Review<br>- Confirm Customer IDs/Address<br>- Relies on Broker/ID<br>- | - AML Officer<br>- Admin. | - Investor by investor IDs<br>- OFAC checks<br>- Annual AML Policy Review<br>- Mgmt. approval of new investors | - Look at WSPs |
| | | | DISCLOSURES:<br>- N/A | | | - |
| **BEST EXECUTION** | - Poor executions<br>- Excessive commissions<br>- Failure to assess<br>- Inadequate reviews<br>- Inadequate records<br>- Counterparty credit risk<br>- Counterparty liquidity risk<br>- Counterparty operations risk<br>- Counterparty compliance risk<br>- Undisclosed benefits received from certain brokers | H | CONTROLS/PROCEDURES:<br>- BD/IA Platforms<br>- Approved BD List<br>- Brokerage Committee meetings/reviews<br>- Best Execution procedures and reviews<br>- Custodian/BD disclosure<br>- Recordkeeping<br>- CCO Annual Review | - | - Quarterly best execution management reviews. | - NRS to provide form<br>- Need to Memorialize<br><br>- CWM & NRS revising and reviewing 09/26/2014 |
| | | | DISCLOSURES:<br>- Form ADV, Part 2, Item 12 | | | - Still pending |
| **BOOKS AND RECORDS** | - Business risks<br>- Inaccurate financials<br>- Outdated records & information<br>- Failure to obtain, retain<br>- IA Act violations<br>- Deletion & poor organization<br>- Loss or theft | M | CONTROLS/PROCEDURES:<br>- Dept. Manager procedures<br>- CCO<br>- CFO<br>- Custodian reporting<br>- IT Systems, back-ups & testing<br>- CWM financials | - Dept. Managers<br>- CCO Annual Reviews<br>- Custodian/BD<br>- IT/Systems | | - Refine check list<br>- |

| | | | | | | |
|---|---|---|---|---|---|---|
| | - (See also Privacy) | | DISCLOSURES:<br>- Form ADV, Part 1 (and Sched. D), Items 1.F. and 1.K. | | | - |
| CODE OF ETHICS (SEE ALSO INSIDER TRADING) | - Unapproved outside business activities<br>- Front running<br>- Improper or excessive gifts<br>- Improper trading (e.g., failure to obtain pre-approval when required<br>- Rule violations<br>- Misappropriation of investment opportunities<br>- Money laundering<br>- Inadequate/incomplete or late records or reports<br>- Failure to review reports in timely fashion or to detect violations | H | CONTROLS/PROCEDURES:<br>- Holdings reporting<br>- Transaction reporting<br>- CCO monitoring<br>- Restricted list- if applicable<br>- Approvals for IPOs & private inv.<br>- Monitoring gifts<br><br>DISCLOSURES:<br>- Form ADV, Part 1, Item 8.A.(2)<br>- Form ADV, Part 2, Item 11 | - Each CWM employee<br>- CCO<br>- Mgmt. Team | - Quarterly reviews<br>- CCO Annual Review | - Need to Add Pre Clearance for IPO transactions<br>- Reviewed and revised with NRS (08/05/2014)<br><br>- Added and revised COE to include Pre-Clearance for IPO's and Private Securities (08/05/2014)<br>- |
| CORPORATE RECORDS | - Failure to maintain<br>- Failure to keep current<br>- Inaccurate records<br>- Personal liability for officers<br>- Unauthorized officers or actions | L | CONTROLS/PROCEDURES:<br>- Periodic corporate action with minutes and resolutions, as appropriate<br>- CCO Annual Review<br>- Legal counsel<br>- Back-ups and BCP as appropriate<br>- Corporate filings as appropriate<br><br>DISCLOSURES:<br>- | - Mgmt. Team<br>- Secretary<br>- CCO<br>- Legal Counsel | - Periodic firm actions<br>- Corporate changes<br>- Corporate filings | -<br><br>- |
| CUSTODY | - Access/control leading to custody other than as disclosed<br>- Misappropriation/ embezzlement/ loss<br>- Failure to utilize a qualified custodian<br>- Late annual audit<br>- Auditor not registered with or subject to regular inspection by PCAOB<br>- Failure to send audited financial to investors<br>- Sending audited financials late<br>- Failure to engage ind. public accountant for annual surprise exam, if and when required | M | CONTROLS/PROCEDURES:<br>- Use of independent qualified custodian when required<br>- Engagement of accountant, as required<br>- Policies and training re other means of obtaining custody<br><br>DISCLOSURES:<br>- Form ADV, Part 1, Item 9<br>- Form ADV, Part 2, Item 15 | - All employees<br>- CCO<br>- | - Periodic<br>- CCO Annual Review | -<br><br>- |

| | | | | | | |
|---|---|---|---|---|---|---|
| DISASTER RECOVERY | - Disruption of business due to emergency/disaster<br>- Loss of employees<br>- Loss of records<br>- Loss of revenue<br>- No BCP plan or poorly written<br>- Lack of training & testing | M | CONTROLS/PROCEDURES:<br>- Formal BCP Plan<br>- Recovery site<br>- CWM recovery team<br>- BCP Testing<br>- Review of key vendor BCP Plans or summaries | - CWM-BCP Team<br>- CWM Mgmt.<br>- IT Team | - CWM-BCP Team periodic review<br>- CWM Team Testing | Need to conduct a separate review.<br><br>NRS to provide a template |
| | | | DISCLOSURES:<br>- Generally N/A, though may provide info to investors upon request re adoption of a plan and perhaps a summary. | | | - |
| DISCLOSURE DOCUMENT | - Inaccurate or misleading information<br>- Conflicts not disclosed<br>- Disclosures not current<br>- Regulatory violations<br>- Investor claims<br>- Failure to deliver<br>- Failure to offer<br>- Failure to maintain documentation of delivery<br>- Failure to maintain old versions in accordance with recordkeeping requirements | H | CONTROLS/PROCEDURES:<br>- Bob and Mark review and approve | - CCO reviews<br>- Mgmt. review<br>- Initial delivery<br>- Annual offer | - CCO Annual Review<br>- Annual amendments<br>- Periodic amendments as appropriate | - NRS Previously Reviewed (05/27/2014) |
| | | | DISCLOSURES:<br>- Form ADV | | | - |
| DUE DILIGENCE / SUBADVISERS | - Failure to conduct reasonable initial due diligence<br>- Failure to conduct due diligence as disclosed to investors and clients<br>- Failure to disclose conflicts in due diligence process<br>- Failure to disclose material problems arising in due diligence process<br>- Failure to obtain and review appropriate documentation, including, as applicable, PPM, auditor and other critical vendor info, disaster recovery plan, and key compliance policies and procedures<br>- Failure to monitor on on-going basis<br>- Failure to maintain appropriate records | M | CONTROLS/PROCEDURES:<br>- Mgmt. business reviews<br>- | - CWM Mgmt.<br>- CCO | - Periodic<br>- CCO Annual Review | - Procedures in place – need to be reflected in Manual |
| | | | DISCLOSURES:<br>- Form ADV, Part 2, Item 8 | | | - |

