# EXHIBIT 36

Message

| | |
|---|---|
| From: | Daniel Niednagel [/O=THREEARCH/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DANIEL] |
| Sent: | 11/4/2016 7:09:31 PM |
| To: | Jason Stauffer [jason@criterionwealth.com] |
| CC: | Tom Mohler [tmohler@threearchcapital.com]; Robert Gravette [robert@criterionwealth.com]; Mark MacArthur [mark@criterionwealth.com]; Zach Herbert [zach@criterionwealth.com] |
| Subject: | RE: Request for Commission Detail - For SEC Audit - URGENT! |
| Attachments: | Criterion Commission Detail as of 11-4-16.xls |

Jason,

Back in 2010 our arrangement was that we paid an agreed upon base amount of 2% of investor capital, but then had a side arrangement whereby we would voluntarily pay an additional amount based on overall results and investors earning above the stated preferred return.

In 2010 we paid out the following:

4/5/10 - $28,788.75 (Based on 2010 Q1 Actual – See attached excel schedule)
4/12/10 - $300,000 (Advance for remainder of 2010 based on estimates and anticipated additional amount)

Based on actual capital balances, the 2% commissions would have been:

Q1 2010 - $28,788.75 (see attached excel schedule)
Q2 2010 - $39,385.22 (see attached excel schedule)
Q3 2010 - $43,794.13 (see attached excel schedule)
Q4 2010 - $47,610.36 (see attached excel schedule)
TOTAL "EARNED" - $159,578.46 (based on 2% of investor's capital)

4/5/10 - $28,788.75
4/12/10 - $300,000.00
TOTAL PAID - $328,788.75

After the close of 2010, we went through a calculation of the amount of additional commission we would voluntarily pay based on the overall results of 2010.

TOTAL PAID OVER TOTAL EARNED - $169,210.29

This total amount paid over total amount earned was slightly more that the additional commission we anticipated paying based on the overall results of 2010. We then made the decision to let Criterion keep the additional amount paid over our side calculation of additional commission.

We then entered 2011 and continued paying out 2% on investor's capital. However, we advanced paid the commission starting with the $125,000 payment on 3/30/11 as a courtesy to Criterion and then just tracked the advance payments vs the actual commissions earned on invested capital balances through the rest of 2011.

The attached excel schedule is what I had previously sent you but this version includes the quarter by quarter investor capital balances which the 2010 commissions were based on (before consideration of any additional commissions paid).

This is the best of my recollection as to how everything went down. Hopefully this helps. Let me know if you want to clarify anything over the phone.

Daniel Niednagel

GOVERNMENT EXHIBIT 36
Niednagel
8-16-18
PENGAD 800-631-6989

Three Arch Capital
1590 S. Coast Highway, Suite #16
Laguna Beach, CA 92651
daniel@threearchcapital.com
949-715-0900
949-203-8509 (fax)

**From:** Jason Stauffer [mailto:jason@criterionwealth.com]
**Sent:** Friday, November 4, 2016 10:25 AM
**To:** Daniel Niednagel <Daniel@threearchcapital.com>
**Cc:** Tom Mohler <tmohler@threearchcapital.com>; Robert Gravette <robert@criterionwealth.com>; Mark MacArthur <mark@criterionwealth.com>; Zach Herbert <zach@criterionwealth.com>
**Subject:** RE: Request for Commission Detail - For SEC Audit - URGENT!

Ok, thanks! Sorry for the urgency and I understand if it takes a while, I really appreciate your help!

**Jason O. Stauffer, CPA** | Director of Operations
CRITERION WEALTH MANAGEMENT
26650 The Old Road, Suite 110, Valencia, CA 91381
T 661.254.2543 F 661.254.5190
**www.criterionwealth.com**

STEWARDING WEALTH • SIMPLIFYING LIFE • EMPOWERING PURPOSE™

Click Here to Send Files Securely Using ShareFile

Criterion Insurance Services, Inc. DBA: Criterion Wealth Management does not accept buy, sell or cancel orders by e-mail, or any instructions by e-mail that would require your signature. Securities are offered through Ausdal Financial Partners, Inc., Member FINRA/SIPC 5187 Utica Ridge Road, Davenport, IA 52807 (563) 326-2064. Investment Advisory services offered through Criterion Wealth Management are independent of Ausdal Financial Partners, Inc and any subsidiaries or affiliates CA Insurance License # 0786906. Information contained in this communication is not considered an official record of your account and does not supersede normal trade confirmations or statements Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only.
This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you receive this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Information received by or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information.
E-mail messages are not encrypted

**From:** Daniel Niednagel [mailto:Daniel@threearchcapital.com]
**Sent:** Friday, November 04, 2016 10:20 AM
**To:** Jason Stauffer <jason@criterionwealth.com>
**Cc:** Tom Mohler <tmohler@threearchcapital.com>; Robert Gravette <robert@criterionwealth.com>; Mark MacArthur <mark@criterionwealth.com>; Zach Herbert <zach@criterionwealth.com>
**Subject:** RE: Request for Commission Detail - For SEC Audit - URGENT!

Jason,

I am just starting to work on this now. I will be able to get you something, but I just don't know exactly how long it will take me.

