# EXHIBIT 42

Message

| | |
|---|---|
| **From:** | Daniel Niednagel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2FCC971D1A0041158BB6B11F7B89C812-DANIEL] |
| **Sent:** | 3/21/2018 6:24:01 PM |
| **To:** | Robert Gravette [robert@criterionwealth.com] |
| **Subject:** | RE: Need a favor |
| **Attachments:** | Criterion - Commission Schedule - thru Q1 2014 - 4-2-14.pdf; Criterion - Commission Schedule - thru Q2 2014.pdf; Criterion - Commission Schedule - thru Q3 2014 - 9-29-14.pdf; Criterion - Commission Schedule - thru Q4 2014 - 12-30-14.pdf; 2014 Criterion Commission Schedule.xlsx |

See attached

- Pdf's by Quarter for 2014
- Excel schedule for all of 2014

Daniel Niednagel
Three Arch Capital
1590 S. Coast Highway, Suite #16
Laguna Beach, CA 92651
daniel@threearchcapital.com
949-715-0900
949-203-8509 (fax)

**From:** Robert Gravette <robert@criterionwealth.com>
**Sent:** Wednesday, March 21, 2018 9:10 AM
**To:** Daniel Niednagel <Daniel@threearchcapital.com>
**Subject:** Need a favor

Hi Daniel,

Hope all is well!

Can you provide 2014 an excel spreadsheet showing all compensation to Criterion for each client for 2014?

Let me know if you have any questions.

We need this for our audit.

Thanks,

Bob

**Robert A. Gravette I President, CEO**
CRITERION WEALTH MANAGEMENT
26650 The Old Road, Suite 110, Valencia, CA 91381
T 661.254.2543 F 661.254.5190
**www.criterionwealth.com**

STEWARDING WEALTH • SIMPLIFYING LIFE • EMPOWERING PURPOSE™

Criterion Insurance Services Inc DBA: Criterion Wealth Management does not accept buy, sell or cancel orders by e-mail or any instructions by e-mail that would require your signature. Securities offered through Ausdal Financial Partners, Inc., Member FINRA/SIPC 5187 Utica Ridge Road, Davenport, IA 52807 (563) 326-2064 Investment Advisory services offered through Criterion Wealth Management are independent of Ausdal Financial Partners, Inc and any subsidiaries or affiliates. CA Insurance License # 0786906 Information contained in this communication is not considered an official record of your account and does not supersede normal trade confirmations or statements. Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only.
This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you receive this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Information received by or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information.
E-mail messages are not encrypted

