CHARLES CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
DANIEL S. LIM (Cal. Bar No. 292406)
Email: limda@sec.gov
DOHOANG T. DUONG (Cal. Bar No. 219127)
Email: duongdo@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katherine Zoladz, Associate Regional Director
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC.; ROBERT ALLEN GRAVETTE; and MARK ANDREW MACARTHUR

Defendants.

Case No. 2:20-cv-01402-SPG-JEM

**DECLARATION OF ANDREW D. RICHMOND**

Pre-Trial Conf. Date: April 26, 2023
Trial Date: May 16, 2023

Judge: Hon. Sherilyn Peace Garnett

# DECLARATION OF ANDREW D. RICHMOND

I, Andrew D. Richmond, declare, pursuant to U.S.C. § 1746, as follows:

1. I am an individual over 18 years of age and have personal knowledge of the matters set forth below, and if called as a witness, I could and would competently testify to the facts stated herein.

2. I was retained by the Securities and Exchange Commission ("SEC"), in the matter *Securities and Exchange Commission v. Criterion Wealth Management Insurance Services, Inc., et al.* currently pending in the United States District Court, Central District of California. The case number for this matter is 2:20-cv-01402.

3. I am a Senior Vice President at Cornerstone Research, a specialized independent consulting firm, the Leader of the Corporate Investigations Practice, and serve on the Firm's Board of Directors. In addition to these leadership roles, I serve on the firm's Capital Funding Committee, Risk Management Committee, and Audit Committee.

4. For more than 30 years, I have provided financial, economic, and forensic accounting consulting services to clients and their counsel. I have analyzed the financial condition, including revenues, costs, profitability, and value, of numerous business entities in both litigation and non-litigation matters. I have prepared or analyzed numerous claims for economic damages in numerous types of matters including breach of contract, professional liability, intellectual property, anti-trust, post-acquisition, construction disputes and class actions. My economic damages experience includes analysis of lost profits, out-of-pocket costs, unjust enrichment, valuation, and reasonable royalties. I have conducted numerous forensic accounting investigations related to financial reporting fraud, the misappropriation of assets, and other corporate misconduct. I have testified as an expert witness in the areas of financial analysis, accounting, fraud and concealment schemes, valuation, causation analysis, and the quantification of economic damages. I am a licensed Certified Public Accountant (CPA) in the state of Illinois. I am a Certified Fraud Examiner

(CFE), a globally recognized fraud and investigation credential issued by the Association of Certified Fraud Examiners (ACFE). I am also Certified in Financial Forensics (CFF) and Accredited in Business Valuation (ABV) by the American Institute of Certified Public Accountants (AICPA). I graduated with honors from the University of Southern California where I earned a Bachelor of Science in Business, with an emphasis in Finance and Business Economics.

5. At the SEC's request, I issued an expert report in this matter (the "Richmond Report") on September 20, 2021, a true and correct copy of which is attached hereto as Exhibit 173. A complete statement of the sources and data I relied upon and my qualifications is set forth in Appendices A and B to the Richmond Report.

6. The Richmond Report sets forth the opinions I formed and if called to testify, my testimony would reflect the contents of the Richmond Report.

7. Based on my professional and educational experience and the materials I considered, I formed the following opinions, which are set forth and further explained in the Richmond Report and incorporated herein:

a. From 2014 through 2020, Defendants received net commissions of approximately $1.3 million from Ausdal associated with the At-Issue Funds.

b. The net commissions the Defendants earned on the At-Issue Funds represent approximately 50% of the net commissions the Defendants earned from Ausdal associated with Alternative Investments.

c. The combined fees (commissions plus Alternative Investment Fees) earned on Alternative Investments exceed the fees that would have been earned under Criterion's Investment Management fee structure.

d. The expected and actual Criterion investor returns on the SREI Class C Units were inferior to the expected and actual returns on SREI Class A Units.

e. The expected returns on the T2 Asset Opportunity Fund IV are inferior to the expected returns on T2 Opportunity Fund IV, if the fund exceeds the 8% Tier 1 "hurdle."

f. The agreements between: (1) Ausdal and the General Partner of the T2 funds; and (2) Ausdal and Bird Rock Management, LLC, the manager of Pacific West Home Mortgage II and Southland Home Mortgage II, created an economic incentive for the Defendants to recommend that Criterion clients invest in and maintain their investments in the At-Issue Funds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of March, 2023, at Chicago, Illinois.

Andrew D Richmond

ANDREW D. RICHMOND

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 29, 2023, I caused to be served the document entitled **DECLARATION OF ANDREW D. RICHMOND** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 29, 2023

*/s/ Charles E. Canter*
Charles E. Canter

***SEC v. Criterion Wealth Management Insurance Services, Inc., et al.***
**United States District Court for the Central District of California**
**Case No. 2:20-cv-01402-SPG-JEM**

## SERVICE LIST

Kenneth E. Yeadon, Esq.
Hinshaw & Culbertson LLP
151 N. Franklin Blvd., Ste. 2500
Chicago, IL 60606
Email: kyeadon@hinshawlaw.com
***Attorney for Defendants Criterion Wealth Management Insurance Services, Inc., and Robert Allen Gravette***

Jeffrey R. Thomas, Esq.
Thomas Law LLC
3801 E. Florida Ave.,
Suite 107
Denver, CO 80210
Email: jthomas@thomaslawllc.com
***Attorney for Defendant Mark Andrew MacArthur***