CHARLES CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
DANIEL S. LIM (Cal. Bar No. 292406)
Email: limda@sec.gov
DOHOANG T. DUONG (Cal. Bar No. 219127)
Email: duongdo@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katherine Zoladz, Associate Regional Director
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC.; ROBERT ALLEN GRAVETTE; and MARK ANDREW MACARTHUR

Defendants.

Case No. 2:20-cv-01402-SPG-JEM

**DECLARATION OF JAMES J. SIMPSON**

Pre-Trial Conf. Date: April 26, 2023
Trial Date: May 16, 2023

Judge: Hon. Sherilyn Peace Garnett

# DECLARATION OF JAMES J. SIMPSON

I, James J. Simpson, declare, pursuant to U.S.C. § 1746, as follows:

1. My formal name is James J. Simpson. People generally call me "Jeff." I am an individual over 18 years of age and have personal knowledge of the matters set forth below, and if called as a witness, I could and would competently testify to the facts stated therein.

2. I made this declaration at the request of the staff of the Securities and Exchange Commission ("SEC").

3. I am an Executive Vice President and Principal of Ausdal Financial Partners, Inc. ("Ausdal"), based in Downers Grove, Illinois. Ausdal is a broker-dealer registered with the Securities and Exchange Commission ("SEC") and regulated by the Financial Industry Regulatory Authority ("FINRA"). Ausdal was founded in 1979 as a securities broker-dealer firm known as Robert B. Ausdal & Co., Inc. In June, 2008, Robert B. Ausdal & Co., Inc. changed its name to Ausdal Financial Partners, Inc.

4. I have been an employee of Ausdal since April 26, 2007. I hold Series 7, 24, and 63 licenses, am licensed in 35 states, and have 29 years of experience as a registered representative of a securities broker-dealer. I have personal knowledge of each of the matters set forth below and, if called as a witness, I could and would competently testify to the facts stated herein.

5. Ausdal is a registered securities broker-dealer, and persons associated with Ausdal as registered representatives may buy and sell securities for their clients. As of September 20, 2021, Ausdal has 258 registered representatives licensed to offer and sell investment products in all 50 states, the District of Columbia and Puerto Rico. From 2014 through 2019, Ausdal had between 220 and 250 registered representatives licensed to offer and sell investment products in all 50 states, the District of Columbia and Puerto Rico.

6. In connection with the sale or purchase of securities, registered

representatives of Ausdal earn compensation, typically in the form of commissions, which are paid to Ausdal. In order to allocate such compensation to the correct person, Ausdal assigns each registered representative a representative number. Ausdal then pays a share of those commissions to the associated representative who made the sale or purchase of such securities based on a commission schedule incorporated by reference in that representative's agreement with Ausdal. Ausdal also operates a registered investment adviser.

7. I am familiar with two of the named defendants in this action, Mark MacArthur and Robert Gravette.

8. Mark MacArthur has been associated with Ausdal as a registered representative of Ausdal's broker-dealer business since November 1, 2006. Attached hereto and marked as Exhibit 100 is a true and accurate copy of the agreement dated November 7, 2006 that governed MacArthur's relationship with Ausdal. MacArthur was assigned Ausdal representative number 55 for purposes of commission compensation.

9. Robert Gravette was associated with Ausdal as a registered representative of Ausdal's broker-dealer business from November 14, 2006 to November 3, 2020. Attached hereto and marked as Exhibit 101 is a true and accurate copy of the agreement dated November 13, 2006 that governed Gravette's relationship with Ausdal. Gravette was assigned Ausdal representative number 56 for purposes of commission compensation.

10. Neither MacArthur nor Gravette were ever affiliated with Ausdal's investment advisory business. Instead, it was my understanding that they operated their own registered investment adviser Criterion Wealth Management Insurance Services, Inc. at least until 2017. Under Ausdal's policies governing outside business activities, Ausdal specifically allowed its registered representatives to offer separate investment advisory services as long as such services were disclosed to Ausdal.

11. Among the products offered by Ausdal on its platform are certain private

funds. Those products included the four funds at issue in the above-captioned civil action ("at-issue funds"), *SEC v. Criterion Wealth Management Insurance Services, Inc.*, Case No. 2:20-cv-01402-SPG-JEM. Unlike most of the products offered by Ausdal, only Gravette and MacArthur sold investments in the four at-issue funds. For most of the products Ausdal representatives sold, Ausdal earned a one-time commission equal to a percentage of the transaction. It was my understanding that Gravette and MacArthur had a pre-existing relationship with the managers of the at-issue funds. This relationship allowed Gravette and MacArthur to negotiate unusual compensation arrangements for the at-issue funds. This relationship allowed Gravette and MacArthur to negotiate the compensation arrangements for the at-issue funds.

