# EXHIBIT 127

SEC v Criterion
EXHIBIT
127
Bird Rock Mgmt 9.30.21

June 21st, 2016

Pacific West Home Mortgage II, LLC
1590 S. Coast Highway, Suite #8
Laguna Beach, CA 92651
Attn: Daniel Niednagel

Dear Daniel:

DN

This is to confirm the engagement of Ausdal Financial Partners (AFP) by Pacific West Home Mortgage II, LLC (the "Company") pursuant to which AFP will render certain services ~~on an exclusive basis~~ to the Company in connection with the proposed private placement of equity interests in Pacific West Home Mortgage II,, LLC. (the "Private Placement"). The Company will engage Ausdal as its agent in connection with the arrangement and placement of units of the Company with potential investors of the Company pursuant to a private placement (the "Placement") of up to $15,000,000 of units in the Company, which private placement is to be limited to those persons who are accredited investors, as defined under the United States Securities and Exchange Commission (the "SEC") Regulation D ("Accredited Investors"). The Private Placement and related transactions are referred to herein as the "Financing".

1. Services to Be Rendered:

Our role will include the following:

a. Providing capital structure advice in connection with the Financing;
b. Assisting the Company in preparing a private placement offering memorandum (together with any supplements, exhibits, or other attachments thereto, the "PPM") and summary of principal terms related to the Private Placement;
c. Identifying accredited private and institutional investors (either directly or through other broker-dealers and registered investment advisors) which may be interested in participating in the Private Placement and, as requested by the Company, presenting the Financing opportunity to such investors;
d. Coordinating financial, business, and legal due diligence as requested by the Company;
e. Assisting in negotiating the final terms and conditions of the Private Placement with the investors; and
f. Acting as Placement Agent for the Private Placement

AFP represents and warrants to the Company that AFP and its principals have all necessary licenses and permits in order to lawfully and properly perform the services contemplated herein and AFP is qualified by experience and expertise to provide the services contemplated herein.

Nothing herein shall constitute an undertaking by AFP to underwrite or otherwise purchase the securities to be *offered* in the Financing. Pacific West Home Mortgage II, LLC acknowledge that broker- dealers in addition to AFP might be contacted by AFP to participate in the solicitation of

investors and that such broker-dealers will be entitled to compensation for their services as set forth in Section 2 below.

AFP, as private placement agent, will assist the Company in preparing the PPM to be sent to accredited investors. The Company is solely responsible for the contents of the PPM and represents and warrants to AFP that, at all times during the offering of the securities, the PPM will not contain any untrue statement of a material fact or omit to state any material fact necessary to make the statements contained therein, in light of the circumstances under which they were made, not misleading, and that any forecasted financial, market, or industrial information contained therein will be based on reasonable good faith estimates by the Company.

Pacific West Home Mortgage II, LLC agree to provide AFP all information reasonably requested by it for the purpose of providing its services as a private placement agent hereunder and will provide AFP reasonable access to all appropriate parties, including but not limited to accountants, counsel, marketing partners, etc.. In performing the services contemplated hereby, AFP will be entitled to rely upon and assume, without independent verification, the accuracy and completeness of all information that has been provided to it by Pacific West Home Mortgage II,, LLC and AFP shall have no obligation to verify the accuracy or completeness of any such information and will have no liability to the Company for the use of such information or the contents of the PPM.

Pacific West Home Mortgage II,LLC also agree that during the period of AFP's engagement hereunder, Pacific West Home Mortgage II, LLC will not discuss the proposed Financing (or any other financing which could reasonably be expected to materially affect the marketing of the proposed Financing contemplated hereby) with: (a) any potential investors without the prior consent of AFP, which consent will not be unreasonably withheld or (b) any financial institutions that provide private underwriting or placement services, which consent may be withheld by AFP in its sole discretion.

