CHARLES CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
DANIEL S. LIM (Cal. Bar No. 292406)
Email: limda@sec.gov
DOHOANG T. DUONG (Cal. Bar No. 219127)
Email: duongdo@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katherine Zoladz, Associate Regional Director
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC.; ROBERT ALLEN GRAVETTE; and MARK ANDREW MACARTHUR

Defendants.

Case No. 2:20-cv-01402-SPG-JEM

**DECLARATION OF SUNIL WAHAL**

Pre-Trial Conf. Date: April 26, 2023
Trial Date: May 16, 2023

Judge: Hon. Sherilyn Peace Garnett

**DECLARATION OF SUNIL WAHAL**

I, Sunil Wahal, declare, pursuant to U.S.C. § 1746, as follows:

1. I am an individual over 18 years of age and have personal knowledge of the matters set forth below, and if called as a witness, I could and would competently testify to the facts stated therein.

2. I was retained by the Securities and Exchange Commission ("SEC"), in the matter *Securities and Exchange Commission v. Criterion Wealth Management Insurance Services, Inc., et al.* currently pending in the United States District Court, Central District of California. The case number for this matter is 2:20-cv-01402.

3. I am the Jack D. Furst Professor of Finance and Director of the Center for Responsible Investing at the W.P. Carey School of Business, Arizona State University. Prior to joining the Arizona State University faculty in 2005, I was on the faculties at Emory University and Purdue University.

4. I am also a consultant to Avantis Investors, an investment brand from global asset manager American Century Investments. From 2005 to 2019, I was a consultant to Dimensional Fund Advisers, a private investment firm, and prior to that, a consultant to AJO Partners, an investment management firm. In addition, I was a member of the investment committees of several registered investment advisers. I hold a Bachelor of Arts degree in Economics from the University of Delhi, India, a Master in Business Administration from Wake Forest University, and a Ph.D. in Finance from the University of North Carolina-Chapel Hill.

5. At the SEC's request, I issued an expert report in this matter (the "Wahal Report") on September 20, 2021, a true and correct copy of which is attached hereto as Exhibit 1001. A complete statement of my qualifications and the sources and data I relied upon is set forth in Appendices A and B to the Wahal Report.

6. At the SEC's request, I also issued a rebuttal report (the "Wahal Rebuttal Report") on October 15, 2021, in response the report of Jane Jarcho disclosed by Defendants in this matter. A true and correct copy of the Wahal Rebuttal Report is

attached hereto as Exhibit 1002.

7. The Wahal Report and the Wahal Rebuttal Report set forth the opinions I formed and if called to testify, my testimony would reflect the contents of the Wahal Report and the Wahal Rebuttal Report.

8. Based on my professional and educational experience and the materials I considered, I formed the following opinions, which are set forth and further explained in the Wahal Report and the Wahal Rebuttal Report and incorporated herein:

*Defendant's Disclosures and Compliance Policies*

a. Defendants' disclosures as to the arrangement among them, Ausdal, and the T2 Funds were inconsistent with industry customs and practices. During the Relevant Period, the Defendants failed to make sufficiently specific disclosures regarding the nature, source, duration, and potential magnitude of the compensation Mr. Gravette and Mr. MacArthur received through Ausdal from T2 SREI and T2 AOF IV, the potential impact of the compensation arrangements on investor returns, and the conflicts of interest they created for the Defendants with respect to investors in T2 SREI Class C and T2 AOF IV.

b. Defendants' disclosures as to the arrangement among them, Ausdal, and the Bird Rock Companies were inconsistent with industry customs and practices. During the Relevant Period, the Defendants failed to make sufficiently specific disclosures regarding the nature, source, duration, and potential magnitude of the compensation Mr. Gravette and Mr. MacArthur received through Ausdal from the Bird Rock Companies, and the conflicts of interest they created for the Defendants with respect to investors in Southland II and PWHM II.

c. The policies and procedures documented in Criterion's policies and procedures manual in connection with the fulfilment of its fiduciary duties and the management of conflicts of interest were inconsistent with industry customs and practices because they were not regularly updated and inadequate because they were perfunctory.

*Opinions Regarding Ms. Jarcho's Report*

d. Ms. Jarcho fails to establish that Mr. Gravette and Mr. MacArthur sold the investments solely in their capacity as registered representatives of a broker-dealer and not in their capacity as investment adviser representatives. Her analysis lacks evidentiary support and is inconsistent with relevant facts and circumstances. Moreover, Ms. Jarcho does not address that, consistent with industry customs and practices, dually registered advisers are expected to inform clients of expected conflicts of interest.

e. Ms. Jarcho fails to establish her claim that "all compensation [the Defendants] received was disclosed." To the extent that disclosure of compensation as opposed to disclosure of conflicts of interest is relevant, her claim is inconsistent with the documentary evidence. Her assertion is also inconsistent with industry customs and practices."

f. Ms. Jarcho does not have a reasonable basis for her assertions that the Defendants' compensation arrangements did not negatively impact Criterion Clients' investment returns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of March, 2023, at Phoenix, Arizona.

SUNIL WAHAL

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 29, 2023, I caused to be served the document entitled **DECLARATION OF SUNIL WAHAL** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 29, 2023

*/s/ Charles E. Canter*
Charles E. Canter

***SEC v. Criterion Wealth Management Insurance Services, Inc., et al.***
**United States District Court for the Central District of California**
**Case No. 2:20-cv-01402-SPG-JEM**

## SERVICE LIST

Kenneth E. Yeadon, Esq.
Hinshaw & Culbertson LLP
151 N. Franklin Blvd., Ste. 2500
Chicago, IL 60606
Email: kyeadon@hinshawlaw.com
***Attorney for Defendants Criterion Wealth Management Insurance Services, Inc., and Robert Allen Gravette***

Jeffrey R. Thomas, Esq.
Thomas Law LLC
3801 E. Florida Ave.
Suite 107
Denver, CO 80210
Email: jthomas@thomaslawllc.com
***Attorney for Defendant Mark Andrew MacArthur***