# EXHIBIT 68

EXHIBIT NO. 68
J. Brown
5-29-19
Tracy Jones CSR, RPR, CLR

**CLASS C UNITS SUPPLEMENT**

**to**

**CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM**

**relating to**

**T2 STRATEGIC REAL ESTATE INCOME FUND, LLC**
**(a Delaware Limited Liability Company)**

**T2 SREI Fund GP, LLC**
**Manager**

**April 1, 2014**

This Supplement dated April 1, 2014 ("Supplement") to the Confidential Private Placement Memorandum dated April 1, 2014 (the "Memorandum") of the T2 Strategic Real Estate Income Fund, LLC (the "Fund") sets forth the terms relating to the Class C limited liability company units in the Fund ("Class C Units"). Capitalized terms used but not defined herein are defined in the Memorandum.

Except as provided herein, the Class C Units have the same rights, obligations and participate in the same investment portfolio as the other Classes of Units in the Fund as set forth in the Memorandum. The following is a summary of certain terms that apply to Class C Units. *Subscribers for Class C Units must review the Memorandum prior to making an investment in the Class C Units.*

| | |
|---|---|
| **Minimum Capital Commitment** | The minimum Capital Commitment is one hundred thousand dollars ($100,000); provided that the Manager, in its sole discretion, may accept Capital Commitments for a lesser amount and subject to the investor meeting the suitability standards established by the Manager. |
| **Capital Contributions** | Members will be required to pay for Units issued to them at Closings by making capital contributions to the Fund ("Capital Contributions"), up to the amount of their Capital Commitments, from time to time in accordance with the terms of the LLC Agreement. Class C Units issued in connection with the Initial Closing will be offered at $100 per Unit. Thereafter, Class C Units will be offered on a quarterly basis, or at such other times as determined by the Manager in its sole discretion, at the NAV per Unit, as determined as of the close of the last business day of the immediately preceding quarter (or, for offerings not occurring at the beginning of a quarter, as of the close of the day preceding such offering). Capital Contributions for additional Class C Units will be accepted in increments of at least fifty thousand dollars ($50,000), subject to the Manager's sole discretion |
| **Management Fee** | The Master Fund will pay to the Investment Manager an annual Management Fee payable quarterly in advance. The Management Fee for Class C Units shall equal 1.25% per annum of the NAV per Unit, as of the first day of the quarter, of each Member's Class C Units. |

The Investment Manager may agree to reduce or waive the foregoing fees with respect to a particular Member, including employees and affiliates of the Investment Manager. Any such reduction or waiver will be made without notification or consent of the other Members.

**Performance Allocation**

For each Class C Unit, the General Partner of the Master Fund will be allocated a performance allocation ("Performance Allocation") (calculated and allocated annually or as of any date on which interests are redeemed or distributions are made from the Master Fund and calculated separately in respect of each Member of the Fund) equal to 40% of the amount of net new profits of the limited partner interests in the Master Fund attributable to such Class C Unit subject to (i) a non-cumulative "hurdle amount" which is calculated from the first day of each calendar year of the Master Fund at a rate of 6% (prorated for any period less than a full calendar year) and (ii) a catch-up whereby the General Partner is allocated 100% of the net new profits once the hurdle amount is exceeded and until the catch up equals 40% of the sum of the allocations under the catch up and the hurdle amount. The Performance Allocation is made on a "high watermark" basis, which means that the Performance Allocation is made only with respect to net new profits. If, with respect to a Member's indirect interest in the Master Fund, the Master Fund has a net loss in any period followed by net profit, no Performance Allocation will be made with respect to such subsequent appreciation until such net loss has been recovered. The high watermark will be appropriately adjusted for redemptions.

In order to properly allocate the Performance Allocation assessed at the Master Fund, a new series of Class C Units generally will be issued on each date that such Class C Units are purchased. At the end of each fiscal year, each series of Class C Units (other than the series of Class C Units issued upon the Initial Closing of such Class C Units (the "Initial Series")) will be redesignated and converted into the Initial Series (after taking into account the Performance Allocation). Such conversion and redesignation will be effected at the prevailing NAV per Unit of the Initial Series; provided, that no redesignation or conversion will occur with respect to a series of Class C Units if at the end of such year either the NAV of such series is below its high watermark or the NAV of the applicable Initial Series is below its high watermark.

The Manager reserves the right, in its sole discretion, to modify, waive or rebate all or a portion of the Performance Allocation with respect to affiliates or employees of the Manager or other designated large or strategic investors. Any such modification, waiver or rebate will made without notification or consent of the other Members.

**Redemptions**

Members owning Class C Units will be subject to the same limitations on redemptions as described in the Memorandum.

| | |
|---|---|
| **Suitability/Minimum Eligibility Requirements** | Unless waived by the Manager in its sole discretion, after consultation with its legal counsel, all persons interested in investing in the Fund must attest that they are "accredited investors" within the meaning of Regulation D under the Securities Act of 1933, as amended, and are "qualified clients" as defined in Rule 203-5 of the Investment Advisers Act of 1940, as amended. Persons interested in investing in the Fund are required to complete and return to the Manager (or its designee) the subscription documents for the Fund, a copy of which will be made available to each prospective investor. Subscriptions may be rejected in whole or in part in the Manager's sole discretion. |

**Certain Risk Factors**

The Class C Units are intended for sophisticated investors who are able to understand the risks associated with an investment in the Fund. An investment in the Fund is speculative and subject to a variety of risks, including the risk of loss of all or substantially all of the Fund's capital. See "*Certain Investment Considerations*" in the Memorandum.

* * * * *

*This Supplement forms a part of and should be read in conjunction with the Memorandum, the Fund's Limited Liability Company Agreement and the material contracts to which the Fund is a party. Inquiries concerning the Fund, the Manager, the Investment Manager, the administrator or the subscription procedures should be directed to the Manager as described in the Memorandum.*