# EXHIBIT 70

**From:** John Felker [jfelker@t2investments.com]
on behalf of John Felker <jfelker@t2investments.com> [jfelker@t2investments.com]
**Sent:** 6/20/2014 1:29:13 PM
**To:** 'Jeff Baxter' [ 'Jeff Baxter' <jbaxter@t2investments.com>]; 'Jeff Brown' [ 'Jeff Brown' <jbrown@t2investments.com>]
**CC:** 'John Southard' [ 'John Southard' <jsouthard@t2investments.com>]
**Subject:** RE: T2 SREI Fund Fact Sheet - Class C Shares
**Attachments:** 14038T2-FactSheet_10 (Criterion).pdf

Here's the Criterion version.

Thanks,

John Felker
Associate
T2 Capital Management, LLC
111 W. Wesley Street, Suite #5
Wheaton, IL 60187
O 630) 590 9511 x105
C 414) 202 4822

T2INVESTMENTS.COM

THIS MESSAGE AND ANY ATTACHMENTS ARE CONFIDENTIAL, PROPRIETARY, AND MAY BE PRIVILEGED. If this message was misdirected, T2 Capital Management, LLC ("T2") does not waive any confidentiality or privilege. If you are not the intended recipient, please notify the sender immediately and destroy the message without disclosing its contents to anyone. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of T2, unless the author is authorized by T2 to express such views or opinions on its behalf. All email sent to or from this address is subject to electronic storage and review by T2. Although T2 operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.

**From:** Jeff Baxter [mailto:jbaxter@t2investments.com]
**Sent:** Friday, June 20, 2014 1:23 PM
**To:** Jeff Brown
**Cc:** John Southard; John Felker
**Subject:** T2 SREI Fund Fact Sheet - Class C Shares

Jeff-

I know JS and JF are out this afternoon…do you know if we have a T2 SREI Fact Sheet document specific to the Class C units (Criterion)? I vaguely remember we had put something together for Mark and Bob to show clients. Carolina is asking for something to provide to an investor.

I've attached a copy of the Class A document for your reference.

Thanks!

Jeff

--
Jeff Baxter
T2 Capital Management, LLC
111 W. Wesley St.
Wheaton, IL 60187

T 630) 590 9511 x103
F 630) 590 9533
C 630) 988-0334

EXHIBIT NO. 70
J. Brown
5.29.19
Tracy Jones, CSR, RPR, CLR

T2INVESTMENTS.COM

THIS MESSAGE AND ANY ATTACHMENTS ARE CONFIDENTIAL, PROPRIETARY, AND MAY BE PRIVILEGED. If this message was misdirected, T2 Capital Management, LLC. "T2" does not waive any confidentiality or privilege. If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of T2, unless the author is authorized by T2 to express such views or opinions on its behalf. All email sent to or from this address is subject to electronic storage and review by T2. Although T2 operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.

T2 | CAPITAL MANAGEMENT™

# T2 STRATEGIC REAL ESTATE INCOME FUND

## INVESTMENT OBJECTIVE

*The T2 Strategic Real Estate Income Fund (the "Fund") will seek to provide a net annual yield of 7% to 10% by originating and acquiring primarily commercial real estate mortgages as well as select preferred equity positions in commercial real estate properties.*

## EXPERIENCE

T2 was formed in 2010 and has since executed over 50 transactions totaling over $100M. Below is a summary of relevant metrics to date.

**$100M+**
DEPLOYED

**50+**
INVESTMENTS

**18 MONTHS**
AVERAGE DURATION

**10.3%**
ANNUALIZED YIELD[2]

## THE OPPORTUNITY

With decades of experience in the commercial real estate industry, T2 believes that there is an opportunity to achieve superior risk adjusted returns by investing in commercial real estate debt for the following reasons:

## MARKET CONDITIONS

1. In the run up to the financial crisis, a significant amount of ten year debt was issued, which is now beginning to mature, forcing many real estate operators to refinance their properties. As a result, demand for real estate debt financing should pick up materially over the next three years.

2. The commercial real estate market's dramatic recovery has already led to pockets of euphoria, which is increasing the risk / decreasing the reward for traditional real estate equity investments. By focusing on commercial mortgages, T2 will attempt to insulate investors from the increasing risk posed by the now higher valuations of real estate assets.

## T2 DIFFERENTIATORS

1. ENTREPRENEURIAL Since inception, T2's average loan size is approximately $3.0M. Loans of such size fall below the radar of Wall Street funded debt financing channels, thus limiting competition from other lenders.

2. EXPEDIENCE The established debt financing channels remain relatively slow for real estate operators looking to capitalize on opportunities with very tight time-frames. Conversely, T2 has carved out a niche in delivering surety and speed in execution with borrowers in such situations, thus warranting a premium in T2's loan pricing that is ultimately passed along to its investors.

3. EXPERIENCE T2 has a reputable existing network of borrowers and joint venture partners through which it originates most of its investments. As a result of this deal flow, T2 often has a first look at transactions resulting in superior terms relative to publicly available transactions.

