# EXHIBIT 75

**From:** Robert Gravette
**To:** John Southard
**CC:** Mark MacArthur; Jeff Brown; Linda Searcy
**Sent:** 1/13/2015 7:05:25 PM
**Subject:** RE: T2 Funds II & III / Criterion Carry

John,
Thanks for your time this morning. We would need a bit more clarification on costs and how the economics play out for us and our clients. Let's plan on a follow up call next week?
Thanks,
Bob

Robert A. Gravette
Partner

**Criterion Wealth Management**
T 661 254 2543 TF 800 550 1095
26650 The Old Road, Ste. 212
Valencia, CA 91381
*CriterionWealth.com*

Criterion Insurance Services, Inc DBA Criterion Wealth Management does not accept buy, sell or cancel orders by e-mail, or any instructions by e-mail that would require your signature. Securities and advisory services are offered through Ausdal Financial Partners, Inc., Member FINRA/SIPC 5187 Utica Ridge Road, Davenport, IA 52807 (563) 326-2064. Investment Advisory services offered through Criterion Wealth Management are independent of Ausdal Financial Partners, Inc and any subsidiaries or affiliates. CA Insurance License # 0786906. Information contained in this communication is not considered an official record of your account and does not supersede normal trade confirmations or statements. Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only.
This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you receive this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Information received by or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information.
E-mail messages are not encrypted.

---

**From:** John Southard [mailto:jsouthard@t2investments.com]
**Sent:** Tuesday, January 13, 2015 10:59 AM
**To:** Robert Gravette
**Cc:** Mark MacArthur; Jeff Brown; Linda Searcy
**Subject:** Re: T2 Funds II & III / Criterion Carry

Bob and Mark, good to speak with you. We are still working on dates to come out, before month-end could be challenging.

Bob, you had suggested possibly removing the separate feeder fund and having Criterion investors going directly in the SREI master fund. This is most likely doable, and it would save on costs. We would actually prefer to collapse to one fund but the downside is that your separate fee structure would be disclosed to your investors. If this is not a concern let us know, and we would work towards unwinding that fund sooner than later.

Thanks,

John

On Jan 13, 2015, at 11:07 AM, Robert Gravette <robert@criterionwealth.com> wrote:

Are you calling us?

Sent from my iPhone

On Jan 7, 2015, at 1:36 PM, John Southard <jsouthard@t2investments.com> wrote:

Call you at 9 your time on Tuesday?

EXHIBIT NO. 75
J Brown
5.29.19
Tracy Jones, CSR, RPR, CLR

On Jan 7, 2015, at 2:14 PM, Robert Gravette <robert@criterionwealth.com> wrote:

Next week, the 13th or 14th in the AM works. Let me know.
bob

Robert A. Gravette
Partner

**Criterion Wealth Management**
T 661 254 2543 TF 800 550 1095
26650 The Old Road, Ste. 212
Valencia, CA 91381
*CriterionWealth.com*

Criterion Insurance Services, Inc DBA Criterion Wealth Management does not accept buy, sell or cancel orders by e-mail, or any instructions by e-mail that would require your signature Securities and advisory services are offered through Ausdal Financial Partners, Inc , Member FINRA/SIPC 5187 Utica Ridge Road, Davenport, IA 52807 (563) 326-2064 Investment Advisory services offered through Criterion Wealth Management are independent of Ausdal Financial Partners, Inc and any subsidiaries or affiliates CA Insurance License # 0786906 Information contained in this communication is not considered an official record of your account and does not supersede normal trade confirmations or statements Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only
This e-mail may be privileged and or confidential, and the sender does not waive any related rights and obligations Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized If you receive this e-mail in error, please advise me (by return e-mail or otherwise) immediately Information received by or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information
E-mail messages are not encrypted

**From:** John Southard [mailto:jsouthard@t2investments.com]
**Sent:** Wednesday, January 07, 2015 12:06 PM
**To:** Mark MacArthur
**Cc:** Robert Gravette; Jeff Brown
**Subject:** Re: T2 Funds II & III / Criterion Carry

It was supposed to go down to -11 tonight, thankfully they have revised the forecast and now its only going down to -9.