| | | | | | | |
|---|---|---|---|---|---|---|
| **EMAIL/ELECTRONIC COMMUNICATION** | - Failure to obtain<br>- Failure to retain<br>- Failure to monitor<br>- Inappropriate communications<br>- Investor communications outside firm's systems<br>- Leaks/unauthorized disclosure of proprietary or investor info | M | <u>CONTROLS/PROCEDURES</u>:<br>- Firm/client email required to be on firm systems<br>- Email servers<br>- 3rd party service for storage<br>- CCO monitoring<br>- CCO reporting<br>- No IM allowed<br><br><u>DISCLOSURES</u>:<br>N/A | - CCO<br>- Tech Team<br>- Each CWM employee | - CCO monitoring<br>- CCO Annual Review | - Smarsh reports to be saved for evidence of review.<br><br>- |
| **ERISA** | - Failure to have ERISA bonding if required<br>- Prohibited transaction violations<br>- Fiduciary violations<br>- Party-in-interest transactions<br>- Affiliated transactions<br>- ERISA penalties & taxes | M | <u>CONTROLS/PROCEDURES</u>:<br>- Policy monitoring ERISA relationships<br>- Review of ERISA client documents<br>- ERISA counsel assistance<br>- Management approval of IPS, if necessary<br>- Management monitoring of inv. & guidelines<br>- Review of guidelines with ERISA investors<br>- No affiliated BD or administrator<br>- Fee offsets when applicable<br><br><u>DISCLOSURES</u>:<br>ADV Part 2A disclsoures<br>Advisory agreement | - Same process a advisory account s<br>- CWM Mgmt. approval<br>- CCO approval of client documents | - ERISA client meetings<br>- Initial client reviews & approvals<br>- On-going trade monitoring<br>- CCO Annual Review<br>- Consulting to sponsor (Rob) Separate accounts. | - Handful of plans<br>- 401K plans<br>- 3(21) fiduciary<br>- No BD –RIA only<br>- Would receive compensation for alternative products.<br><br>No separate accounts<br><br>- |
| **FUND RAISING ACTIVITIES** | - Alternatives<br>- Individually act as RR for various offerings<br>- Violate Reg. D &/or Investment Company Act exemptions through general solicitation/offering<br>- Compensating unregistered "finders" that fail to meet any applicable exemption from BD registration to refer investors<br>- Using inaccurate or misleading marketing materials to attract investors | L | <u>CONTROLS/PROCEDURES</u>:<br>- CCO review of marketing materials<br>- CCO review of referral arrangements<br><br><u>DISCLOSURES</u>:<br>- Form ADV, generally<br>- See also "Advertising" | - Following Issuer | - | - NRS to create section –<br>- Look at WSP of broker dealer.<br><br>- |

| | | | | | | |
|---|---|---|---|---|---|---|
| INSIDER TRADING (SEE ALSO CODE OF ETHICS) | - Potential for access to inside info<br>- Failure to recognize or control flow of inside info<br>- Misuse of inside info<br>- Criminal sanctions<br>- Regulatory sanctions/fines<br>- Private litigation<br>- Loss of reputation | H | CONTROLS/PROCEDURES:<br>- Formal insider trading policy<br>- CWM employee training<br>- Employee certification<br>- Annual distribution of Code/Policy<br>- Compliance & legal resources<br>- CWM monitoring client trading<br>- Close monitoring of employees whose job functions may offer access to info<br>- Annual Questionnaires about personal/professional relationships<br>- The Broker-Dealer (custodian) forms provide disclosure and notice to clients.<br><br>DISCLOSURES:<br>- Form ADV, Part 2, Item 11 | - Each CWM employee<br>- CCO<br>- Trader<br>- Portfolio Mgrs. | - Acknowledgement<br>- Case-by-case reviews<br>- Trade reviews<br>- Monthly employee trading reviews<br>- Annual Questionnaire<br>- CCO Annual Review | - Added to COE and Policies and Procedures – NRS (08/01/2014)<br><br>- |
| INVESTMENT PROCESS | - See diligence for Alternatives<br>- Interview Meeting -<br>- Discovery Meeting<br>- Investment Proposal<br>- Investment Policy Statement<br>- Wealth Management Process<br>-<br>- Guidelines or restrictions breached<br>- Guidelines or restrictions out dated<br>- Inappropriate investments<br>- Failure to conduct appropriate investment research<br>- Failure to appropriately monitor portfolios and investments<br>- Potential investment losses<br>- Investor claims or complaints | H | CONTROLS/PROCEDURES:<br>- Initial client profiles & documents<br>- CWM Mgmt. reviews & approval<br>- CCO reviews<br>- ADV disclosures to clients<br>- CWM & custodian reporting to clients<br>- CWM performance reporting to clients<br>- Periodic client portfolio reviews<br>- Periodic client meetings & reviews –<br>- Benchmark Portfolio<br>- Attach (IAS) Model<br>- IAS Reports –<br>- Rebalance Report Monthly –<br>- Quarterly Performance -<br><br>DISCLOSURES:<br>- Form ADV, Part 2, Items 4 and 8 | - CCO reviews<br>- Portfolio Mgr tracking<br>- Trader<br>- CWM Mgmt. | - On-going - Portfolio Mgrs.<br><br>- Monthly reporting<br><br>- Quarterly - portfolio reviews<br>- Periodic portfolio reviews<br><br>- Client reviews & meetings<br><br>- CCO Annual Review | - No formal process - Tolerance Reports –<br><br>- Need to review disclosures for consistency with practice.<br><br>- CWM & NRS reviewed (10/09/2014)<br><br>- |
| PERFORMANCE (SEE ALSO ADVERTISING) | - Does not apply<br><br>- Performance overstated<br>- Performance inaccurate<br>- Inadequate disclosures<br>- Misleading disclosure<br>- Calculation errors<br>- Inadequate supporting documentation | H | CONTROLS/PROCEDURES:<br>- CCO approvals<br>- Review & verification<br>- CWM Mgmt. reviews<br>- Portfolio Mgr. review<br><br>DISCLOSURES:<br>- Clover Capital disclaimers & SEC disclosure, as required | - CCO<br>- CWM Mgmt.<br>- CWM IT Dept. | - | -<br><br>- |