Daniel Niednagel
Three Arch Capital
1590 S. Coast Highway, Suite #16
Laguna Beach, CA 92651
daniel@threearchcapital.com
949-715-0900
949-203-8509 (fax)

**From:** Jason Stauffer [mailto:jason@criterionwealth.com]
**Sent:** Thursday, November 3, 2016 9:45 PM
**To:** Daniel Niednagel <Daniel@threearchcapital.com>
**Cc:** Tom Mohler <tmohler@threearchcapital.com>; Robert Gravette <robert@criterionwealth.com>; Mark MacArthur <mark@criterionwealth.com>; Zach Herbert <zach@criterionwealth.com>

**Subject:** RE: Request for Commission Detail - For SEC Audit - URGENT!
**Importance:** High

Hi Daniel,

I worked my way through all the payments going back to 2009 and everything reconciled on my end. However, is there any way you can provide some sort of breakdown for the $300,000 (Check #1581, 4/12/2010)? This is going to stick out on the SEC Exam if we don't have any sort of breakdown for this payment. I need to submit this information to the SEC by tomorrow afternoon so anything you can provide would be super helpful.

Please feel free to call in the morning tomorrow if you have any questions.

Thanks!
Jason

**From:** Daniel Niednagel [mailto:Daniel@threearchcapital.com]
**Sent:** Wednesday, November 02, 2016 9:43 AM
**To:** Jason Stauffer <jason@criterionwealth.com>
**Cc:** Tom Mohler <tmohler@threearchcapital.com>
**Subject:** RE: Request for Commission Detail - For SEC Audit

Jason,

See attached. I think the file should open for you, but might be an older version of excel so let me know if you have any issues.

Things should basically all be in there. Things were calculated basically to the penny from 2011 on (back to the $125k payment). However, prior to 2011, the overall commission was not calculated down to the penny and thus there is no exact detail or calculation to the $300k payment.

Let me know if we need to talk.

Daniel Niednagel
Three Arch Capital
1590 S. Coast Highway, Suite #16
Laguna Beach, CA 92651
daniel@threearchcapital.com
949-715-0900
949-203-8509 (fax)

**From:** Jason Stauffer [mailto:jason@criterionwealth.com]
**Sent:** Tuesday, November 1, 2016 9:15 PM
**To:** Daniel Niednagel <Daniel@threearchcapital.com>
**Subject:** FW: Request for Commission Detail - For SEC Audit
**Importance:** High

One more I forgot on my previous email. Thanks!

| Date | Check # | Amount |
|---|---|---|
| 01/02/2014 | 2447 | $ 47,606.86 |

**From:** Jason Stauffer
**Sent:** Tuesday, November 01, 2016 8:42 PM

**To:** 'Daniel Niednagel (daniel@threearchcapital.com)' <daniel@threearchcapital.com>
**Cc:** Robert Gravette <robert@criterionwealth.com>
**Subject:** Request for Commission Detail - For SEC Audit
**Importance:** High

Hi Daniel,

We're working our way through an SEC exam and there's an item I was hoping you might be able to help me with.

Would you be able to provide the commission detail for the following checks in excel format. I have the commission detail, but only in PDF format, and it'd probably save me a few hours if you guys had these available and could send them to me.

Here's the check information for which I need the detail in excel:

| Date | Check # | Amount |
|---|---|---|
| 04/14/10 | 1581 | $ 300,000.00 |
| 03/31/11 | 1657 | $ 125,000.00 |
| 10/05/11 | 1751 | $ 65,000.00 |
| 04/12/12 | 1883 | $ 47,307.42 |
| 04/12/12 | 1886 | $ 47,500.00 |
| 10/05/12 | 2058 | $ 47,939.01 |
| 01/04/13 | 2118 | $ 47,606.87 |
| 04/01/13 | 2212 | $ 47,606.87 |
| 07/02/13 | 2288 | $ 47,606.87 |
| 10/10/13 | 2388 | $ 47,606.87 |
| 04/11/14 | 2489 | $ 47,606.87 |
| 07/09/14 | 2535 | $ 47,606.87 |
| 10/08/14 | 2588 | $ 47,347.09 |
| 01/12/15 | 2647 | $ 48,469.80 |
| 04/16/15 | 2738 | $ 46,039.06 |

Please feel free to give me a call if you have any questions or if you'd like to discuss.

Thanks!

**Jason O. Stauffer, CPA** | Director of Operations
CRITERION WEALTH MANAGEMENT
26650 The Old Road, Suite 110, Valencia, CA 91381
T 661.254.2543 F 661.254.5190
**www.criterionwealth.com**

STEWARDING WEALTH • SIMPLIFYING LIFE • EMPOWERING PURPOSE™

Click Here to Send Files Securely Using ShareFile

Criterion Insurance Services Inc DBA Criterion Wealth Management does not accept buy, sell or cancel orders by e-mail, or any instructions by e-mail that would require your signature. Securities are offered through Ausdal Financial Partners, Inc., Member FINRA/SIPC 5187 Utica Ridge Road Davenport, IA 52807 (563) 326-2064 Investment Advisory services offered through Criterion Wealth Management are independent of Ausdal Financial Partners, Inc and any subsidiaries or affiliates. CA Insurance License # 0786906 Information contained in this communication is not considered an official record of your account and does not supersede normal trade confirmations or statements. Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only.
This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you receive this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Information received by or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information.
E-mail messages are not encrypted