PENGAD 800-631-6989
GOVERNMENT EXHIBIT 42
Niednagel
8-16-18

| 2014 - 1st Quarter | | | Investment Amount | Beg Date | End Date | Days | Average Daily Balance |
|---|---|---|---|---|---|---|---|
| Southland | Richard Mohler Trust | $ | 50,349.46 | 1/1/2014 | 3/31/2014 | 90.00 | 50,349.46 |
| Southland | Mary Mohler Trust | $ | 50,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 50,000.00 |
| Southland | Bacliff, LP | $ | 250,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 250,000.00 |
| Southland | Kathy Schreiber Living Trust | $ | 500,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 500,000.00 |
| Southland | Douglas & Jeanne Hammonds | $ | 100,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 100,000.00 |
| Southland | Ronald W. Dixon Living Trust | $ | 300,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 300,000.00 |
| Southland | Peter G. Seeger 2006 Irrevocable Trust | $ | 500,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 500,000.00 |
| Southland | Lindsey Family Trust | $ | 300,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 300,000.00 |
| Southland | Lovingfoss Family Trust | $ | 250,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 250,000.00 |
| Southland | Lawrence Blanton and Starr S Sachs | $ | 150,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 150,000.00 |
| Southland | Carl L Herrmann Jr. | $ | 200,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 200,000.00 |
| Southland | Dennis and Carol Johnson | $ | 150,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 150,000.00 |
| Southland | George A. Wade Family Trust | $ | 400,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 400,000.00 |
| Southland | Kirk J. Lewis MD | $ | 100,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 100,000.00 |
| Southland | Trust Agreement of Patricia J. Stageberg | $ | 200,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 200,000.00 |
| Southland | Michael J. Hartman | $ | 100,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 100,000.00 |
| Southland | Jay T. Hartman | $ | 200,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 200,000.00 |
| Southland | Pressler Family Trust | $ | 200,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 200,000.00 |
| Southland | Anderson Family Trust | $ | 60,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 60,000.00 |
| Southland | Declaration of Trust - Johnson Family | $ | 250,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 250,000.00 |
| Southland | William E. Slawson | $ | 50,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 50,000.00 |
| Southland | Guice Slawson Child's Trust | $ | 66,666.67 | 1/1/2014 | 3/31/2014 | 90.00 | 66,666.67 |
| Southland | Stinson Slawson Child's Trust | $ | 66,666.67 | 1/1/2014 | 3/31/2014 | 90.00 | 66,666.67 |
| Southland | William Slawson Child's Trust | $ | 66,666.66 | 1/1/2014 | 3/31/2014 | 90.00 | 66,666.66 |
| Pacific | Glen W. Hall - IRA | $ | 400,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 400,000.00 |
| Pacific | Robert T. Schroeder SEP-IRA | $ | 200,201.61 | 1/1/2014 | 3/31/2014 | 90.00 | 200,201.61 |
| Pacific | Mark Macarthur IRA | $ | 40,096.77 | 1/1/2014 | 3/31/2014 | 90.00 | 40,096.77 |
| Pacific | Peter Seeger IRA | $ | 100,215.05 | 1/1/2014 | 3/31/2014 | 90.00 | 100,215.05 |
| Pacific | Robert Iverson IRA | $ | 450,430.11 | 1/1/2014 | 3/31/2014 | 90.00 | 450,430.11 |
| Pacific | Kevin Nealon SEP IRA | $ | 250,080.65 | 1/1/2014 | 3/31/2014 | 90.00 | 250,080.65 |
| Pacific | Kathy Schreiber IRA | $ | 200,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 200,000.00 |
| Pacific | Rita Tilkian IRA | $ | 100,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 100,000.00 |
| Pacific | Rita Tilkian Roth IRA | $ | 50,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 50,000.00 |
| Pacific | Starr S. Sacks | $ | 150,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 150,000.00 |
| Pacific | Charles E. Lindsey IRA | $ | 100,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 100,000.00 |
| Pacific | DLW Orthopedics Defined Benefit Plan Trust | $ | 520,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 520,000.00 |
| Pacific | Southern Baptist Theological Seminary | $ | 150,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 150,000.00 |
| Pacific | Dennis H. Cho IRA | $ | 60,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 60,000.00 |
| Pacific | Anthony N. La Rocca IRA | $ | 150,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 150,000.00 |
| Pacific | Mary Lindsey IRA | $ | 40,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 40,000.00 |
| Pacific | George A. Wade, M.D. IRA | $ | 140,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 140,000.00 |
| Pacific | Ronald G. Luallen IRA | $ | 150,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 150,000.00 |
| Pacific | Linda Luallen IRA | $ | 50,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 50,000.00 |
| Pacific | Jean Y. Pressler IRA | $ | 50,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 50,000.00 |
| Pacific | Kirk J. Lewis MD IRA | $ | 300,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 300,000.00 |
| Pacific | Specialty Polymers & Services, Inc. DPP | $ | 80,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 80,000.00 |
| Pacific | Joshua P. Mitchell SEP IRA | $ | 50,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 50,000.00 |
| Pacific | James M. Johnston IRA | $ | 430,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 430,000.00 |
| Pacific | Mark Peterson, M.D. IRA | $ | 100,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Chamberlain | $ | 200,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 200,000.00 |
| Pacific | Southern Oregon Ortho - Versteeg | $ | 100,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Sternenberg | $ | 100,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Gault | $ | 100,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 100,000.00 |
| Pacific | Vincent Faraci IRA | $ | 150,000.00 | 1/1/2014 | 3/31/2014 | 90.00 | 150,000.00 |
| | | | 9,521,373.65 | | | 90.00 | 9,521,373.65 |
| | | | | | | | 0.5% |