12. Under these arrangements, Ausdal was paid half of the fund manager's carried interest for two of those funds: T2 Strategic Real Estate Investment Fund, LLC and T2 Asset Opportunity Fund IV, LP. And under these arrangements, Ausdal was paid ongoing (or "trailing") referral fees for another two of those funds: Southland Home Mortgage II LLC and Pacific West Home Mortgage II LLC. Apart from Gravette and MacArthur, no other registered representatives of Ausdal sold investments in the four at-issue funds.

13. The compensation arrangements negotiated by Gravette and MacArthur were documented in Placement Agreements executed by Ausdal. Attached hereto and marked as Exhibit 67 is a true and accurate copy of the Placement Agreement dated April 1, 2014 outlining Ausdal's compensation for selling units of T2 Strategic Real Estate Income Fund, LLC. Attached hereto and marked as Exhibit 80 is a true and accurate copy of the Placement Agreement dated April 1, 2014 outlining Ausdal's compensation for selling units of T2 Asset Opportunity Fund IV, LP. Attached hereto and marked as Exhibit 127 is a true and accurate copy of a letter agreement dated June 21, 2016 outlining the terms of Ausdal's compensation for selling equity interests in Pacific West Home Mortgage II, LLC. Ausdal reached a

similar agreement with the fund manager of Southland Home Mortgage II LLC, but did not reduce that agreement to writing.

14. Ausdal pays its registered representatives compensation in the form of commissions and maintains a record of commission payments for each registered representative. Those records are referred to internally as commission runs or commission reports. Commission reports are documents created in the normal course of Ausdal's business by individuals with knowledge. Commission reports identify the trade date, client name, product name, amount, representative number, and other information associated with a commission payment.

15. Ausdal's back-office system is also able to sort commission data and generate commission reports by registered representative. Attached hereto and marked as Exhibit 133 is a true and accurate copy of Ausdal's consolidated commission report for all commissions paid to Gravette from Ausdal from January 2014 through September 2018. Attached hereto and marked as Exhibit 146 is a true and accurate copy of Ausdal's consolidated commission report for all commissions paid to MacArthur from Ausdal from January 2014 through September 2018.

16. Ausdal's back-office system is also able to generate commission reports by product. Attached hereto and marked as Exhibit 176 is a true and accurate copy of Ausdal's consolidated commission report for all commissions paid to Gravette and MacArthur from Ausdal related to Southland Home Mortgage II LLC, Pacific West Home Mortgage II LLC, and T2 Strategic Real Estate Income Fund, LLC. The data on Exhibits 133, 146, and 176 is true and accurate to the best of my knowledge.

17. As reflected in Exhibits 133 and 146, Ausdal paid Gravette and MacArthur 95% of commissions generated by their clients. It was and continues to be Ausdal's custom and practice to pay these commissions on a weekly basis, usually on Fridays. Ausdal paid Gravette's commissions by check made payable to Robert Gravette.

18. Until December 2017, Ausdal paid MacArthur's commissions by check to Mark MacArthur. After that date, Ausdal paid MacArthur's commissions by electronic transfer to an account at Logix Federal Credit Union in the name of M2 Financial, LLC, at Mr. MacArthur's request. While the transfers were made to an account in the name of M2 Financial, LLC, a Form 1099 was issued to Mr. MacArthur, personally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of March, 2023, at Chicago, Illinois.

Respectfully submitted,

James J. Simpson

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 29, 2023, I caused to be served the document entitled **DECLARATION OF JAMES J. SIMPSON** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 29, 2023

*/s/ Charles E. Canter*
Charles E. Canter

***SEC v. Criterion Wealth Management Insurance Services, Inc., et al.***
**United States District Court for the Central District of California**
**Case No. 2:20-cv-01402-SPG-JEM**

## <u>SERVICE LIST</u>

Kenneth E. Yeadon, Esq.
Hinshaw & Culbertson LLP
151 N. Franklin Blvd., Ste. 2500
Chicago, IL 60606
Email: kyeadon@hinshawlaw.com
***Attorney for Defendants Criterion Wealth Management Insurance Services, Inc., and Robert Allen Gravette***

Jeffrey R. Thomas, Esq.
Thomas Law LLC
3801 E. Florida Ave.
Suite 107
Denver, CO 80210
Email: jthomas@thomaslawllc.com
***Attorney for Defendant Mark Andrew MacArthur***