The Company represents and warrants that this Agreement has been duly authorized, executed and delivered by the Company, and, assuming due execution by Ausdal Financial Partners, constitutes a legal, valid and binding agreement of the Company, enforceable against the Company in accordance with its terms.

~~Pacific West Home Mortgage II, LLC agrees they are engaging AFP on an exclusive basis~~. DN

2. Compensation

For rendering the services contemplated hereby, the Company agrees to pay AFP the following:

a. Expenses to allow for a thorough due diligence review. This fee may be reimbursed to the Company through the offering but is non-refundable In the event of an unfavorable due diligence review, to the extent of expenses incurred.

b. A placement fee (the "Placement Fee") in the amount 2% with the Financing that

are placed by AFP, either directly or through its broker-dealer and registered investment advisor network, which Placement Fee shall be payable in cash on the first closing date for the Financing (whether or not such commitments are fully funded at such closing date).

c. Any reasonable out-of-pocket expenses incurred by AFP in connection with the proposed Financing, including the reasonable fees and disbursements of its counsel, whether or not the Financing is consummated.

Further, the Company acknowledges that AFP may pay any broker-dealer in AFP's broker-dealer network. The company agrees not to directly or indirectly solicit broker-dealers, registered investment advisors, institutions or individuals provided to it by AFP in connection with this offering for any other subsequent offering by the Company or any related party for a period of 24 months following the date of this engagement.

AFP shall be entitled to the fees enumerated in any subparagraphs of this paragraph 2 during the term of this agreement, or within two years after the date of termination of this Agreement of any event specified in any such subparagraph.

3. Indemnification

Pacific West Home Mortgage II, LLC and the Manager, Bird Rock Management, LLC agree to indemnify Ausdal Financial Partners and certain other Indemnified Persons (as defined in Schedule A attached hereto) in accordance with the indemnification provisions (the Indemnification Provisions") attached to this Agreement as Schedule A, which Indemnification Provisions are incorporated herein and made a part hereof. Pacific West Home Mortgage II, LLC and shall not cause (nor shall cause its affiliates to) initiate any action or proceeding against Ausdal Financial Partners, or any other Indemnified Person in connection with this engagement or the Placement. Pacific West Home Mortgage II, LLC agrees that Ausdal Financial Partners and indemnified Persons shall not, and shall not be deemed to, owe any fiduciary duties to Pacific West Home Mortgage II, LLC under this Agreement.

4. Termination

Either party hereto may terminate this Agreement at any time upon written notice, without liability or continuing obligation except as set forth in this paragraph 4. Neither the termination of this Agreement nor the completion of the engagement contemplated hereby shall effect: (i) any compensation earned by AFP up to the date of termination or completion, or after termination, as the case may be, pursuant to paragraph 2; (ii) the reimbursement of expenses incurred by AFP up to the date of completion or termination, as the case may be pursuant to paragraph 2; (iii) the indemnification letter agreement.

5. No Fiduciary Duty.

Pacific West Home Mortgage II, LLC acknowledges and agree in connection with all aspects of the transaction contemplated by this agreement that the Company and AFP have an arm's

length business relationship that creates no fiduciary duty on the part of AFP and each expressly disclaims any fiduciary relationship.

For the convenience of the parties, any number of counterparts of this Agreement may be executed by the parties hereto. Each such counterpart shall be, and shall be deemed to be, an original instrument, but all such counterparts taken together shall constitute one and the same Agreement. This Agreement may not be modified or amended except in writing signed by the parties hereto. This Agreement may not be assigned by either party without the prior written consent of the other, to be given in the sole discretion of the party from whom such consent is being requested. Any attempted assignment of this agreement without such consent may be void, at the option of the non-assigning party.