4. LIQUIDITY T2 focuses on investments that have durations of two years or less as well as clarity to the exit. This short-term investment horizon limits interest rate risk and increases liquidity relative to longer-term real estate investments.

## SMALL LOAN AMOUNTS




*Because T2 focuses on smaller loans to borrowers, it faces less competition from traditional banks and CMBS lenders.*
*Source: Real Capital Analytics*

## STRONG DEMAND FROM BORROWERS FOR LOANS




*An increasing amount of debt is set to mature in 2015–2017, which will need to be refinanced, increasing demand for loans.*
*Source: Mortgage Bankers Association*

## CONSERVATIVE CAPITAL STRUCTURES







*As values recover from the real estate collapse, the risk of traditional equity investments in real estate increases. T2's investment in debt cushions investors from price fluctuations.*
*Source: Real Capital Analytics*

T2 | CAPITAL MANAGEMENT™

# T2 STRATEGIC REAL ESTATE INCOME FUND

## FUND TERMS

**Target Return**
7-10% net return to investors, primarily from income paid quarterly.

**Minimum Investment**
$100,000; commitments will be funded via capital calls.

**Subscriptions**
Quarterly

**Distributions**
The fund expects to make quarterly income distributions.

**Management Fee**
1.00% on invested capital for commitment of $3.0M and over. 1.25% on invested capital for commitments under $3.0M.

**Waterfall**
6.0% preferred return to investors
60/40 profit split (investors/sponsor)

**Liquidity**
Subject to a one-year initial lock-up, investors may redeem from the Fund on a quarterly basis by entering a redemption queue. Requests will be met on a first-come first-serve basis as liquidity in the portfolio allows. T2 will endeavor to hold investments with a relatively short duration, generally two years or less. No assurances can be given that there will be liquidity at the time of the redemption request.

**Target Investments**
The Fund intends to originate short-term investments in commercial real estate assets that offer superior risk-adjusted returns with an emphasis on current income. At least 75% of the fund's investments will be in debt secured by commercial real estate, while up to 25% of the Fund may be invested in preferred equity investments in high-yielding commercial real estate. A broad range of property types will be considered including office, retail, industrial, multi-family, student-housing, senior housing, and self-storage.

**Structure**
The Fund will be structured as a Delaware Limited Partnership and may utilize a REIT subsidiary to accommodate non-taxable US investors.

**Financial Reporting**
The sponsor will provide at least quarterly reports to investors regarding the performance of the Fund and the status of investments.

**Legal Team**
Vedder Price (vedderprice.com)

**Auditor**
Grant Thornton LLP (grantthornton.com). In addition to the audit, Grant Thornton will prepare the fund tax return and applicable K-1's.

**Administrator**
Woodfield Fund Administration, LLC (woodfieldllc.com)

**Contact Information**
T2 Capital Management, LLC
Jeff Baxter
111 W. Wesley Street, Suite #5
Wheaton, IL 60187

P 630 590 9511 F 630 590 9533
E jbaxter@t2investments.com






## DISCLAIMERS

This Brochure may contain confidential and/or privileged information. Any unauthorized copying, disclosure or distribution of the material in this document is prohibited.

This Brochure is provided for informational purposes only, does not purport to be complete, may not contain certain material information (including, without limitation, important disclosures and risk factors associated with an investment in the Fund).

This Brochure is not an offer to sell, or a solicitation of an offer to buy the interests described herein. Such offer or solicitation may only be made to qualified offerees by means of a confidential private placement memorandum which contains important information (including investment objective, policies, risk factors, fees, tax implications and relevant qualifications), and only in those jurisdictions where permitted by law. Interests in the Fund shall not be offered or sold in any jurisdiction in which such offer, solicitation or sale would be unlawful until the requirements of the laws of such jurisdiction have been satisfied.

An investment in the Fund is speculative and involves a high degree of risk. Opportunities for withdrawal and transferability of interests are restricted so investors many not have access to capital when it is needed. There is no secondary market for the interests and none is expected to develop. Past performance is not necessarily indicative of future results.

Before making any investment decision, prospective investors should thoroughly and carefully review the Fund's offering documents with their financial, legal, and tax advisors to determine whether and investment is suitable for them. An investment in the Fund is not suitable for all investors.

Please note that past performance is not necessarily indicative of future results. The information here is illustrative only and the relative merits of the different investments summarized here are intended only as examples. The examples should not be considered indicative of the future returns of the Fund or of any investment by the Fund. An investment in the Fund can lose value.

[1] Target returns are objectives and should not be construed as providing any assurance as to the results that may be realized by the Fund in the future.

[2] Annualized Yield is the average annualized yield from T2's first three funds weighted by called capital. Annualized Yield = [(1 + (Income distributions to date / Time-weighted average of capital exposure to date)) ^ (1 / (# days from the first close / 365))] – 1.