Jeff and I will look for dates.

We also wanted to have a quick call regarding the fees borne by the T2 funds. Your funds may have difficulty bearing the expense of running the fund at smaller asset levels. Keep in mind we have created separate funds for Criterion to accommodate your alternate fee structure. With the T2 Strategic Income Fund in particular this can impact the yield of the fund when expenses are spread over the ~$4m currently invested.

Lets discuss when you have a moment.

John

On Jan 6, 2015, at 9:16 PM, Mark MacArthur <mark@criterionwealth.com> wrote:

John,

Sounds good.

Come on out, but you may need a coat, it may get into the mid 60s tonight. 😠

Current Weather
70°
RealFeel®: 68°
Clear

-Mark

Sent from my Sprint phone.

----- Reply message -----
From: "John Southard" <jsouthard@t2investments.com>
To: "Robert Gravette" <robert@criterionwealth.com>
Cc: "Mark MacArthur" <mark@criterionwealth.com>, "Jeff Brown" <jbrown@t2investments.com>
Subject: T2 Funds II & III / Criterion Carry
Date: Tue, Jan 6, 2015 3:41 PM

Hi Bob, yes we continue to feel comfortable with the projections we have given you in the past, of course always subject to change.

As far as timing, we think its best to be conservative as I outlined in my prior email. That said, taking $350k this April is conservative and we can plan on that. If you want to take more, lets reconvene in March to make sure this makes sense and we are all on the same page.

As far timing, I would say budgeting $350k this April, another $350k next April and the remainder in 2017 would be a good way to plan. Hope that helps.

On a different topic, would you have time for a quick call to discuss the fee structure of the T2 funds? Also, would a trip your way make sense? Its really cold here.

John

On Jan 5, 2015, at 1:28 PM, Robert Gravette <robert@criterionwealth.com> wrote:

Hi John,

Happy New Year!

I need some further clarification on Criterions carry on Fund 2 and 3.

In an earlier email from you an estimation of the carry on both funds in July 2015 would be approximately $900k to 1.1 mil. Is it possible to estimate when both of these funds will be completed and paid out? And what would be Criterions estimated payout at completion? I'm trying to finalize our 2015 budgets and need to have some estimate of these items.

I know it's impossible to be exact but based on earlier estimations, it seems a conservative payout should be at a minimum 1 million?

Thanks for your help. Sorry to keep pestering you about this but I need to have something plan on for our expansion expenses.

Bob

Robert A. Gravette
Partner

**Criterion Wealth Management**
T 661 254 2543 TF 800 550 1095
26650 The Old Road, Ste. 212
Valencia, CA 91381
*CriterionWealth.com*

Criterion Insurance Services, Inc DBA Criterion Wealth Management does not accept buy, sell or cancel orders by e-mail, or any instructions by e-mail that would require your signature. Securities and advisory services are offered through Ausdal Financial Partners, Inc., Member FINRA SIPC 5187 Utica Ridge Road, Davenport, IA 52807 (563) 326-2064 Investment Advisory services offered through Criterion Wealth Management are independent of Ausdal Financial Partners, Inc and any subsidiaries or affiliates. CA Insurance License # 0786906 Information contained in this communication is not considered an official record of your account and does not supersede normal trade confirmations or statements. Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only.
This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you receive this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Information received by or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information.
E-mail messages are not encrypted

**From:** John Southard [mailto:jsouthard@t2investments.com]
**Sent:** Monday, December 15, 2014 8:18 AM
**To:** Robert Gravette
**Cc:** Linda Scarcy; Jeff Brown; Mark MacArthur
**Subject:** Re: T2 Funds II & III / Criterion Carry

Hi Bob, Criterion has realized carried interest of $270k in Fund II and $85k in Fund III, these are estimates and we will have more concrete numbers early next year. We anticipate realizing more carried interest yet this year, and early next year as well. Roughly half of the investments have been harvested in Fund II and less than a quarter in Fund III. The overall total carried interest amounts should be on target for what we have given you in the past.