| | | | | | | |
|---|---|---|---|---|---|---|
| POLITICAL CONTRIBUTIONS | - No current<br>-<br>- Failure to track or monitor employees making or soliciting campaign contributions or payments to government officials to influence the awarding of investment contracts for managing public pension plan assets and other state government investments<br>- Receive fees from public pension plan assets or other state government entity for advice within 2 yrs of campaign contribution (above de minimis) by CWM covered assoc where the recipient is/would be in position to influence award of contract<br>- Using an "unreg'd" person to solicit public pension plan assets and other state govern't'l investments where an exception does not apply | L | CONTROLS/PROCEDURES:<br>- Employee training re CWM policy<br>- CCO monitoring<br><br>DISCLOSURES:<br>- N/A | - CCO | - | -<br><br>- |
| PRINCIPAL TRADING | - No Principal trading<br><br>- Failure to act in best interests of client<br>- Failure to make disclosures<br>- Failure to obtain consents<br>- Recordkeeping | L | CONTROLS/PROCEDURES:<br>- Policy to prohibit<br>- Trade monitoring<br>- CCO Annual Review<br><br>DISCLOSURES:<br>- Form ADV, Part 1, Item 8.A.(1)<br>- Form ADV, Part 2, Items 11 and 12 | - Trader<br>- CCO<br>- Portfolio Mgrs. | - On-going<br>- Trade-by-trade<br>- CCO Annual Review | - CWM & NRS Reviewed the policies and procedures (08/25/2014)<br><br>- |
| PRIVACY/ CONFIDENTIALITY | - Loss of investor information<br>- Theft of investor identities<br>- Breach of confidentiality<br>- Misuse of client information<br>- Failure to provide notice (initial & annual)<br>- Failure to maintain documentation of provision of notice<br>- Potential for some investors to be subject to laws/regs requiring disclosure of investments (e.g., universities)<br>-<br>Reg. S-ID | M | CONTROLS/PROCEDURES:<br>- File cabnets are locked<br>- Back ground (more than 30 days)<br>- Broker Dealer<br>- Finger printing (RR)<br>- Privacy Policy & training<br>- CWM Code of Ethics<br>- May restrict access to certain types of info from investors under pre-arranged agreement<br>- Consider refusing investment to certain types of investors obligated to disclose investments<br>- Yes (Carolina walk though)<br>- IT – reports are revived to email to Carolina<br>- Annually (in conjunction with the deliver or offer of ADV Part 2A)<br>- | - Each CWM employee<br>- CCO<br>- Mark<br>- CWM Technology | - On-going<br>- CCO Annual Review | - Add Reg., S-ID<br>No violations noted |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DISCLOSURES:<br>- Reg. S-P initial and annual notices (& opt out notices, if applicable) | | | - |
| PROXY VOTING | - All clients<br>- Custodian<br>- Vote via internet –<br>-<br>- Conflicts unidentified<br>- Proxies not voted<br>- Proxies voted incorrectly<br>- Proxy policy not updated<br>- Records not maintained<br>- Proxies voted without written policy adopted<br>- No disclosures/misleading disclosures<br>- Potential for special voting obligations by virtue of firm providing principals to serve on board of directors of portfolio companies. | M | CONTROLS/PROCEDURES:<br>- Proxy Policy/voting authority<br>- IA Agreements<br>- CWM records<br>- CCO Annual Review<br>- Firm generally votes with Board Members recommendations<br>- | - CCO<br>- Mark | - CCO Annual Review<br>- Review sampling of proxy votes over the past 12 months | - Need procedures that detail how firm votes and how such decisions will be documented.<br>- special items: quantify the. – Electronically – Mark primarily responsible. |
| | | | DISCLOSURES:<br>- Form ADV, Part 2 Item 17<br>- Agreements | | | - |
| REGISTRATION - NOTICE FILINGS | - Failure to file or renew<br>- Unregistered status<br>- Failure to notice file in states as required<br>- Regulatory sanctions & fines<br>- Civil litigation | M | CONTROLS/PROCEDURES:<br>- CCO monitoring of registration status of firm and IARs<br>- Reviews of client lists by state<br>- CCO Annual Review<br>- IAS software | - CCO<br>- Carolina | - Periodic CCO reviews<br>- Annual ADV amendment filings<br>- IARD annual filings & renewals<br>- CCO Annual Review | - IMS Log – Every November (Carolina) Added (manually created list)<br>-<br>-<br>- |
| | | | DISCLOSURES:<br>- Form ADV, Part 1 | | | - |
| REGULATORY REPORTING | - Failure to file<br>- Failure to update<br>- Incorrect filings<br>- Violation of law<br>- Recordkeeping<br>- Disclosure violations | H | CONTROLS/PROCEDURES:<br>- CCO reviews holdings for 13D/13G filings<br>- ETF Tracking | - CWM Mgmt.<br>- CCO | - ADV Periodic<br>- Security holdings/monthly<br>- Security holdings/quarterly | - Develop procedures |
| | | | DISCLOSURES:<br>- N/A (EDGAR if applicable) | | | |