Q1 Payment Due $ 47,606.87

| 2014 - 2nd Quarter | | Investment Amount | Beg Date | End Date | Days | Average Daily Balance |
|---|---|---|---|---|---|---|
| Southland | Richard Mohler Trust | $ 50,349.46 | 4/1/2014 | 6/30/2014 | 91.00 | 50,349.46 |
| Southland | Mary Mohler Trust | $ 50,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 50,000.00 |
| Southland | Baciff, LP | $ 250,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 250,000.00 |
| Southland | Kathy Schreiber Living Trust | $ 500,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 500,000.00 |
| Southland | Douglas & Jeanne Hammonds | $ 100,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 100,000.00 |
| Southland | Ronald W. Dixon Living Trust | $ 300,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 300,000.00 |
| Southland | Peter G. Seeger 2006 Irrevocable Trust | $ 500,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 500,000.00 |
| Southland | Lindsey Family Trust | $ 300,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 300,000.00 |
| Southland | Lovingfoss Family Trust | $ 250,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 250,000.00 |
| Southland | Lawrence Blanton and Starr S Sachs | $ 150,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 150,000.00 |
| Southland | Carl L Herrmann Jr. | $ 200,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 200,000.00 |
| Southland | Dennis and Carol Johnson | $ 150,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 150,000.00 |
| Southland | George A. Wade Family Trust | $ 400,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 400,000.00 |
| Southland | Kirk J. Lewis MD | $ 100,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 100,000.00 |
| Southland | Trust Agreement of Patricia J. Stegoberg | $ 200,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 200,000.00 |
| Southland | Michael J. Hartman | $ 100,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 100,000.00 |
| Southland | Jay T. Hartman | $ 200,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 200,000.00 |
| Southland | Pressler Family Trust | $ 200,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 200,000.00 |
| Southland | Anderson Family Trust | $ 60,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 60,000.00 |
| Southland | Declaration of Trust - Johnson Family | $ 250,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 250,000.00 |
| Southland | William E. Slawson | $ 50,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 50,000.00 |
| Southland | Guice Slawson Child's Trust | $ 66,666.67 | 4/1/2014 | 6/30/2014 | 91.00 | 66,666.67 |
| Southland | Stinson Slawson Child's Trust | $ 66,666.67 | 4/1/2014 | 6/30/2014 | 91.00 | 66,666.67 |
| Southland | William Slawson Child's Trust | $ 66,666.66 | 4/1/2014 | 6/30/2014 | 91.00 | 66,666.66 |
| Pacific | Glen W. Hall - IRA | $ 400,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 400,000.00 |
| Pacific | Robert T. Schroeder SEP-IRA | $ 200,201.61 | 4/1/2014 | 6/30/2014 | 91.00 | 200,201.61 |
| Pacific | Mark Macarthur IRA | $ 40,096.77 | 4/1/2014 | 6/30/2014 | 91.00 | 40,096.77 |
| Pacific | Peter Seeger IRA | $ 100,215.05 | 4/1/2014 | 6/30/2014 | 91.00 | 100,215.05 |
| Pacific | Robert Iverson IRA | $ 450,430.11 | 4/1/2014 | 6/30/2014 | 91.00 | 450,430.11 |
| Pacific | Kevin Nealon SEP IRA | $ 250,080.65 | 4/1/2014 | 6/30/2014 | 91.00 | 250,080.65 |
| Pacific | Kathy Schreiber IRA | $ 200,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 200,000.00 |
| Pacific | Rita Tilkian IRA | $ 100,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 100,000.00 |
| Pacific | Rita Tilkian Roth IRA | $ 50,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 50,000.00 |
| Pacific | Starr S. Sacks | $ 150,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 150,000.00 |
| Pacific | Charles E. Lindsey IRA | $ 100,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 100,000.00 |
| Pacific | DLW Orthopedics Defined Benefit Plan Trust | $ 520,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 520,000.00 |
| Pacific | Southern Baptist Theological Seminary | $ 150,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 150,000.00 |
| Pacific | Dennis H. Cho IRA | $ 60,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 60,000.00 |
| Pacific | Anthony N. La Rocca IRA | $ 150,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 150,000.00 |
| Pacific | Mary Lindsey IRA | $ 40,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 40,000.00 |
| Pacific | George A. Wade, M.D. IRA | $ 140,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 140,000.00 |
| Pacific | Ronald G. Luallen IRA | $ 150,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 150,000.00 |
| Pacific | Linda Luallen IRA | $ 50,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 50,000.00 |
| Pacific | Jean Y. Pressler IRA | $ 50,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 50,000.00 |
| Pacific | Kirk J. Lewis MD IRA | $ 300,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 300,000.00 |
| Pacific | Specialty Polymers & Services, Inc. DPP | $ 80,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 80,000.00 |
| Pacific | Joshua P. Mitchell SEP IRA | $ 50,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 50,000.00 |
| Pacific | James M. Johnston IRA | $ 430,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 430,000.00 |
| Pacific | Mark Peterson, M.D. IRA | $ 100,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Chamberlain | $ 200,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 200,000.00 |
| Pacific | Southern Oregon Ortho - Versteeg | $ 100,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Sternenberg | $ 100,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Gault | $ 100,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 100,000.00 |
| Pacific | Vincent Faraci IRA | $ 150,000.00 | 4/1/2014 | 6/30/2014 | 91.00 | 150,000.00 |
| | | 9,521,373.65 | | | 91.00 | 9,521,373.65 |
| | | | | | | 0.5% |
| | | | | | Q2 Payment Due $ | 47,606.87 |