Notice given pursuant to the provisions of this Agreement shall be in writing and shall be mailed or delivered (a) if to the Company at the address set forth above or (b) if to Ausdal 3250 Lacey Ave, Suite 130, att. James J. Simpson. The benefits of this Agreement shall inure to the parties hereto, the respective successors and assigns of the parties hereto, the Indemnified Persons hereunder, and the respective successors, assigns and representatives of such Indemnified Persons. The obligations and liabilities agreed to and assumed in this Agreement by the parties hereto shall be binding upon such parties and their respective successors and assigns. This Agreement is made solely for the benefit of Pacific West Home Mortgage II, LLC, Bird Rock Management, LLC, Ausdal Financial Partners, and the Indemnified Persons and their respective successors and permitted assigns, and no other person shall acquire or have any rights under or by virtue of this Agreement.

6. Other

Notwithstanding the foregoing, AFP's obligations as set forth in this letter of engagement are dependent upon (a) completion of a favorable due diligence review (favorability to be determined by AFP in AFP's sole discretion) and (b) the ability of AFP, and Pacific West Home Mortgage II, LLC to reach agreement (in AFP's sole discretion) on the structure of the Financing. If the conditions of this paragraph 6 are not met, this Letter of Engagement shall be considered null and void, with the exception that any retainer fee paid to AFP is non-refundable, to the extent of expenses occurred, and Pacific West Home Mortgage II, LLC is responsible for reimbursing AFP to the extent AFP incurs out of pocket expenses.

The validity and interpretation of this agreement shall be governed by, and construed and enforced in accordance with, the laws of the State of Illinois applicable to agreements made and to be fully performed therein. This agreement may not be modified or amended except in writing executed by the parties hereto. This agreement, and any modification or amendment thereto, may be executed in counterparts, each of which shall be deemed an original and all of which shall constitute one and same instrument.

If the foregoing correctly sets forth our agreement, please so indicate by signing below and returning an executed copy to us.

Very truly yours,
Ausdal Financial Partners

By, ______________________
James J. Simpson

Its Executive Vice President

ACCEPTED AND AGREED as of the date
First above written

By; ______________________
Daniel Niednagel
Manager, Bird Rock Management LLC
Manager, Pacific West Home Mortgage II
LLC.

Schedule A to Letter Agreement

**INDEMNIFICATION PROVISIONS**

Pacific West Home Mortgage II, LLC and Bird Rock Management, LLC,(as such terms are defined in the Agreement (as such term is defined below) agree to indemnify and hold harmless Ausdal Financial Partners and any other Indemnified Person (as such term is defined below) against any and all losses, claims, damages, obligations, penalties, judgments, awards, liabilities, costs, expenses and disbursements (and any and all actions, suits, proceedings and investigations in respect thereof and any and all legal and other costs, expenses and disbursements in giving testimony or furnishing documents in response to a subpoena or otherwise), including, without limitation, the costs, expenses and disbursements, as and when incurred, of investigating, preparing or defending any such action, suit, proceeding or investigation (whether or not in connection with litigation in which Ausdal Financial Partners or any other Indemnified Person is a party), directly or indirectly, caused by, relating to, based upon, arising out of or in connection with (a) Ausdal Financial Partners, or any Indemnified Person acting for Pacific West Home Mortgage II, LLC or Bird Rock Management, LLC, including, without limitation, any act or omission by Ausdal Financial Partners or any Indemnified Person in connection with its acceptance of or the performance or non-performance of its obligations under the above agreement, between Ausdal Financial Partners, Pacific West Home Mortgage II, LLC and Bird Rock Management, LLC, as it may be amended from time to time (the "Agreement"), (b) any untrue statement or alleged untrue statement of a material fact contained in, or omissions or alleged omissions from, the Offering Memorandum (as such term is defined in the Agreement) or similar statements or omissions in or from any other information furnished to and/or to any Indemnified Person or to any Investor (as such term is defined in the Agreement) or any party to the Placement (as such term is defined in the Agreement) or (c) the Placement; provided, however, such indemnity agreement shall not apply to any portion of any such loss, claim, damage, obligation, penalty, judgment, award, liability, cost, expense or disbursement to the extent it is found in a final judgment by a court of competent jurisdiction (not subject to further appeal) to have resulted from the gross negligence or willful misconduct of Ausdal Financial Partners or, as applicable, any Indemnified Person. Pacific West Home Mortgage II, LLC and Bird Rock Management, LLC, also agree that neither Ausdal Financial Partners, nor any Indemnified Persons, shall have any liability (whether direct or indirect, in contract or tort or otherwise) to Pacific West Home Mortgage II, LLC or Bird Rock Management, LLC, for or in connection with the engagement of Ausdal Financial Partners except to the extent that any such liability is found in a final judgment by a court of competent jurisdiction (not subject to further appeal) to have resulted from Ausdal Financial Partners gross negligence or willful misconduct.