So in short, you should be in good shape to take the amounts of carried interest you requested below by April. We think its wise to take smaller portions of the carry should the unforeseen happen, although we don't anticipate any issues. For context, we plan on taking about $500k of the $3.5m (or ~15%) of realized carried interest at this point, and will continue to take more in time as investments are harvested.

Hope this helps, let me know if you have any followup questions. Supposedly Mark was in Wheaton this weekend, although I have no hard evidence.

Many blessings,

John

On Dec 5, 2014, at 11:12 AM, Robert Gravette <robert@criterionwealth.com> wrote:

Hi John,

Hope you are well coming into the holiday season. Things are busy here!

We just signed a significant lease to accommodate our future growth. As mentioned, we are counting on our T2 payout to cover the expenses associated with this move.

Can you provide any updates on our carry? I would expect we would need approximately 350-500k by April and the rest can wait until the funds come to a close. Let me know your best guess if this is feasible.

On another note, I am meeting with a substantial non-profit in Oklahoma next week. What are your capital needs in the next 6 months on any of your funds? I would like to explore setting up a direct deal with them and T2 as we probably won't be able to manage their assets directly through Criterion.

Thanks for your help.

Regards,

Bob

Robert A. Gravette
Partner

**Criterion Wealth Management**
T 661 254 2543 TF 800 550 1095
26650 The Old Road, Ste. 212
Valencia, CA 91381
*CriterionWealth.com*

Criterion Insurance Services, Inc DBA Criterion Wealth Management does not accept buy, sell or cancel orders by e-mail, or any instructions by e-mail that would require your signature. Securities and advisory services are offered through Ausdal Financial Partners, Inc., Member FINRA/SIPC 5187 Utica Ridge Road, Davenport, IA 52807 (563) 326-2064. Investment Advisory services offered through Criterion Wealth Management are independent of Ausdal Financial Partners, Inc and any subsidiaries or affiliates. CA Insurance License # 0786966. Information contained in this communication is not considered an official record of your account and does not supersede normal trade confirmations or statements. Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment

decisions and is for informational purposes only
This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you receive this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Information received by or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information.
E-mail messages are not encrypted

**From:** John Southard [mailto:jsouthard@t2investments.com]
**Sent:** Wednesday, July 09, 2014 7:31 AM
**To:** Robert Gravette
**Cc:** Linda Searcy; Jeff Brown; Mark MacArthur
**Subject:** Re: T2 Funds II & III / Criterion Carry

Hi Robert, yes that's correct 50% of the carry for investments we have exited and have realized gains. To date for Fund II, we have sold/harvested about 25% of the investments, so your portion of the realized carry is: 25% of $700,000 = $175,000, half of that would be $87,500. We have realized about 10% of the carry on Fund III. We expect to exit more investments throughout the remainder of the year and the number will go up (by 50%??) by year-end.

Let us know what your timing is.

John

On Jul 7, 2014, at 1:10 PM, Robert Gravette <robert@criterionwealth.com> wrote:

Linda,

Thanks for the follow up. I would like to make a distribution sometime this year. If I remember correctly, we can take up to 50% of the carry?