NRS - DRAFT FOR DISCUSSION PURPOSES

| | | | | | | |
|---|---|---|---|---|---|---|
| **SOFT DOLLARS** | - No-Formal Arrangements<br>-<br>- Improper use<br>- Undisclosed conflicts of interests<br>- Ineligible products or services<br>- Failure to make allocation of mixed uses<br>- Inadequate review<br>- Rebates/kickbacks<br>- Inadequate recordkeeping | H | <u>CONTROLS/PROCEDURES</u>:<br>- Soft Dollar Policy & Procedures<br>- Trading reviews<br>- Trader training<br><u>DISCLOSURES</u>:<br>- Form ADV, Part 1, Item 8.F.<br>- Form ADV, Part 2, Item 12 | - N/A | - N/A | - No<br>- |
| **FINDERS/PLACEMENT AGENT ARRANGEMENTS** | - Undisclosed finders<br>- Unregistered finders<br>- Improper payments<br>- No disclosures re arrangements<br>- Undisclosed conflicts<br>- Records violations<br>- Compensating unregulated persons for soliciting public pension plan or state government entity investments where no other exception applies | M | <u>CONTROLS/PROCEDURES</u>:<br>- Policy for use of solicitors<br>- Monitor solicitor arrangements<br>- CWM Mgmt. approval of solicitors<br>- Solicitor due diligence<br><u>DISCLOSURES</u>:<br>- Form ADV, Part 1, Item 8.F<br>- Form ADV, Part 2, Item 14 | - CWM Mgmt.<br>- CCO | - CWM Mgmt. business reviews<br>- CCO Annual review<br>- CWM Mgmt. approvals | - Advisor Direct program.<br>- |
| **SUPERVISION/ CONTROLS/ ANNUAL REVIEWS** | - Fiduciary breaches<br>- Potential for competing fiduciary obligations when firm officers serve on boards of portfolio companies<br>- Weak internal controls<br>- Failure to supervise<br>- IA Act violations<br>- Policy violations<br>- Harm to firm and/or clients<br>- Inadequate resources<br>- CCO not knowledgeable, competent or empowered<br>- Lack of mgmt. support<br>- Annual review not conducted/documented | M | <u>CONTROLS/PROCEDURES</u>:<br>- Org Chart & Risk Assessment<br>- Comprehensive policies and procedures adopted<br>- CWM Mgmt. reviews<br>- CWM committees<br>- CCO periodic testing and annual reviews<br>- Job Descriptions<br>- CCO supported by external consultant/counsel<br><u>DISCLOSURES</u>:<br>- Select controls disclosed throughout ADV 2 | - CWM Mgmt.<br>- CWM Portfolio Mgmt.<br>- CCO | - Mgmt. reviews<br>- Committee meetings doc'n<br>- CCO Annual Review | -<br>- |



Updated: 10/9/2014 12:41:55 PM

| | | | | | | |
|---|---|---|---|---|---|---|
| [redacted] | - Unauthorized trading<br>- Improper trades<br>- Trade errors<br>- Insider trading<br>- Code violations<br>- Recordkeeping violations<br>- Undisclosed conflicts/trading (e.g., selecting broker b/c CWM receives some benefit)<br>- Improper allocation of investment opportunities<br>- Recordkeeping<br>Allocation<br>Trade rotation | H | CONTROLS/PROCEDURES:<br>- Formal policy & procedures<br>- Trader training<br>- Portfolio Mgr. reviews<br>- CCO Annual reviews | - Traders<br>- CWM Portfolio Mgrs.<br>- CCO | - Trader/daily<br>- Trade reconciliations<br>- Monthly reconciliation<br>- Performance periodic<br>- CCO Annual review | - New clients trades<br>- Submit validate<br>- Limited fill<br>- TD Allocation Random<br>Single household<br><br>Will do block trade Allocation<br><br>CWM & NRS reviewed on 08/11/2014) |
| | | | DISCLOSURES:<br>- Form ADV, Part 1, Item 8<br>- Form ADV, Part 2, Items 4 and 8. | | | - Still outstanding |
| VALUATION OF SECURITIES | - Mispriced portfolio holdings<br>- Fair valued holdings with few or no market inputs for valuation purposes<br>- Inherent incentive to inflate valuations of illiquid holdings<br>- Using pricing methodologies that are inconsistent with methodologies disclosed to investors<br>- Inconsistent application of pricing methodology<br>- Inaccurate performance and client statements<br>- Over/under charge fees<br>- Inaccurate records | H | CONTROLS/PROCEDURES:<br>- Generally invest in liquid securities<br>- Policies adopted for valuation, including fair valuation, use of side pockets and overrides<br>- CWM reviews<br>- CCO Annual review<br>- Rely on IDC pricing for valuation<br>- Alternative products are marked to market via K-1. | - CCO | - | - Need to conduct periodic review and document such reviews.<br>- Review policies and procedures to ensure this is adequately addressed. |
| | | | DISCLOSURES:<br>- Partnership Agreements and offering docs | | | - |
| FEE CALCULATIONS | - Fees calculated via system<br>- Calculating fees in manner other than as disclosed<br>- Fee calculation errors | M | CONTROLS/PROCEDURES:<br>- Mgmt. business reviews<br>- No performance fees | - CCO<br>- Carolina | - Periodic<br>- CCO Annual Review | Include process in policies and procedures |
| | | | DISCLOSURES:<br>- N/A | | | - |

NRS - DRAFT FOR DISCUSSION PURPOSES

NOTES:

NRS - DRAFT FOR DISCUSSION PURPOSES

# Criterion Wealth Management Insurance Services, Inc.
## Advisers Act Compliance Program Development / Risk Assessment Review - 2014

Rule 206(4)-7 of the Investment Advisers Act requires that investment advisers adopt and maintain a formal compliance program including written policies and procedures, designation of a Chief Compliance Officer ("CCO") and annual reviews to assess the adequacy and effectiveness of the program. As part of our Compliance Program, Criterion Wealth Management ("CWM") has considered applicable regulations, factors that present risk and potential and actual conflicts of interests in order to develop compliance policies and procedures designed to address these areas and to assign primary responsibility for monitoring, reviewing &/or testing these risk areas as coordinated by the CCO. This risk assessment will be reviewed and revised, as appropriate, in light of changes to the firm, its business or its affiliations, among other things, as part of each annual review conducted pursuant to Rule 206(4)-7. Risk rankings are based upon a low to high scoring system. Although somewhat subjective, these rankings are designed to assist with the allocation of compliance resources.

| Risk Area | Risk Issues | Risk Ranking (High, Medium, Low) | Controls/Procedures<br>Disclosures | Notes for Annual Review | | |
|---|---|---|---|---|---|---|
| | | | | **Supervision Responsibility** | **Summary of Testing/Reviews** | **Gaps Found (Date)**<br>**Follow-up Required** (If Applicable) |
| **REGULATORY COMPLIANCE RISK** | | | | | | |
| ADVERTISING (SEE ALSO PERFORMANCE & FUNDRAISING) | - Inaccurate, misleading or false advertising<br>- Marketing materials making claims that are inconsistent with other firm disclosures<br>- Unapproved materials<br>- Outdated materials<br>- Rule/no act. ltr. violations<br>- Client claims<br>- Website<br>- Blogs<br>- Brochure<br>- White Papers | M | CONTROLS/PROCEDURES:<br>- Individual review by piece<br>- CCO approval<br>- Marketing approval<br>- Approved library of prepared materials<br>- Legal/consultant review, as necessary<br>- Copy all final approvals to folder w/copies of email chain of correspondence.<br>- Copies sent to broker dealer for review and approval<br>- Final approvals placed in a file folder C:\\file_location<br>-<br>DISCLOSURES:<br>- As required, appropriate disclosures provided in each marketing piece | - CCO | - Periodic Sampling of advertising, website, blogs, etc. by the CCO or designated individual | - |
| ADVISORY AGREEMENT | - Improper or unenforceable agreements<br>- Failure to follow / Breach of contract provisions<br>- Failure to include non-assignment clause<br>- Improper or undisclosed side agreements granting preferential terms to some investors but not others | L | CONTROLS/PROCEDURES:<br>- Approval by Bob & Mark<br>- Legal review / Outside consultants review<br>- CCO/Legal review of any non-CWM-prepared agreements/side agreements<br>- CCO/Legal review of any proposed change in control or ownership of firm<br>- Periodic review of client files | - CCO<br>- | - Contracts recently revised (2013)<br>- | - **No Issues noted 07/2014) NRS** |