| 2014 - 3rd Quarter | | | Investment Amount | Beg Date | End Date | Days | Average Daily Balance |
|---|---|---|---|---|---|---|---|
| Southland | Richard Mohler Trust | $ | 50,349.46 | 7/1/2014 | 9/30/2014 | 92.00 | 50,349.46 |
| Southland | Mary Mohler Trust | $ | 50,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 50,000.00 |
| Southland | Bacliff, LP | $ | 250,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 250,000.00 |
| Southland | Kathy Schreiber Living Trust | $ | 500,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 500,000.00 |
| Southland | Peter G. Seeger 2006 Irrevocable Trust | $ | 500,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 500,000.00 |
| Southland | Lindsey Family Trust | $ | 300,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 300,000.00 |
| Southland | Lovingfoss Family Trust | $ | 250,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 250,000.00 |
| Southland | Lawrence Blanton and Starr S Sachs | $ | 150,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 150,000.00 |
| Southland | Carl L Herrmann Jr. | $ | 200,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 200,000.00 |
| Southland | Dennis and Carol Johnson | $ | 150,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 150,000.00 |
| Southland | George A. Wade Family Trust | $ | 400,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 400,000.00 |
| Southland | Kirk J. Lewis MD | $ | 100,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 100,000.00 |
| Southland | Trust Agreement of Patricia J. Stageberg | $ | 200,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 200,000.00 |
| Southland | Trust Agreement of Patricia J. Stageberg | $ | 170,000.00 | 9/8/2014 | 9/30/2014 | 23.00 | 42,500.00 |
| Southland | Michael J. Hartman | $ | 100,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 100,000.00 |
| Southland | Jay T. Hartman | $ | 200,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 200,000.00 |
| Southland | Pressler Family Trust | $ | 200,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 200,000.00 |
| Southland | Anderson Family Trust | $ | 60,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 60,000.00 |
| Southland | Declaration of Trust - Johnson Family | $ | 250,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 250,000.00 |
| Southland | William E. Slawson | $ | 50,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 50,000.00 |
| Southland | Guice Slawson Child's Trust | $ | 66,666.67 | 7/1/2014 | 9/30/2014 | 92.00 | 66,666.67 |
| Southland | Stinson Slawson Child's Trust | $ | 66,666.67 | 7/1/2014 | 9/30/2014 | 92.00 | 66,666.67 |
| Southland | William Slawson Child's Trust | $ | 66,666.66 | 7/1/2014 | 9/30/2014 | 92.00 | 66,666.66 |
| Southland | Todd R. & Olivia Engstrom JTWROS | $ | 100,000.00 | 8/21/2014 | 9/30/2014 | 41.00 | 44,565.22 |
| Southland | Virginia E Wade GST Exempt Trust | $ | 50,000.00 | 9/3/2014 | 9/30/2014 | 28.00 | 15,217.39 |
| Southland | Omar Abdul-Hadi, M.D. | $ | 100,000.00 | 9/8/2014 | 9/30/2014 | 23.00 | 25,000.00 |
| Southland | James G. Peterson & Barbara J. Silton JTWROS | $ | 150,000.00 | 9/24/2014 | 9/30/2014 | 7.00 | 11,413.04 |
| Pacific | Glen W. Hall - IRA | $ | 400,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 400,000.00 |
| Pacific | Robert T. Schroeder SEP-IRA | $ | 200,201.61 | 7/1/2014 | 9/30/2014 | 92.00 | 200,201.61 |
| Pacific | Robert T. Schroeder SEP-IRA | $ | 50,000.00 | 9/19/2014 | 9/30/2014 | 12.00 | 6,521.74 |
| Pacific | Mark Macarthur IRA | $ | 40,096.77 | 7/1/2014 | 9/30/2014 | 92.00 | 40,096.77 |