These Indemnification Provisions shall be in addition to any liability which the Company may otherwise have to Ausdal Financial Partners or to any Indemnified Person and shall extend to the following: Ausdal Financial Partners, its respective affiliated entities, director, officers, employees, legal counsel, agents and controlling persons (within the meaning of the federal securities laws) (Ausdal Financial Partners and each such other person referred to as an “Indemnified Person”). All references to Ausdal Financial Partners, in these Indemnification Provisions shall be understood to include any and all of the foregoing.

If any action, suit, proceeding or investigation is commenced as to which Ausdal Financial Partners, or any other indemnified Person proposes to demand indemnification, it shall notify the Company with reasonable promptness: provided, however, that any failure by Ausdal Financial Partners, or any other Indemnified Person to notify the Company which does not result in material prejudice to the Company shall not relieve the Company from its obligations hereunder. Any other Indemnified Person shall have the right to retain counsel of its own choice to represent it, and the Company shall pay the fees, expenses and disbursements of such counsel; and such counsel shall, to the extent consistent with its professional responsibilities, cooperate with the Company and any counsel designated by the Company. The Company and Bird Rock Management, LLC shall be liable for any settlement of any claim against Ausdal Financial Partners Inc., or any other Indemnified Person made with the Company's written consent, which consent shall not be unreasonably withheld. The Company shall, without the prior written consent of Ausdal Financial Partners or *any* applicable other Indemnified Person, settle or compromise any claim, or permit a default or consent to the entry of any judgment in respect thereof, unless such settlement, compromise or consent includes, as an unconditional term thereof, the giving by the claimant to Ausdal Financial Partners, and/or any other Indemnified Person of an unconditional release from all liability in respect of such claim.

In order to provide for just and equitable contribution, if a claim for indemnification pursuant to these Indemnification Provisions is made but it is found in a final judgment by a court of competent jurisdiction (not subject to further appeal) that such indemnification may not be enforced in such case, even though the express provisions hereof provide for indemnification in such case, then the Company, on the one hand, and Ausdal Financial Partners, on the other hand, shall contribute to the losses, claims, damages, obligations, penalties, judgments, awards, liabilities, costs, expenses and disbursements to which all Indemnified Persons may be subject in accordance with the relative benefits received by the Company, on the one hand, and Ausdal Financial Partners, on the other hand, and also the relative fault of the Company on the one hand and Ausdal Financial Partners., on the other hand, in connection with the statements, acts or omissions which resulted in such losses, claims, damages, obligations, penalties, judgments, awards, liabilities, costs, expenses or disbursements and the relevant equitable considerations shall also be considered. No person found liable for a fraudulent misrepresentation shall be entitled to contribution from any person who is not also found liable for such fraudulent misrepresentation. Notwithstanding the foregoing, Ausdal Financial Partners shall not be obligated to contribute (except by way of offset by the Company against fees that may be later payable) any amount hereunder that exceeds the amount of fees previously received by Ausdal Financial Partners, pursuant to the Agreement.

Neither termination nor completion of the engagement of Ausdal Financial Partners, referred to above shall affect these Indemnification Provisions which shall then remain operative and in full force and effect.