Thanks,

Bob

Robert A. Gravette
Partner

**Criterion Wealth Management**
T 661 254 2543 TF 800 550 1095
26650 The Old Road, Ste. 212
Valencia, CA 91381
*CriterionWealth.com*

Criterion Insurance Services, Inc. DBA: Criterion Wealth Management does not accept buy, sell or cancel orders by e-mail, or any instructions by e-mail that would require your signature. Securities and advisory services are offered through Ausdal Financial Partners, Inc., Member FINRA/SIPC 220 North Main St., Ste. 400, Davenport, IA 52801 (563) 326-2064. Investment Advisory services offered through Criterion Wealth Management are independent of Ausdal Financial Partners, Inc. and any subsidiaries or affiliates. CA Insurance License # 0786066. Information contained in this communication is not considered an official record of your account and does not supersede normal trade confirmations or statements. Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only.
This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you receive this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Information received by or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information.
E-mail messages are not encrypted

**From:** Linda Searcy [mailto:lsearcy@t2investments.com]
**Sent:** Thursday, July 03, 2014 10:21 AM
**To:** Robert Gravette
**Cc:** Jeff Brown
**Subject:** RE: T2 Funds II & III / Criterion Carry

Hi Bob,

As reported on your 3/31/14 capital statements, Criterion's carry in T2 Fund II amounts to ~$600K and in T2 Fund III to ~$70K. While both funds have realized several investments, it is important to note that the carry figures are merely "paper-gains" right now and subject to change over time as additional investments are harvested/realized.

Providing an estimate for a year from now (July 2015) is an inexact science, but T2's best guess for the carry amounts for Criterion at that time are as follows:

- Fund II – $7-800K
- Fund III – $2-300K

Of those amounts, it remains TBD how much is realized versus paper gains. Our hope is to have realized the majority of gains in Fund II by next July, while Fund III will likely be weighted toward paper gains.

Obviously, we will continue to update you as you wish while providing quarterly Capital Account Statements to track the progress within each fund.

Let me know if you have any further questions.

Have a great 4th!

Linda

**From:** Robert Gravette [mailto:robert@criterionwealth.com]
**Sent:** Monday, June 30, 2014 3:53 PM
**To:** Linda Searcy
**Subject:** Re: T2 Funds II & III / Criterion Carry

Thanks

Sent from my iPhone

On Jun 30, 2014, at 1:51 PM, "Linda Searcy" <lsearcy@t2investments.com> wrote:

Hi Bob,

We expect to have something for you around mid-week.

Hope that works.

Linda

**From:** Robert Gravette [mailto:robert@criterionwealth.com]
**Sent:** Monday, June 30, 2014 9:01 AM
**To:** Linda Searcy
**Subject:** RE: T2 Funds II & III / Criterion Carry

Hi Linda,
When will you have the 7/15 projections available? Thanks
Bob

Robert A. Gravette
Partner

**Criterion Wealth Management**
T 661 254 2543 TF 800 550 1095
26650 The Old Road, Ste. 212
Valencia, CA 91381
*CriterionWealth.com*

Criterion Insurance Services, Inc DBA Criterion Wealth Management does not accept buy, sell or cancel orders by e-mail, or any instructions by e-mail that would require your signature Securities and advisory services are offered through Ausdal Financial Partners, Inc., Member FINRA/SIPC 220 North Main St., Ste 400, Davenport, IA 52801 (563) 326-2064 Investment Advisory services offered through Criterion Wealth Management are independent of Ausdal Financial Partners, Inc and any subsidiaries or affiliates CA Insurance License #0786966 Information contained in this communication is not considered an official record of your account and does not supersede normal trade confirmations or statements Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only
This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized If you receive this e-mail in error, please advise me (by return e-mail or otherwise) immediately Information received by or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information
E-mail messages are not encrypted

**From:** Linda Searcy [mailto:lsearcy@t2investments.com]
**Sent:** Thursday, June 26, 2014 10:15 AM
**To:** Robert Gravette
**Cc:** Jason Stauffer; Jeff Baxter
**Subject:** T2 Funds II & III / Criterion Carry

Hi Bob,

Attached are the 3/31/14 statements related to Criterion carry. We'll send a projection for 7/15 shortly.

Linda

Linda Searcy
COO
T2 Capital Management, LLC
111 W. Wesley Street, Suite #5
Wheaton, IL 60187
O (630) 590 9511 x104
C (630) 302-3886

T2INVESTMENTS.COM