*Updated: 10/9/2014 12:41:55 PM*

NRS - DRAFT FOR DISCUSSION PURPOSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DISCLOSURES:<br>- N/A | | | - |
| CROSS-TRADES | - In general does not engage in equity cross trades<br>- Engages in Fixed Income Crosses (if beneficial to clients)<br>- Crossing securities from one client to another and favoring one client over other when providing valuation<br>- Failure to disclose conflict to participants<br>- (See also "Principal Transactions") | M | CONTROLS/PROCEDURES:<br>- Third party quotes received for any cross-trade<br>- Uses independent broker –<br>- Costs distributed pro-rata<br>- Bob & Mark Approve<br>DISCLOSURES:<br>- Form ADV, Part 1, Item 8.B.(1)<br>- Form ADV, Part 2, Item 12 | - CCO | - CCO Annual Review | - **CWM & NRS reviewed 08/25/2014** |
| ANTI-MONEY LAUNDERING | - Investors appearing as OFAC listed persons<br>- Inadequate screening<br>- Inadequate records<br>- Inadequate training<br>- Failure to adequately monitor investors, funds & transfers<br>- Criminal sanctions & penalties<br>- Reputation risk | L | CONTROLS/PROCEDURES:<br>- Obtaining approp. documentation of investor ID (& evidence of authority to act on behalf of entity-client, if appropriate)<br>- OFAC checks – new clients<br>- Annual OFAC checks existing clients<br>- Staff training<br>- CCO Annual Review<br>- Confirm Customer IDs/Address<br>- Relies on Broker/TD<br>-<br>DISCLOSURES:<br>- N/A | - AML Officer<br>- Admin. | - Investor by investor IDs<br>- OFAC checks<br>- Annual AML Policy Review<br>- Mgmt. approval of new investors | - Look at WSPs<br>- |
| BEST EXECUTION | - Poor executions<br>- Excessive commissions<br>- Failure to assess<br>- Inadequate reviews<br>- Inadequate records<br>- Counterparty credit risk<br>- Counterparty liquidity risk<br>- Counterparty operations risk<br>- Counterparty compliance risk<br>- Undisclosed benefits received from certain brokers | H | CONTROLS/PROCEDURES:<br>- BD/IA Platforms<br>- Approved BD List<br>- Brokerage Committee meetings/reviews<br>- Best Execution procedures and reviews<br>- Custodian/BD disclosure<br>- Recordkeeping<br>- CCO Annual Review<br>DISCLOSURES:<br>- Form ADV, Part 2, Item 12 | - | - Quarterly best execution management reviews. | - NRS to provide form<br>- Need to Memorialize<br>- **CWM & NRS revising and reviewing 09/26/2014**<br>- Still pending |
| BOOKS AND RECORDS | - Business risks<br>- Inaccurate financials<br>- Outdated records & information<br>- Failure to obtain, retain<br>- IA Act violations<br>- Deletion & poor organization<br>- Loss or theft | M | CONTROLS/PROCEDURES:<br>- Dept. Manager procedures<br>- CCO<br>- CFO<br>- Custodian reporting<br>- IT Systems, back-ups & testing<br>- CWM financials | - Dept. Managers<br>- CCO Annual Reviews<br>- Custodian/BD<br>- IT/Systems | | - Refine check list<br>- |

NRS - DRAFT FOR DISCUSSION PURPOSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | - (See also Privacy) | | DISCLOSURES:<br>- Form ADV, Part 1 (and Sched. D), Items 1.F. and 1.K. | | | - |
| CODE OF ETHICS (SEE ALSO INSIDER TRADING) | - Unapproved outside business activities<br>- Front running<br>- Improper or excessive gifts<br>- Improper trading (e.g., failure to obtain pre-approval when required<br>- Rule violations<br>- Misappropriation of investment opportunities<br>- Money laundering<br>- Inadequate/incomplete or late records or reports<br>- Failure to review reports in timely fashion or to detect violations | H | CONTROLS/PROCEDURES:<br>- Holdings reporting<br>- Transaction reporting<br>- CCO monitoring<br>- Restricted list- if applicable<br>- Approvals for IPOs & private inv.<br>- Monitoring gifts | - Each CWM employee<br>- CCO<br>- Mgmt. Team | - Quarterly reviews<br>- CCO Annual Review | - Need to Add Pre Clearance for IPO transactions<br>- **Reviewed and revised with NRS (08/05/2014)** |
| | | | DISCLOSURES:<br>- Form ADV, Part 1, Item 8.A.(2)<br>- Form ADV, Part 2, Item 11 | | | - Added and revised COE to include Pre-Clearance for IPO's and Private Securities (08/05/2014)<br>- |
| CORPORATE RECORDS | - Failure to maintain<br>- Failure to keep current<br>- Inaccurate records<br>- Personal liability for officers<br>- Unauthorized officers or actions | L | CONTROLS/PROCEDURES:<br>- Periodic corporate action with minutes and resolutions, as appropriate<br>- CCO Annual Review<br>- Legal counsel<br>- Back-ups and BCP as appropriate<br>- Corporate filings as appropriate | - Mgmt. Team<br>- Secretary<br>- CCO<br>- Legal Counsel | - Periodic firm actions<br>- Corporate changes<br>- Corporate filings | - |
| | | | DISCLOSURES:<br>- | | | - |
| CUSTODY | - Access/control leading to custody other than as disclosed<br>- Misappropriation/ embezzlement/ loss<br>- Failure to utilize a qualified custodian<br>- Late annual audit<br>- Auditor not registered with or subject to regular inspection by PCAOB<br>- Failure to send audited financial to investors<br>- Sending audited financials late<br>- Failure to engage ind. public accountant for annual surprise exam, if and when required | M | CONTROLS/PROCEDURES:<br>- Use of independent qualified custodian when required<br>- Engagement of accountant, as required<br>- Policies and training re other means of obtaining custody | - All employees<br>- CCO<br>- | - Periodic<br>- CCO Annual Review | - |
| | | | DISCLOSURES:<br>- Form ADV, Part 1, Item 9<br>- Form ADV, Part 2, Item 15 | | | - |