| Pacific | Peter Seeger IRA | $ | 100,215.05 | 7/1/2014 | 9/30/2014 | 92.00 | 100,215.05 |
| Pacific | Robert Iverson IRA | $ | 450,430.11 | 7/1/2014 | 9/30/2014 | 92.00 | 450,430.11 |
| Pacific | Kevin Nealon SEP IRA | $ | 250,080.65 | 7/1/2014 | 9/30/2014 | 92.00 | 250,080.65 |
| Pacific | Kathy Schreiber IRA | $ | 200,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 200,000.00 |
| Pacific | Rita Tilkian IRA | $ | 100,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 100,000.00 |
| Pacific | Rita Tilkian Roth IRA | $ | 50,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 50,000.00 |
| Pacific | Starr S. Sacks | $ | 150,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 150,000.00 |
| Pacific | Charles E. Lindsey IRA | $ | 100,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 100,000.00 |
| Pacific | DLW Orthopedics Defined Benefit Plan Trust | $ | 520,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 520,000.00 |
| Pacific | Southern Baptist Theological Seminary | $ | 150,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 150,000.00 |
| Pacific | Dennis H. Cho IRA | $ | 60,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 60,000.00 |
| Pacific | Anthony N. La Rocca IRA | $ | 150,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 150,000.00 |
| Pacific | Mary Lindsey IRA | $ | 40,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 40,000.00 |
| Pacific | George A. Wade, M.D. IRA | $ | 140,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 140,000.00 |
| Pacific | Ronald G. Luallen IRA | $ | 150,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 150,000.00 |
| Pacific | Linda Luallen IRA | $ | 50,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 50,000.00 |
| Pacific | Jean Y. Pressler IRA | $ | 50,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 50,000.00 |
| Pacific | Kirk J. Lewis MD IRA | $ | 300,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 300,000.00 |
| Pacific | Specialty Polymers & Services, Inc. DPP | $ | 80,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 80,000.00 |
| Pacific | Joshua P. Mitchell SEP IRA | $ | 50,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 50,000.00 |
| Pacific | James M. Johnston IRA | $ | 430,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 430,000.00 |
| Pacific | Mark Peterson, M.D. IRA | $ | 100,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Chamberlain | $ | 200,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 200,000.00 |
| Pacific | Southern Oregon Ortho - Versteeg | $ | 100,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Sternenberg | $ | 100,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Gault | $ | 100,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 100,000.00 |
| Pacific | Vincent Faraci IRA | $ | 150,000.00 | 7/1/2014 | 9/30/2014 | 92.00 | 150,000.00 |
| Pacific | Vicky W. Chow | $ | 250,000.00 | 8/26/2014 | 9/30/2014 | 36.00 | 97,826.09 |
| Pacific | David C. Chow | $ | 150,000.00 | 9/9/2014 | 9/30/2014 | 22.00 | 35,869.57 |
| Pacific | Dennis D. Johnson IRA | $ | 100,000.00 | 9/12/2014 | 9/30/2014 | 19.00 | 20,652.17 |
| Pacific | Carol A. Johnson IRA | $ | 100,000.00 | 9/15/2014 | 9/30/2014 | 16.00 | 17,391.30 |
| Pacific | Wendy M. Churukian IRA | $ | 50,000.00 | 9/16/2014 | 9/30/2014 | 15.00 | 8,152 17 |
| Pacific | James J. Kehrli IRA | $ | 70,000.00 | 9/18/2014 | 9/30/2014 | 13.00 | 9,891.30 |
| Pacific | Brian L. Miller IRA | $ | 200,000.00 | 9/25/2014 | 9/30/2014 | 6.00 | 13,043.46 |
| | | | 10,661,373.65 | | | 92.00 | 9,469,417.13 |
| | | | | | | | 0.5% |
| | | | | | | Q3 Payment Due $ | 47,347.09 |