NRS - DRAFT FOR DISCUSSION PURPOSES

| | | | | | | |
|---|---|---|---|---|---|---|
| **DISASTER RECOVERY** | - Disruption of business due to emergency/disaster<br>- Loss of employees<br>- Loss of records<br>- Loss of revenue<br>- No BCP plan or poorly written<br>- Lack of training & testing | **M** | CONTROLS/PROCEDURES:<br>- Formal BCP Plan<br>- Recovery site<br>- CWM recovery team<br>- BCP Testing<br>- Review of key vendor BCP Plans or summaries | - CWM-BCP Team<br>- CWM Mgmt.<br>- IT Team | - CWM-BCP Team periodic review<br>- CWM Team Testing | Need to conduct a separate review.<br><br>NRS to provide a template |
| | | | DISCLOSURES:<br>- Generally N/A, though may provide info to investors upon request re adoption of a plan and perhaps a summary. | | | - |
| **DISCLOSURE DOCUMENT** | - Inaccurate or misleading information<br>- Conflicts not disclosed<br>- Disclosures not current<br>- Regulatory violations<br>- Investor claims<br>- Failure to deliver<br>- Failure to offer<br>- Failure to maintain documentation of delivery<br>- Failure to maintain old versions in accordance with recordkeeping requirements | **H** | CONTROLS/PROCEDURES:<br>- Bob and Mark review and approve | - CCO reviews<br>- Mgmt. review<br>- Initial delivery<br>- Annual offer | - CCO Annual Review<br>- Annual amendments<br>- Periodic amendments as appropriate | - **NRS Previously Reviewed (05/27/2014)** |
| | | | DISCLOSURES:<br>- Form ADV | | | - |
| **DUE DILIGENCE / SUBADVISERS** | - Failure to conduct reasonable initial due diligence<br>- Failure to conduct due diligence as disclosed to investors and clients<br>- Failure to disclose conflicts in due diligence process<br>- Failure to disclose material problems arising in due diligence process<br>- Failure to obtain and review appropriate documentation, including, as applicable, PPM, auditor and other critical vendor info, disaster recovery plan, and key compliance policies and procedures<br>- Failure to monitor on on-going basis<br>- Failure to maintain appropriate records | **M** | CONTROLS/PROCEDURES:<br>- Mgmt. business reviews<br>- | - CWM Mgmt.<br>- CCO | - Periodic<br>- CCO Annual Review | - Procedures in place – need to be reflected in Manual |
| | | | DISCLOSURES:<br>- Form ADV, Part 2, Item 8 | | | - |

NRS - DRAFT FOR DISCUSSION PURPOSES

| | | | | | | |
|---|---|---|---|---|---|---|
| EMAIL/ELECTRONIC COMMUNICATION | - Failure to obtain<br>- Failure to retain<br>- Failure to monitor<br>- Inappropriate communications<br>- Investor communications outside firm's systems<br>- Leaks/unauthorized disclosure of proprietary or investor info | M | CONTROLS/PROCEDURES:<br>- Firm/client email required to be on firm systems<br>- Email servers<br>- 3rd party service for storage<br>- CCO monitoring<br>- CCO reporting<br>- No IM allowed | - CCO<br>- Tech Team<br>- Each CWM employee | - CCO monitoring<br>- CCO Annual Review | - Smarsh reports to be saved for evidence of review. |
| | | | DISCLOSURES:<br>N/A | | | - |
| ERISA | - Failure to have ERISA bonding if required<br>- Prohibited transaction violations<br>- Fiduciary violations<br>- Party-in-interest transactions<br>- Affiliated transactions<br>- ERISA penalties & taxes | M | CONTROLS/PROCEDURES:<br>- Policy monitoring ERISA relationships<br>- Review of ERISA client documents<br>- ERISA counsel assistance<br>- Management approval of IPS, if necessary<br>- Management monitoring of inv. & guidelines<br>- Review of guidelines with ERISA investors<br>- No affiliated BD or administrator<br>- Fee offsets when applicable | - Same process a advisory account s<br>- CWM Mgmt. approval<br>- CCO approval of client documents | - ERISA client meetings<br>- Initial client reviews & approvals<br>- On-going trade monitoring<br>- CCO Annual Review<br>- Consulting to sponsor (Rob)<br>Separate accounts. | - Handful of plans<br>- 401K plans<br>- 3(21) fiduciary<br>- No BD –RIA only<br>- Would receive compensation for alternative products.<br><br>No separate accounts |
| | | | DISCLOSURES:<br>ADV Part 2A disclsoures<br>Advisory agreement | | | - |
| FUND RAISING ACTIVITIES | - Alternatives<br>- Individually act as RR for various offerings.<br>- Violate Reg. D &/or Investment Company Act exemptions through general solicitation/offering<br>- Compensating unregistered "finders" that fail to meet any applicable exemption from BD registration to refer investors<br>- Using inaccurate or misleading marketing materials to attract investors | L | CONTROLS/PROCEDURES:<br>- CCO review of marketing materials<br>- CCO review of referral arrangements | - Following Issuer | - | - NRS to create section. –<br>- Look at WSP of broker dealer. |
| | | | DISCLOSURES:<br>- Form ADV, generally<br>- See also "Advertising" | | | - |