| 2014 - 4th Quarter | | | Investment Amount | Beg Date | End Date | Days | Average Daily Balance |
|---|---|---|---|---|---|---|---|
| Southland | Richard Mohler Trust | $ | 50,349.46 | 10/1/2014 | 12/31/2014 | 92.00 | 50,349.46 |
| Southland | Mary Mohler Trust | $ | 50,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 50,000.00 |
| Southland | Baclif, LP | $ | 250,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 250,000.00 |
| Southland | Kathy Schreiber Living Trust | $ | 500,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 500,000.00 |
| Southland | Lindsey Family Trust | $ | 300,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 300,000.00 |
| Southland | Lovingfoss Family Trust | $ | 250,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 250,000.00 |
| Southland | Lawrence Blanton and Starr S Sachs | $ | 150,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 150,000.00 |
| Southland | Carl L Herrmann Jr. | $ | 200,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 200,000.00 |
| Southland | Dennis and Carol Johnson | $ | 150,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 150,000.00 |
| Southland | George A. Wade Family Trust | $ | 400,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 400,000.00 |
| Southland | Kirk J. Lewis MD | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Southland | Trust Agreement of Patricia J. Stageberg | $ | 370,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 370,000.00 |
| Southland | Michael J. Hartman | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Southland | Jay T. Hartman | $ | 200,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 200,000.00 |
| Southland | Pressler Family Trust | $ | 200,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 200,000.00 |
| Southland | Anderson Family Trust | $ | 60,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 60,000.00 |
| Southland | Declaration of Trust - Johnson Family | $ | 250,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 250,000.00 |
| Southland | William E. Slawson | $ | 50,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 50,000.00 |
| Southland | Guice Slawson Child's Trust | $ | 66,666.67 | 10/1/2014 | 12/31/2014 | 92.00 | 66,666.67 |
| Southland | Stinson Slawson Child's Trust | $ | 66,666.67 | 10/1/2014 | 12/31/2014 | 92.00 | 66,666.67 |
| Southland | William Slawson Child's Trust | $ | 66,666.66 | 10/1/2014 | 12/31/2014 | 92.00 | 66,666.66 |
| Southland | Todd R. & Olivia Engstrom JTWROS | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Southland | Virginia E Wade GST Exempt Trust | $ | 50,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 50,000.00 |
| Southland | Omar Abdul-Hadi, M.D. | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Southland | James G. Peterson & Barbara J. Silton JTWROS | $ | 150,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 150,000.00 |
| Pacific | Glen W. Hall - IRA | $ | 400,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 400,000.00 |
| Pacific | Robert T. Schroeder SEP-IRA | $ | 250,201.61 | 10/1/2014 | 12/31/2014 | 92.00 | 250,201.61 |
| Pacific | Mark Macarthur IRA | $ | 40,096.77 | 10/1/2014 | 12/31/2014 | 92.00 | 40,096.77 |
| Pacific | Robert Iverson IRA | $ | 450,430.11 | 10/1/2014 | 10/17/2014 | 17.00 | 83,231.65 |
| Pacific | Kevin Nealon SEP IRA | $ | 250,080.65 | 10/1/2014 | 12/31/2014 | 92.00 | 250,080.65 |