NRS - DRAFT FOR DISCUSSION PURPOSES

| | | | | | | |
|---|---|---|---|---|---|---|
| INSIDER TRADING (SEE ALSO CODE OF ETHICS) | - Potential for access to inside info<br>- Failure to recognize or control flow of inside info<br>- Misuse of inside info<br>- Criminal sanctions<br>- Regulatory sanctions/fines<br>- Private litigation<br>- Loss of reputation | H | CONTROLS/PROCEDURES:<br>- Formal insider trading policy<br>- CWM employee training<br>- Employee certification<br>- Annual distribution of Code/Policy<br>- Compliance & legal resources<br>- CWM monitoring client trading<br>- Close monitoring of employees whose job functions may offer access to info<br>- Annual Questionnaires about personal/professional relationships<br>- The Broker-Dealer (custodian) forms provide disclosure and notice to clients. | - Each CWM employee<br>- CCO<br>- Trader<br>- Portfolio Mgrs. | - Acknowledgement<br>- Case-by-case reviews<br>- Trade reviews<br>- Monthly employee trading reviews<br>- Annual Questionnaire<br>- CCO Annual Review | - **Added to COE and Policies and Procedures – NRS (08/01/2014)** |
| | | | DISCLOSURES:<br>- Form ADV, Part 2, Item 11 | | | - |
| INVESTMENT PROCESSES | - See diligence for Alternatives<br>- Interview Meeting -<br>- Discovery Meeting –<br>- Investment Proposal<br>- Investment Policy Statement<br>- Wealth Management Process<br>-<br>- Guidelines or restrictions breached<br>- Guidelines or restrictions out dated<br>- Inappropriate investments<br>- Failure to conduct appropriate investment research<br>- Failure to appropriately monitor portfolios and investments<br>- Potential investment losses<br>- Investor claims or complaints | H | CONTROLS/PROCEDURES:<br>- Initial client profiles & documents<br>- CWM Mgmt. reviews & approval<br>- CCO reviews<br>- ADV disclosures to clients<br>- CWM & custodian reporting to clients<br>- CWM performance reporting to clients<br>- Periodic client portfolio reviews<br>- Periodic client meetings & reviews –<br>- Benchmark Portfolio<br>- Attach (IAS) Model<br>- IAS Reports –<br>- Rebalance Report Monthly –<br>- Quarterly Performance - | - CCO reviews<br>- Portfolio Mgr. tracking<br>- Trader<br>- CWM Mgmt. | - On-going - Portfolio Mgrs.<br>- Monthly reporting<br>- Quarterly - portfolio reviews<br>- Periodic portfolio reviews<br>- Client reviews & meetings<br>- CCO Annual Review | - No formal process - Tolerance Reports –<br>- Need to review disclosures for consistency with practice.<br>- **CWM & NRS reviewed (10/09/2014)** |
| | | | DISCLOSURES:<br>- Form ADV, Part 2, Items 4 and 8 | | | - |
| PERFORMANCE (SEE ALSO ADVERTISING) | - Does not apply<br>- Performance overstated<br>- Performance inaccurate<br>- Inadequate disclosures<br>- Misleading disclosure<br>- Calculation errors<br>- Inadequate supporting documentation | H | CONTROLS/PROCEDURES:<br>- CCO approvals<br>- Review & verification<br>- CWM Mgmt. reviews<br>- Portfolio Mgr. review | - CCO<br>- CWM Mgmt.<br>- CWM IT Dept. | - | - |
| | | | DISCLOSURES:<br>- Clover Capital disclaimers & SEC disclosure, as required | | | - |

| | | | | | | |
|---|---|---|---|---|---|---|
| POLITICAL CONTRIBUTIONS | - No current –<br>-<br>- Failure to track or monitor employees making or soliciting campaign contributions or payments to government officials to influence the awarding of investment contracts for managing public pension plan assets and other state government investments<br>- Receive fees from public pension plan assets or other state government entity for advice within 2 yrs of campaign contribution (above de minimis) by CWM covered assoc where the recipient is/would be in position to influence award of contract<br>- Using an "unreg'd" person to solicit public pension plan assets and other state govern't'l investments where an exception does not apply | L | CONTROLS/PROCEDURES:<br>- Employee training re CWM policy<br>- CCO monitoring | - CCO | - | - |
| | | | DISCLOSURES:<br>- N/A | | | - |
| PRINCIPAL TRADING | - No – Principal trading<br><br>- Failure to act in best interests of client<br>- Failure to make disclosures<br>- Failure to obtain consents<br>- Recordkeeping | L | CONTROLS/PROCEDURES:<br>- Policy to prohibit<br>- Trade monitoring<br>- CCO Annual Review | - Trader<br>- CCO<br>- Portfolio Mgrs. | - On-going<br>- Trade-by-trade<br>- CCO Annual Review | - **CWM & NRS Reviewed the policies and procedures (08/25/2014)** |
| | | | DISCLOSURES:<br>- Form ADV, Part 1, Item 8.A.(1)<br>- Form ADV, Part 2, Items 11 and 12 | | | - |
| PRIVACY/ CONFIDENTIALITY | - Loss of investor information<br>- Theft of investor identities<br>- Breach of confidentiality<br>- Misuse of client information<br>- Failure to provide notice (initial & annual)<br>- Failure to maintain documentation of provision of notice<br>- Potential for some investors to be subject to laws/regs requiring disclosure of investments (e.g., universities)<br>-<br>Reg. S-ID | M | CONTROLS/PROCEDURES:<br>- File cabnets are locked<br>- Back ground (more than 30 days)<br>- Broker/Dealer<br>- Finger printing – (RR)<br>- Privacy Policy & training<br>- CWM Code of Ethics<br>- May restrict access to certain types of info from investors under pre-arranged agreement<br>- Consider refusing investment to certain types of investors obligated to disclose investments<br>- Yes (Carolina walk though)<br>- IT – reports are revived to email to Carolina<br>- Annually (in conjunction with the deliver or offer of ADV Part 2A)<br>- | - Each CWM employee<br>- CCO<br>- Mark<br>- CWM Technology | - On-going<br>- CCO Annual Review | - Add Reg., S-ID<br>No violations noted |

NRS - DRAFT FOR DISCUSSION PURPOSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DISCLOSURES:<br>- Reg. S-P initial and annual notices (& opt out notices, if applicable) | | | - |
| PROXY VOTING | - All clients<br>- Custodian –<br>- Vote via internet –<br>-<br>- Conflicts unidentified<br>- Proxies not voted<br>- Proxies voted incorrectly<br>- Proxy policy not updated<br>- Records not maintained<br>- Proxies voted without written policy adopted<br>- No disclosures/misleading disclosures<br>- Potential for special voting obligations by virtue of firm providing principals to serve on board of directors of portfolio companies. | M | CONTROLS/PROCEDURES:<br>- Proxy Policy/voting authority<br>- IA Agreements<br>- CWM records<br>- CCO Annual Review<br>- Firm generally votes with Board Members recommendations<br>-<br><br>DISCLOSURES:<br>- Form ADV, Part 2 Item 17<br>- Agreements | - CCO<br>- Mark | - CCO Annual Review<br>- Review sampling of proxy votes over the past 12 months | - Need procedures that detail how firm votes and how such decisions will be documented.<br>- special items: quantify the. – Electronically – Mark primarily responsible.<br><br>- |
| REGISTRATION - NOTICE FILINGS | - Failure to file or renew<br>- Unregistered status<br>- Failure to notice file in states as required<br>- Regulatory sanctions & fines<br>- Civil litigation | M | CONTROLS/PROCEDURES:<br>- CCO monitoring of registration status of firm and IARs<br>- Reviews of client lists by state<br>- CCO Annual Review<br>- IAS software<br><br>DISCLOSURES:<br>- Form ADV, Part 1 | - CCO<br>- Carolina | - Periodic CCO reviews<br>- Annual ADV amendment filings<br>- IARD annual filings & renewals<br>- CCO Annual Review | - IMS Log – Every November (Carolina) – Added (manually created list)<br>-<br>-<br>-<br><br>- |
| REGULATORY REPORTING | - Failure to file<br>- Failure to update<br>- Incorrect filings<br>- Violation of law<br>- Recordkeeping<br>- Disclosure violations | H | CONTROLS/PROCEDURES:<br>- CCO reviews holdings for 13D/13G filings<br>- ETF Tracking<br><br>DISCLOSURES:<br>- N/A (EDGAR if applicable) | - CWM Mgmt.<br>- CCO | - ADV Periodic<br>- Security holdings/monthly<br>- Security holdings/quarterly | - Develop procedures |