| Pacific | Kathy Schreiber IRA | $ | 200,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 200,000.00 |
| Pacific | Rita Tilkian IRA | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Pacific | Rita Tilkian Roth IRA | $ | 50,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 50,000.00 |
| Pacific | Starr S. Sacks | $ | 150,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 150,000.00 |
| Pacific | Charles E. Lindsey IRA | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Pacific | DLW Orthopedics Defined Benefit Plan Trust | $ | 520,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 520,000.00 |
| Pacific | Southern Baptist Theological Seminary | $ | 150,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 150,000.00 |
| Pacific | Dennis H. Cho IRA | $ | 60,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 60,000.00 |
| Pacific | Anthony N. La Rocca IRA | $ | 150,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 150,000.00 |
| Pacific | Mary Lindsey IRA | $ | 40,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 40,000.00 |
| Pacific | George A. Wade, M.D. IRA | $ | 140,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 140,000.00 |
| Pacific | Ronald G. Luallen IRA | $ | 150,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 150,000.00 |
| Pacific | Linda Luallen IRA | $ | 50,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 50,000.00 |
| Pacific | Jean Y. Pressler IRA | $ | 50,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 50,000.00 |
| Pacific | Kirk J. Lewis MD IRA | $ | 300,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 300,000.00 |
| Pacific | Specialty Polymers & Services, Inc. DPP | $ | 80,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 80,000.00 |
| Pacific | Joshua P. Mitchell SEP IRA | $ | 50,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 50,000.00 |
| Pacific | James M. Johnston IRA | $ | 430,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 430,000.00 |
| Pacific | Mark Peterson, M.D. IRA | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Chamberlain | $ | 200,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 200,000.00 |
| Pacific | Southern Oregon Ortho - Versteeg | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Sternenberg | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Pacific | Southern Oregon Ortho - Gault | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Pacific | Vincent Faraci IRA | $ | 150,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 150,000.00 |
| Pacific | Vicky W. Chow | $ | 250,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 250,000.00 |
| Pacific | David C. Chow | $ | 150,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 150,000.00 |
| Pacific | Dennis D. Johnson IRA | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Pacific | Carol A. Johnson IRA | $ | 100,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 100,000.00 |
| Pacific | Wendy M. Churukian IRA | $ | 50,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 50,000.00 |
| Pacific | James J. Kehrli IRA | $ | 70,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 70,000.00 |
| Pacific | Brian L. Miller IRA | $ | 200,000.00 | 10/1/2014 | 12/31/2014 | 92.00 | 200,000.00 |
| | | | 10,061,158.60 | | | 92.00 | 9,693,960.14 |
| | | | | | | | 0.5% |

Q4 Payment Due $ 48,469.80

# Document Produced in Native Format

## 2014 Criterion Commission Schedule.xlsx