*Updated: 10/9/2014 12:41:55 PM*

NRS - DRAFT FOR DISCUSSION PURPOSES

| | | | | | | |
|---|---|---|---|---|---|---|
| SOFT DOLLARS | - No-Formal Arrangements<br>-<br>- Improper use<br>- Undisclosed conflicts of interests<br>- Ineligible products or services<br>- Failure to make allocation of mixed uses<br>- Inadequate review<br>- Rebates/kickbacks<br>- Inadequate recordkeeping | H | CONTROLS/PROCEDURES:<br>- Soft Dollar Policy & Procedures<br>- Trading reviews<br>- Trader training | - N/A | - N/A | - No |
| | | | DISCLOSURES:<br>- Form ADV, Part 1, Item 8.E.<br>- Form ADV, Part 2, Item 12 | | | - |
| FINDERS/PLACEMENT AGENT ARRANGEMENTS | - Undisclosed finders<br>- Unregistered finders<br>- Improper payments<br>- No disclosures re arrangements<br>- Undisclosed conflicts<br>- Records violations<br>- Compensating unregulated persons for soliciting public pension plan or state government entity investments where no other exception applies | M | CONTROLS/PROCEDURES:<br>- Policy for use of solicitors<br>- Monitor solicitor arrangements<br>- CWM Mgmt. approval of solicitors<br>- Solicitor due diligence | - CWM Mgmt.<br>- CCO | - CWM Mgmt. business reviews<br>- CCO Annual review<br>- CWM Mgmt. approvals | - Advisor Direct program. |
| | | | DISCLOSURES:<br>- Form ADV, Part 1, Item 8.F<br>- Form ADV, Part 2, Item 14 | | | - |
| SUPERVISION/ CONTROLS/ ANNUAL REVIEWS | - Fiduciary breaches<br>- Potential for competing fiduciary obligations when firm officers serve on boards of portfolio companies.<br>- Weak internal controls<br>- Failure to supervise<br>- IA Act violations<br>- Policy violations<br>- Harm to firm and/or clients<br>- Inadequate resources<br>- CCO not knowledgeable, competent or empowered<br>- Lack of mgmt. support<br>- Annual review not conducted/documented | M | CONTROLS/PROCEDURES:<br>- Org Chart & Risk Assessment<br>- Comprehensive policies and procedures adopted<br>- CWM Mgmt. reviews<br>- CWM committees<br>- CCO periodic testing and annual reviews<br>- Job Descriptions<br>- CCO supported by external consultant/counsel | - CWM Mgmt.<br>- CWM Portfolio Mgmt.<br>- CCO | - Mgmt. reviews<br>- Committee meetings/doc'n<br>- CCO Annual Review | - |
| | | | DISCLOSURES:<br>- Select controls disclosed throughout ADV 2 | | | - |

NRS - DRAFT FOR DISCUSSION PURPOSES

| | | | | | | |
|---|---|---|---|---|---|---|
| TRADING | - Unauthorized trading<br>- Improper trades<br>- Trade errors<br>- Insider trading<br>- Code violations<br>- Recordkeeping violations<br>- Undisclosed conflicts/trading (e.g., selecting broker b/c CWM receives some benefit)<br>- Improper allocation of investment opportunities<br>- Recordkeeping<br>Allocation<br>Trade rotation | H | CONTROLS/PROCEDURES:<br>- Formal policy & procedures<br>- Trader training<br>- Portfolio Mgr. reviews<br>- CCO Annual reviews | - Traders<br>- CWM Portfolio Mgrs.<br>- CCO | - Trader/daily<br>- Trade reconciliations<br>- Monthly reconciliation<br>- Performance – periodic<br>- CCO Annual review | - New clients trades<br>- Submit – validate<br>- Limited fill<br>- TD Allocation Random<br>Single household<br><br>Will do block trade Allocation<br><br>CWM & NRS reviewed on 08/11/2014) |
| | | | DISCLOSURES:<br>- Form ADV, Part 1, Item 8<br>- Form ADV, Part 2, Items 4 and 8. | | | - Still outstanding |
| VALUATION OF SECURITIES | - Mispriced portfolio holdings<br>- Fair valued holdings with few or no market inputs for valuation purposes<br>- Inherent incentive to inflate valuations of illiquid holdings<br>- Using pricing methodologies that are inconsistent with methodologies disclosed to investors<br>- Inconsistent application of pricing methodology<br>- Inaccurate performance and client statements<br>- Over/under charge fees<br>- Inaccurate records | H | CONTROLS/PROCEDURES:<br>- Generally invest in liquid securities<br>- Policies adopted for valuation, including fair valuation, use of side pockets and overrides<br>- CWM reviews<br>- CCO Annual review<br>- Rely on IDC pricing for valuation<br>- Alternative products are marked to market via K-1. | - CCO | - | - Need to conduct periodic review and document such reviews.<br><br>- Review policies and procedures to ensure this is adequately addressed. |
| | | | DISCLOSURES:<br>- Partnership Agreements and offering docs | | | - |
| FEE CALCULATIONS | - Fees calculated via system<br>- Calculating fees in manner other than as disclosed<br>- Fee calculation errors | M | CONTROLS/PROCEDURES:<br>- Mgmt. business reviews<br>- No performance fees | - CCO<br>- Carolina | - Periodic<br>- CCO Annual Review | Include process in policies and procedures |
| | | | DISCLOSURES:<br>- N/A | | | - |

NOTES: