# EXHIBIT 77

**FINANCIAL STATEMENTS**

**T2 Strategic Real Estate Income Fund, LLC**
**As of and for the year ended December 31, 2016**
**With Report of Independent Certified Public Accountants**

EXHIBIT NO. 77
L Brown
5-29-19
Tracy Jones, CSR, RPR, CLR

**T2 Strategic Real Estate Income Fund, LLC**
**Table of Contents**


| | |
|---|---|
| **Report of Independent Certified Public Accountants** | 1-2 |
| **FINANCIAL STATEMENTS** | |
| Statement of Financial Condition | 3 |
| Statement of Operations | 4 |
| Statement of Changes in Members' Equity (Net Assets) | 5 |
| Statement of Cash Flows | 6 |
| Notes to Financial Statements | 7-14 |
| Financial Statements and Report of Independent Certified Public Accountants of T2 Strategic Real Estate Income Fund Master, LP | 15 |

Grant Thornton

Grant Thornton LLP
Grant Thornton Tower
171 N. Clark Street, Suite 200
Chicago, IL 60601-3370

T +1 312 856 0200
F +1 312 565 4719
grantthornton.com

## REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS

Members
T2 Strategic Real Estate Income Fund, LLC

We have audited the accompanying financial statements of T2 Strategic Real Estate Income Fund, LLC (a Delaware Limited Liability Company), which comprise the statement of financial condition as of December 31, 2016, and the related statements of operations, changes in members' equity (net assets) and cash flows for the year then ended, and the related notes to the financial statements.

### Management's responsibility for the financial statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditor's responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

GrantThornton

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of T2 Strategic Real Estate Income Fund, LLC as of December 31, 2016, and the results of its operations and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

Grant Thornton LLP

Chicago, Illinois
June 29, 2017

**T2 Strategic Real Estate Income Fund, LLC**

**Statement of Financial Condition**
**December 31, 2016**

| | |
|---|---|
| **Assets** | |
| Investment in T2 Strategic Real Estate Income Fund Master, LP | $ 120,183,709 |
| Receivable from investments | 2,697,344 |
| Cash | 160,000 |
| **Total assets** | $ 123,041,053 |
| **Liabilities and Members' Equity** | |
| **Liabilities** | |
| Redemptions payable | $ 2,697,344 |
| Payable to members | 160,000 |
| **Total liabilities** | 2,857,344 |
| **Members' equity** | |
| Managing member | - |
| Non-managing members | 120,183,709 |
| **Total members' equity** | 120,183,709 |
| **Total liabilities and members' equity** | $ 123,041,053 |

*See accompanying notes.*

**T2 Strategic Real Estate Income Fund, LLC**

**Statement of Operations**
**For the year ended December 31, 2016**

| | |
|---|---|
| **Investment income allocated from T2 Strategic Real Estate Income Fund Master, LP** | |
| Interest income | $ 12,659,625 |
| Real estate distributions | 444,000 |
| Other income | 53,473 |
| Total investment income allocated from T2 Strategic Real Estate Income Fund Master, LP | 13,157,098 |
| **Expenses** | |
| Management fee | 1,020,216 |
| Professional fees | 268,380 |
| Administration fee | 179,300 |
| Organization costs | 27,748 |
| Interest expense | 27,861 |
| Other expenses | 51,591 |
| Total expenses allocated from T2 Strategic Real Estate Income Fund Master, LP | 1,575,096 |
| Recoupment of expenses borne by Investment Manager | 170,943 |
| Net expenses allocated from T2 Strategic Real Estate Income Fund Master, LP | 1,746,039 |
| **Net investment income** | 11,411,059 |
| **Realized and unrealized gain on investments allocated from T2 Strategic Real Estate Income Fund Master, LP** | |
| Net realized gain on investments | 318,093 |
| Net change in unrealized appreciation on investments | 728,096 |
| **Net gain on investments allocated from T2 Strategic Real Estate Income Fund Master, LP** | 1,046,189 |
| **Net increase in members' equity resulting from operations before performance allocation to the General Partner of T2 Strategic Real Estate Income Fund Master, LP** | 12,457,248 |
| **Performance allocation to the General Partner of T2 Strategic Real Estate Income Fund Master, LP** | (2,642,100) |
| **Net increase in members' equity resulting from operations** | $ 9,815,148 |

*See accompanying notes.*



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00000178

**T2 Strategic Real Estate Income Fund, LLC**

**Statement of Changes in Members' Equity (Net Assets)**
**For the year ended December 31, 2016**

| | Class A | Class C | Total |
|---|---|---|---|
| **Operations** | | | |
| Net investment income | $ 10,740,538 | $ 670,521 | $ 11,411,059 |
| Net realized gain on investments allocated from T2 Strategic Real Estate Income Fund Master, LP | 298,065 | 20,028 | 318,093 |
| Net change in unrealized appreciation on investments allocated from T2 Strategic Real Estate Income Fund Master, LP | 676,191 | 51,905 | 728,096 |
| Performance allocation to the General Partner of T2 Strategic Real Estate Income Fund Master, LP | (2,345,118) | (296,982) | (2,642,100) |
| Net increase in members' equity resulting from operation | 9,369,676 | 445,472 | 9,815,148 |
| **Capital unit transactions** | | | |
| Contributions | 53,049,268 | 614,744 | 53,664,012 |
| Distributions | (10,606,714) | (394,241) | (11,000,955) |
| Net increase in members' equity resulting from capital unit transactions | 42,442,554 | 220,503 | 42,663,057 |
| **Net change in members' equity** | 51,812,230 | 665,975 | 52,478,205 |
| Members' equity, beginning of year | 62,485,641 | 5,219,863 | 67,705,504 |
| Members' equity, end of year | $ 114,297,871 | $ 5,885,838 | $ 120,183,709 |

*See accompanying notes.*



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00000179

**T2 Strategic Real Estate Income Fund, LLC**

**Statement of Cash Flows**
**For the year ended December 31, 2016**

| | |
|---|---|
| **Cash flows for operating activities** | |
| Net increase in members' equity resulting from operations | $ 9,815,148 |
| Adjustments to reconcile net increase in members' equity resulting from operations to net cash used in operating activities: | |
| Net appreciation on investment in T2 Strategic Real Estate Income Fund Master, LP | (9,815,148) |
| Distributions from T2 Strategic Real Estate Income Fund Master, LP | 11,000,955 |
| Investments in T2 Strategic Real Estate Income Fund Master, LP | (53,664,012) |
| Changes in assets and liabilities: | |
| Receivable from investments | (2,697,344) |
| Payable to members | 160,000 |
| **Net cash used in operating activities** | (45,200,401) |
| **Cash flows from financing activities** | |
| Capital contributions, net of change in capital contributions received in advance | 51,854,012 |
| Capital distributions, net of change in redemptions payable | (8,303,611) |
| **Net cash provided by financing activities** | 43,550,401 |
| **Net change in cash** | (1,650,000) |
| **Cash,** beginning of year | 1,810,000 |
| **Cash,** end of year | $ 160,000 |

*See accompanying notes.*



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00000180

# T2 Strategic Real Estate Income Fund, LLC

## NOTES TO FINANCIAL STATEMENTS

---

### 1. Nature of operations and summary of significant accounting policies

*Nature of Operations*

T2 Strategic Real Estate Income Fund, LLC (the Fund), a Delaware limited liability company, commenced operations on March 29, 2014. The Fund is organized as a feeder fund of T2 Strategic Real Estate Income Fund Master, LP (the Master Fund). The Master Fund was organized for the purpose of originating and acquiring commercial real estate mortgages as well as preferred equity positions within commercial real estate properties. The Fund invests substantially all of its assets in the Master Fund. The Fund is managed by T2 Realty Capital Management, LLC (the Investment Manager). Both the Fund and the Master Fund are also managed by T2 SREI Fund GP, LLC (the General Partner).

At December 31, 2016, the Fund owned 100% of the Master Fund.

*Basis of Presentation*

The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America (U.S. GAAP) as detailed in the Financial Accounting Standards Board's Accounting Standards Codification (ASC). In accordance with ASC 946, *Financial Services – Investment Companies* (ASC 946), the Fund has determined that it is an investment company and has applied the guidance in accordance with ASC 946.

*Investment in Master Fund*

The Fund records its investment in the Master Fund at fair value, including its share of the Master Fund's profit or loss during the year. The Fund has similar investment objectives as the Master Fund. The financial statements of the Fund should be read in conjunction with the financial statements of the Master Fund, which are attached to and are an integral part of these financial statements.

Valuation of securities by the Master Fund is discussed in Note 2 of the Master Fund's notes to the financial statements.

*Investment Income and Expenses*

The Fund records its proportionate share of the Master Fund's income, expenses, and realized and unrealized gains and losses. In addition, the Fund also records and accrues its own expenses, if applicable.

*Income Taxes*

The Fund is generally not subject to income taxes. As a result, each member is individually responsible for reporting income or loss, to the extent required by federal and state income tax laws and regulations, based on its respective share of the Fund's income and expense as reported for income tax purposes.

# T2 Strategic Real Estate Income Fund, LLC

**NOTES TO FINANCIAL STATEMENTS**

---

**1. Nature of operations and summary of significant accounting policies (continued)**

*Income Taxes (continued)*

A tax position is recognized only if it is more likely than not that the tax position would be sustained in a tax examination, with a tax examination being presumed to occur. The amount recognized is the largest amount that has a greater than 50% likelihood of being realized upon examination. The Fund had no material unrecognized federal or state tax benefits for the year ended December 31, 2016, or any other tax years that are open for examination, which generally include the current and prior three years. There have been no material changes in unrecognized tax benefits during the current year. The Fund did not have any material amounts accrued for interest and penalties at December 31, 2016. Interest or penalties on income taxes, if incurred, are recognized on the statement of operations.

*Receivable from Investments*

Receivable from investments represent amounts due to the Fund for withdrawals made from the Master Fund effective through December 31, 2016.

*Redemptions Payable*

Redemptions payable represent amounts due to members based on withdrawals effective through December 31, 2016.

*Payable to Members*

Payable to Members represents amounts due to members who erroneously wired money to the Fund. The amount due was returned to the members in January 2017.

*Income Allocation*

In accordance with the operating agreement, increases or decreases in the members' equity of the Fund are allocated quarterly to the individual members in proportion to their respective pro rata ownership of the Fund subject to the performance allocation noted herein.

*Use of Estimates*

The preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00000182

# T2 Strategic Real Estate Income Fund, LLC

**NOTES TO FINANCIAL STATEMENTS**

---

## 2. Management fee

The Master Fund pays a quarterly management fee in advance to the Investment Manager equal to 1.25% per annum of each members' net equity for those members with a capital commitment of less than $3 million, and 1.00% per annum of each member's net equity for those members with a capital commitment equal to or greater than $3 million. The Investment Manager may agree to reduce or waive the foregoing percentage fees with respect to a particular member, including employees and affiliates of the Investment Manager.

## 3. Performance allocation

For each Class A Unit, the General Partner of the Master Fund will be allocated a performance allocation (Performance Allocation) (calculated and allocated annually or as of any date on which Units are redeemed) equal to 20% of the amount of net new profits of the member interests in the Master Fund attributable to such Class A Unit subject to (i) a non-cumulative "hurdle amount" which is calculated from the first day of each calendar year of the Master Fund at a rate of 6% (prorated for any period less than a full calendar year) and (ii) a catch-up whereby the General Partner is allocated 100% of the net new profits once the hurdle amount is exceeded and until the catch up equals 20% of the sum of the allocations under the catch up and the hurdle amount. For each Class C Unit, the General Partner of the Master Fund will be allocated a performance allocation (calculated and allocated annually or as of any date on which Units are redeemed) equal to 40% of the amount of net new profits of the member interests in the Master Fund attributable to Class C Unit subject to (i) a non-cumulative "hurdle amount" which is calculated from the first day of each calendar year of the Master Fund at a rate of 6% (prorated for any period less than a full calendar year) and (ii) a catch-up whereby the General Partner is allocated 100% of the net new profits once the hurdle amount is exceeded and until the catch up equals 40% of the sum of the allocations under the catch up and the hurdle amount. The Performance Allocation is made on a "high watermark" basis, which means that the Performance Allocation is made only with respect to net new profits. If, with respect to a member's indirect interest in the Master Fund, the Master Fund has a net loss in any period followed by net profit, no Performance Allocation will be made with respect to such subsequent appreciation until such net loss has been recovered. The high watermark will be appropriately adjusted for distributions.

## 4. Expense Recoupment

According to the terms of the offering documents, professional expenses of the Fund incurred from the period beginning March 29, 2014 (commencement of operations) and ended March 31, 2015, shall be borne by the Investment Manager provided that at the end of any calendar quarter these expenses would not exceed an amount calculated at an annual rate of 1.5% of the Fund's net asset value for that quarter (Recoupment Cap). The Investment Manager shall be entitled to recoup any waived expenses previously paid to the extent such expenses have not already been recouped and so long as such recoupment would not exceed the Recoupment Cap. This expense is waived at the Master Fund and allocated to the Fund. For the year ended December 31, 2016, the Investment Manager recouped $170,943 of such previously waived expenses. As of December 31, 2016, there are no expenses previously waived that are still eligible to be recouped by the Investment Manager.

# T2 Strategic Real Estate Income Fund, LLC

## NOTES TO FINANCIAL STATEMENTS

### 5. Unit Capital

The Fund will seek capital commitments on an ongoing basis from qualified investors who will become members in the Fund. During the year ended December 31, 2016, the Fund offered Class A and Class C Units which are both issued at $100 per Unit. Contributions may be made at the beginning of each quarter. The minimum initial commitment shall be $100,000 and subsequent commitments shall be a minimum of $50,000 though these minimums may be waived as determined by the Investment Manager. In order to properly allocate the Performance Allocation assessed at the Master Fund, the Fund will issue a separate series of Class A or Class C Units each time a new commitment is made.

After a twelve month lock-up, members can redeem their Units on the last day of any calendar quarter with sixty days prior written notice.

Unit transactions for the year ended December 31, 2016 are shown on the following pages:

# T2 Strategic Real Estate Income Fund, LLC

## NOTES TO FINANCIAL STATEMENTS

### 5. Unit Capital (continued)

| | Beginning Net Assets | Amounts Issued | Amounts Transferred/Series Collapse | Amounts Redeemed | Ending Net Assets | Ending NAV Per Share |
|---|---|---|---|---|---|---|
| **Class A1** | | | | | | |
| Series 1 | $ 6,689,127 | $ 685,183 | $ 5,215,151 | $ (1,311,145) | $ 12,839,866 | $ 134.71 |
| Series 4 | 1,944,384 | 11,872 | (1,912,572) | (43,684) | - | - |
| Series 5 | 2,443,126 | 9,610 | (2,398,257) | (54,479) | - | - |
| Series 6 | 1,912,928 | 11,659 | (1,882,179) | (42,408) | - | - |
| Series 7 | 2,972,072 | 28,221 | (2,934,821) | (65,472) | - | - |
| Series 8 | - | 2,172,172 | - | (155,723) | 2,234,560 | 110.42 |
| Series 9 | - | 3,190,658 | - | (146,349) | 3,257,386 | 106.86 |
| Series 9a | - | - | 498,959 | (23,296) | 509,497 | 135.24 |
| Series 10 | - | 4,604,125 | - | (103,553) | 4,681,597 | 104.00 |
| Series 11 | - | 5,780,000 | - | - | 5,892,234 | 101.94 |
| | | | | | - | |
| **Class A2** | - | - | - | - | - | |
| Series 1 | 9,167,956 | 887,374 | 25,817,977 | (3,176,686) | 36,338,508 | 135.44 |
| Series 4 | 14,425,534 | 93,856 | (14,188,162) | (331,228) | - | - |
| Series 5 | 1,967,561 | 9,589 | (1,932,316) | (44,834) | - | - |
| Series 6 | 1,093,292 | 3,220 | (1,071,746) | (24,766) | - | - |
| Series 7 | 6,066,074 | 59,095 | (5,988,644) | (136,525) | - | - |
| Series 7a | 4,972,509 | 55,421 | (4,914,540) | (113,390) | - | - |
| Series 8 | - | 11,244,106 | - | (805,898) | 11,569,510 | 110.63 |
| Series 9 | - | 8,248,944 | - | (384,520) | 8,425,485 | 107.02 |
| Series 9a | - | - | 2,532,345 | (120,794) | 2,587,124 | 134.91 |
| Series 10 | - | 8,601,767 | - | (196,360) | 8,750,990 | 104.10 |
| Series 11 | - | 6,151,914 | - | - | 6,274,446 | 101.99 |
| Series 11a | - | - | 3,158,805 | (183,840) | 3,039,084 | 134.77 |
| | | | | | - | |
| **Class A3** | - | - | - | - | - | |
| Series 1 | 619,758 | 107,881 | 513,676 | (108,311) | 1,263,499 | 138.34 |
| Series 2 | 513,676 | 12,538 | (513,676) | (12,538) | - | - |
| Series 3 | - | 160,590 | - | (10,590) | 165,113 | 110.08 |
| Series 4 | - | 136,760 | - | (6,761) | 139,955 | 107.66 |
| | - | - | - | - | - | |
| **Class A4** | - | - | - | - | - | |
| Series 1 | 7,697,644 | 782,713 | - | (3,003,564) | 6,329,017 | 114.00 |
| | | | - | | - | |
| **Class C2** | - | - | - | - | - | |
| Series 1 | 4,217,221 | 24,744 | 985,901 | (347,299) | 5,281,967 | 121.76 |
| Series 3 | 389,928 | - | (383,361) | (6,567) | - | - |
| Series 4 | 510,813 | - | (502,312) | (8,501) | - | - |
| Series 5 | 101,901 | - | (100,228) | (1,673) | - | - |
| Series 6 | - | 515,000 | - | (27,554) | 527,628 | 107.98 |
| Series 7 | - | 75,000 | - | (2,647) | 76,243 | 105.27 |
| | $ 67,705,504 | $ 53,664,012 | $ - | $ (11,000,955) | $ 120,183,709 | |

# T2 Strategic Real Estate Income Fund, LLC

**NOTES TO FINANCIAL STATEMENTS**

**5. Unit Capital (continued)**

| | Beginning Shares | Shares Issued | Shares Transferred/Series Collapse | Shares Redeemed | Ending Shares |
|---|---|---|---|---|---|
| **Class A1** | | | | | |
| Series 1 | 54,828.34 | 5,342.62 | 89,395.20 | (54,250.16) | 95,316.00 |
| Series 4 | 17,465.48 | 106.63 | (17,179.79) | (392.32) | - |
| Series 5 | 22,668.69 | 89.15 | (22,252.44) | (505.40) | - |
| Series 6 | 18,185.16 | 110.81 | (17,892.90) | (403.07) | - |
| Series 7 | 29,000.00 | 275.32 | (28,636.58) | (638.74) | - |
| Series 8 | - | 21,709.53 | - | (1,472.07) | 20,237.46 |
| Series 9 | - | 31,892.12 | - | (1,410.56) | 30,481.56 |
| Series 9a | - | - | 3,944.93 | (177.48) | 3,767.45 |
| Series 10 | - | 47,029.57 | - | (2,015.11) | 45,014.46 |
| Series 11 | - | 57,800.00 | - | - | 57,800.00 |
| **Class A2** | | | | | |
| Series 1 | 74,920.15 | 8,824.43 | 214,948.39 | (30,387.95) | 268,305.02 |
| Series 4 | 129,320.76 | 841.25 | (127,193.21) | (2,968.80) | - |
| Series 5 | 18,229.12 | 88.82 | (17,902.65) | (415.29) | - |
| Series 6 | 10,383.12 | 30.57 | (10,178.55) | (235.14) | - |
| Series 7 | 59,160.86 | 576.23 | (58,405.84) | (1,331.25) | - |
| Series 7a | 45,243.69 | 514.82 | (44,727.23) | (1,031.28) | - |
| Series 8 | - | 112,183.23 | - | (7,609.44) | 104,573.79 |
| Series 9 | - | 82,429.59 | - | (3,703.35) | 78,726.24 |
| Series 9a | - | - | 20,099.52 | (923.15) | 19,176.37 |
| Series 10 | - | 85,983.59 | - | (1,923.94) | 84,059.65 |
| Series 11 | - | 61,519.14 | - | - | 61,519.14 |
| Series 11a | - | - | 23,913.66 | (1,364.07) | 22,549.59 |
| **Class A3** | | | | | |
| Series 1 | 4,995.87 | 825.14 | 4,140.74 | (828.40) | 9,133.35 |
| Series 2 | 5,000.00 | 122.02 | (5,000.00) | (122.02) | - |
| Series 3 | - | 1,600.28 | - | (100.28) | 1,500.00 |
| Series 4 | - | 1,364.91 | - | (64.91) | 1,300.00 |
| **Class A4** | | | | | |
| Series 1 | 75,000.00 | 7,286.80 | - | (26,769.32) | 55,517.48 |
| **Class C2** | | | | | |
| Series 1 | 37,400.31 | 1,995.71 | 8,743.46 | (4,757.78) | 43,381.70 |
| Series 3 | 3,680.24 | - | (3,618.26) | (61.98) | - |
| Series 4 | 4,913.01 | - | (4,831.26) | (81.75) | - |
| Series 5 | 1,000.00 | - | (983.58) | (16.42) | - |
| Series 6 | - | 5,150.00 | - | (263.62) | 4,886.38 |
| Series 7 | - | 750.00 | - | (25.72) | 724.28 |

# T2 Strategic Real Estate Income Fund, LLC

**NOTES TO FINANCIAL STATEMENTS**

---

**6. Concentration of credit risk**

The Fund is exposed to concentrations of credit risk. At times, the Fund maintains cash at a financial institution where the total cash balance is insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 per depositor, per bank. At times, the Fund may maintain balances in excess of FDIC limits. The Fund monitors this credit risk and has not experienced any losses related to this risk.

**7. Financial highlights**

The following presents the total return for a Class A1-Series 1 Unit and a Class C2-Series 1 Unit for the year ended December 31, 2016.

| Total return: | Class A | Class C |
|---|---|---|
| Total return before Performance Allocation to General Partner of Master Fund | 13.03% | 13.30% |
| Performance Allocation to General Partner of Master Fund | (2.61) | (5.32) |
| Total return after Performance Allocation to General Partner of Master Fund | 10.42% | 7.98% |

The following represents per Unit information for a Class A1-Series 1 Unit and a Class C2-Series 1 Unit for the year ended December 31, 2016.

| Per unit operating performance: | Class A | Class C |
|---|---|---|
| Beginning net asset value | $ 122.00 | $ 112.76 |
| Income from operations: | | |
| Net investment income | 11.04 | 7.50 |
| Net realized and unrealized gain on investment | 1.67 | 1.50 |
| Total from operations | 12.71 | 9.00 |
| Ending net asset value | $ 134.71 | $ 121.76 |

The following ratios are based on the weighted-average members' equity of a Class A1-Series 1 Unit and a Class C2-Series 1 Unit. Weighted-average members' equity is computed using the average of month-end members' equity.

| Ratio to average members' equity: | Class A | Class C |
|---|---|---|
| Net investment income | 11.02% | 11.45% |
| Expenses before Performance Allocation to General Partner of Master Fund | 1.78% | 1.56% |
| Recoupment of expense borne by Investment Manager | 0.18 | 0.18 |
| Performance allocation to General Partner of Master Fund | 2.45 | 5.08 |
| Net expenses after Performance Allocation to General Partner of Master Fund | 4.41% | 6.62% |

# T2 Strategic Real Estate Income Fund, LLC

## NOTES TO FINANCIAL STATEMENTS

### 7. Financial highlights (continued)

An individual member's return and ratios may vary based on different performance and/or management fee arrangements, and the timing of capital transactions. Expenses include amounts allocated from the Master Fund. Net investment income excludes the Performance Allocation to the General Partner of the Master Fund.

### 8. Subsequent events

Fund management has determined that no material events or transactions occurred subsequent to December 31, 2016, and through June 29, 2017, the date the Fund's financial statements were available for issuance, that would require adjustments to and/or additional disclosure in the Fund's financial statements.

**FINANCIAL STATEMENTS**

**T2 Strategic Real Estate Income Fund Master, LP**
**As of and for the year ended December 31, 2016**
**With Report of Independent Certified Public Accountants**

**T2 Strategic Real Estate Income Fund Master, LP**
**Table of Contents**

---


| | |
|---|---|
| **Report of Independent Certified Public Accountants** | 1 |
| **FINANCIAL STATEMENTS** | |
| Statement of Financial Condition | 2 |
| Condensed Schedule of Investments | 3 |
| Statement of Operations | 4 |
| Statement of Changes in Partners' Capital (Net Assets) | 5 |
| Statement of Cash Flows | 6 |
| Notes to Financial Statements | 7-12 |

Grant Thornton

## REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS

Grant Thornton LLP
Grant Thornton Tower
171 N. Clark Street, Suite 200
Chicago, IL 60601-3370

T +1 312 856 0200
F +1 312 565 4719
grantthornton.com

Partners
T2 Strategic Real Estate Income Fund Master, LP

We have audited the accompanying financial statements of T2 Strategic Real Estate Income Fund Master, LP (a Delaware Limited Partnership), which comprise the statement of financial condition, including the condensed schedule of investments, as of December 31, 2016, and the related statements of operations, changes in partners' capital (net assets) and cash flows for the year then ended, and the related notes to the financial statements.

### Management's responsibility for the financial statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditor's responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

GrantThornton

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of T2 Strategic Real Estate Income Fund Master, LP as of December 31, 2016, and the results of its operations and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

Grant Thornton LLP

Chicago, Illinois
June 29, 2017

**T2 Strategic Real Estate Income Fund Master, LP**

**Statement of Financial Condition**
**December 31, 2016**

| | |
|---|---|
| **Assets** | |
| Investments, at fair value (cost $91,695,764) | $ 93,759,479 |
| Cash | 30,612,074 |
| Interest receivable | 1,891,439 |
| Loan fee receivable | 833,000 |
| Due from related parties | 15,568 |
| Receivable from investments | 26,861 |
| Accounts receivable and prepaid expenses | 19,004 |
| **Total assets** | $ 127,157,425 |
| | |
| **Liabilities and Partners' Capital (Net Assets)** | |
| **Liabilities** | |
| Redemptions payable | $ 5,339,445 |
| Deferred financing fees | 929,212 |
| Escrow deposits | 413,946 |
| Accrued expenses and accounts payable | 236,113 |
| Deposits and other liabilities | 55,000 |
| **Total liabilities** | 6,973,716 |
| | |
| **Partners' capital (net assets)** | |
| General partner | - |
| Limited partner | 120,183,709 |
| **Total partners' capital (net assets)** | 120,183,709 |
| **Total liabilities and partners' capital (net assets)** | $ 127,157,425 |

*See accompanying notes.*



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00000193

**T2 Strategic Real Estate Income Fund Master, LP**

**Condensed Schedule of Investments**
**December 31, 2016**

| Description | Cost | Fair value | Percent of partners' capital (net assets) |
|---|---|---|---|
| **Investments** | | | |
| **Investments in real estate** | | | |
| Real estate investments | $ 6,381,206 | $ 6,640,729 | 5.53 % |
| **Investments in loan transactions** | | | |
| T2 Hoosiers LOC LLC | 7,214,655 | 7,378,250 | 6.14 |
| T2 S LaSalle, LLC | 8,500,000 | 8,597,500 | 7.15 |
| Other (each investment less than 5% of partners' capital) | 69,410,198 | 70,819,250 | 58.93 |
| Total investments in loan transactions | 85,124,853 | 86,795,000 | 72.22 |
| **Investments in private equity fund** | | | |
| Private equity fund investment (no remaining unfunded commitment) | 189,705 | 323,750 | 0.27 |
| **Total investments** | $ 91,695,764 | $ 93,759,479 | 78.02 % |

See accompanying notes.

**T2 Strategic Real Estate Income Fund Master, LP**

**Statement of Operations**
**For the year ended December 31, 2016**

| | |
|---|---|
| **Investment income** | |
| Interest income | $ 12,659,625 |
| Real estate distributions | 444,000 |
| Other income | 53,473 |
| Total investment income | 13,157,098 |
| **Expenses** | |
| Management fee | 1,020,216 |
| Professional fees | 268,380 |
| Administration fee | 179,300 |
| Organization costs | 27,748 |
| Interest expense | 27,861 |
| Other expenses | 51,591 |
| Total expenses | 1,575,096 |
| Recoupment of expenses borne by Investment Manager | 170,943 |
| Net expenses | 1,746,039 |
| **Net investment income** | 11,411,059 |
| **Realized and unrealized gain on investments** | |
| Net realized gain on investments | 318,093 |
| Net change in unrealized appreciation on investments | 728,096 |
| **Net gain on investments** | 1,046,189 |
| **Net income** | $ 12,457,248 |

*See accompanying notes.*

**T2 Strategic Real Estate Income Fund Master, LP**

**Statement of Changes in Partners' Capital (Net Assets)**
**For the year ended December 31, 2016**

| | General Partner | Limited Partner | Total |
|---|---|---|---|
| **Partners' capital,** beginning of year | $ - | $ 67,705,504 | $ 67,705,504 |
| **Capital contributions** | - | 53,664,012 | 53,664,012 |
| **Capital distributions** | (2,642,100) | (11,000,955) | (13,643,055) |
| **Allocation of net income:** | | | |
| Allocation to partners | - | 12,457,248 | 12,457,248 |
| Performance allocation | 2,642,100 | (2,642,100) | - |
| | 2,642,100 | 9,815,148 | 12,457,248 |
| **Partners' capital,** end of year | $ - | $ 120,183,709 | $ 120,183,709 |

*See accompanying notes.*

**T2 Strategic Real Estate Income Fund Master, LP**

**Statement of Cash Flows**
**For the year ended December 31, 2016**

| | |
|---|---|
| **Cash flows for operating activities** | |
| Net income | $ 12,457,248 |
| Adjustments to reconcile net income to net cash used in operating activities: | |
| Net realized gain on investments | (318,093) |
| Net change in unrealized appreciation on investments | (728,096) |
| Purchases of investments | (49,716,627) |
| Proceeds from disposition of investments | 28,007,381 |
| Changes in assets and liabilities: | |
| Interest receivable | (1,108,451) |
| Loan fee receivable | (326,929) |
| Due from related parties | 156,506 |
| Receivable from investments | 102,500 |
| Accounts receivable and prepaid expenses | 48,966 |
| Deferred financing fees | (106,220) |
| Escrow deposits | (158,411) |
| Accrued expenses and accounts payable | 44,387 |
| Deposits and other liabilities | 40,000 |
| Interest payable | (181) |
| **Net cash used in operating activities** | (11,606,020) |
| **Cash flows from financing activities** | |
| Capital contributions, net of change in capital contributions received in advance | 53,534,012 |
| Capital distributions, net of change in redemptions payable | (9,751,677) |
| Advances under subscription line of credit | 2,000,000 |
| Repayments of subscription line of credit | (4,000,000) |
| **Net cash provided by financing activities** | 41,782,335 |
| **Net change in cash** | 30,176,315 |
| **Cash,** beginning of year | 435,759 |
| **Cash,** end of year | $ 30,612,074 |
| **Supplemental disclosure of cash flow information** | |
| Interest paid during the year | $ 28,042 |

*See accompanying notes.*



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00000197

# T2 Strategic Real Estate Income Fund Master, LP

**NOTES TO FINANCIAL STATEMENTS**

---

## 1. Nature of operations and summary of significant accounting policies

*Nature of Operations*

T2 Strategic Real Estate Income Fund Master, LP (the Master Fund), a Delaware Limited Partnership, was organized in January 2014 and commenced operations on March 29, 2014. The Master Fund employs an opportunistic investment strategy focused on generating recurring income for investors primarily through short-term debt and equity investments in commercial real estate within the United States. The Master Fund will consist of approximately 75% to 100% debt instruments and up to 25% equity investments with any uninvested capital or balance held in cash or cash equivalents. The Master Fund also may invest up to 35% of its assets in commercial mortgage-backed securities (CMBS). Specifically, the Master Fund seeks to originate, invest in, acquire or own first, junior or participation interests in loans, debt instruments and other financings secured by a broad range of commercial real properties or interests in commercial real properties including CMBS. Master Fund investments are structured as senior debt (secured by first mortgages on the related property), mezzanine debt (secured by junior mortgages on a property or properties), preferred equity investments or hybrid investments in entities that own the related property. The Master Fund had two Partners: T2 Strategic Real Estate Income Fund, LLC (the Feeder Fund), and T2 SREI Fund, GP, LLC (the General Partner), which has an investment in the Master Fund to facilitate the calculation of the performance allocation. The Feeder Fund invests substantially all of its assets in the Master Fund.

The Master Fund is managed by the General Partner which conducts due diligence on each investment to maximize value and minimize risk through disciplined investing and active management. Investments are national in scope and are located in several major U.S. cities, as well as secondary and tertiary locations with a large percentage in the Midwest.

The Master Fund's real estate investments are generally made through special purpose entities set up as limited liability companies (Investment Companies). The Investment Companies hold and operate the real property until the date of disposal.

*Basis of Presentation*

The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America (U.S. GAAP) as detailed in the Financial Accounting Standards Board's Accounting Standards Codification (ASC). In accordance with ASC 946, Financial Services – Investment Companies (ASC 946), the Master Fund has determined that it is an investment company and has applied the guidance in accordance with ASC 946.

*Income and Expenses and Investment Transactions*

Income and expenses are recognized on an accrual basis. Certain income items, questionable as to collection, are recognized when cash is received. Realized gains and losses are calculated by the cost recovery method. Realized and unrealized gains and losses are recorded on the accompanying statement of operations. Interest income on the accompanying statement of operations includes loan origination points, exit points, loan modification fees, and extension fees all of which are defined in the underlying loan agreements. Real estate distribution income includes cash distributions from real estate investment properties.

# T2 Strategic Real Estate Income Fund Master, LP



## 1. Nature of operations and summary of significant accounting policies (continued)

*Income Taxes*

The Master Fund has elected to be taxed as a partnership. As a result, each partner is individually responsible for reporting income or loss, to the extent required by federal and state income tax laws and regulations, based on its respective share of the Master Fund's income and expense as reported for income tax purposes.

A tax position is recognized only if it is more likely than not that the tax position would be sustained in a tax examination, with a tax examination being presumed to occur. The amount recognized is the largest amount that has a greater than 50% likelihood of being realized upon examination. The Master Fund had no material unrecognized federal or state tax benefits for the year ended December 31, 2016, or any other tax years that are open for examination, which generally include the current and prior three years. There have been no material changes in unrecognized tax benefits during the current period. The Master Fund did not have any material amounts accrued for interest and penalties at December 31, 2016. Interest or penalties on income taxes, if incurred, are recognized on the statement of operations.

*Redemptions payable*

Redemptions payable represent amounts due to the limited partner based on withdrawals effective through December 31, 2016.

*Income Allocation*

In accordance with the Master Fund agreements, increases or decreases in the net assets of the Master Fund are allocated quarterly to the individual capital accounts of all of the partners, including the General Partner, in proportion to their respective pro rata ownership of the Master Fund subject to the performance allocations noted herein.

*Use of Estimates*

The preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates. Significant estimates include the fair value of investments in real estate and loan transactions as described in Note 2.

## 2. Fair value measurements

The Master Fund defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date in the principal or most advantageous market for the asset or liability. Inputs are used in applying the various valuation techniques and broadly refer to the assumptions that market participants use to make valuation decisions, including assumptions about risk. ASC Topic 820, *Fair Value Measurements,* establishes a three-tiered hierarchy of inputs to establish a classification of fair value measurements for disclosure purposes. The fair value hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements).

# T2 Strategic Real Estate Income Fund Master, LP

**NOTES TO FINANCIAL STATEMENTS**

**2. Fair value measurements (continued)**

The three levels of the fair value hierarchy are as follows:

- Level 1 - Inputs are quoted prices (unadjusted) in active markets for identical assets or liabilities that the reporting entity has the ability to access at the measurement date. An active market for the asset or liability is a market in which transactions for the asset or liability occur with sufficient frequency and volume to provide pricing information on an ongoing basis.

- Level 2 - Inputs are other than quoted prices that are observable for the identical asset or liability, including quoted prices for similar assets or liabilities in active markets, quoted prices for identical or similar assets or liabilities in markets that are not active, and inputs other than quoted prices that are observable for the assets or liabilities.
- Level 3 - Inputs are unobservable inputs for the asset or liability (including the entity's own assumptions about the assumptions that market participants would use in pricing the asset or liability).

Because of the inherent uncertainty of valuation for investments, the values as determined may not reflect the values that could be realized upon an immediate sale or amounts that may be ultimately realized, and the differences could be material. The Master Fund's management determines the fair value of investments in the Master Fund on a quarterly basis.

The following table presents the assets carried at fair value on the statement of financial condition by level within the fair value hierarchy based on the inputs used to value them as of December 31, 2016:

| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Investment assets, at fair value | | | | |
| Loans | $ - | $ - | $ 86,795,000 | $ 86,795,000 |
| Private equity fund | - | - | 323,750 | 323,750 |
| Real estate | - | - | 6,640,729 | 6,640,729 |
| Total investment assets, at fair value | $ - | $ - | $ 93,759,479 | $ 93,759,479 |

The following table details the change in Level 3 assets for the year ended December 31, 2016:

| | Loans | Private equity fund | Real estate | Total investments |
|---|---|---|---|---|
| Beginning balance as of January 1, 2016 | $ 67,847,317 | $ 609,750 | $ 2,546,977 | $ 71,004,044 |
| Net change in unrealized appreciation and net realized gain | 442,599 | 129,912 | 473,678 | 1,046,189 |
| Purchases and capital calls | 43,085,419 | - | 6,631,208 | 49,716,627 |
| Sales and distributions received | (24,580,335) | (415,912) | (3,011,134) | (28,007,381) |
| Ending balance as of December 31, 2016 | $ 86,795,000 | $ 323,750 | $ 6,640,729 | $ 93,759,479 |
| Net change in unrealized appreciation for assets held at December 31, 2016 | $ 539,235 | $ 24,295 | $ 377,803 | $ 929,617 |

# T2 Strategic Real Estate Income Fund Master, LP



## 2. Fair value measurements (continued)

The following table provides quantitative information about the Master Fund's Level 3 fair value measurements as of December 31, 2016:

| Investment type | Fair value | Valuation techniques | Unobservable inputs | Range |
|---|---|---|---|---|
| Loans | $ 86,795,000 | Discounted cash flow | Discount rate | 5% - 30% |
| Real estate | 6,640,729 | Income approach | Rent growth | 0% - 10% |
| | | Sales comparison approach | Vacancy rates | 0% - 10% |
| | | | Capitalization rates | 5% - 10% |

***Investments in loans secured by real estate***

The Master Fund invests in loans secured by real estate. The Master Fund's fair value of loans investments is based on a discounted cash flow method taking into account the expectation of recovery value of the collateral securing the debt instruments and the time to realization of the collateral. The collateral is valued at the time of acquisition in part, using a third-party valuation that includes an analysis of the market value of the collateral. These investments in debt secured by real estate are included in Level 3 of the fair value hierarchy.

As of December 31, 2016, approximately 92.6% of the total investments represent investments in debt secured by real estate.

***Investments in real estate***

The Master Fund's investments in real estate are comprised of multi-family and industrial properties. The Master Fund intends to liquidate the real estate acquired in a timely manner. The investments are recorded at fair value in accordance with the requirements of ASC 820. The estimated fair value of investments in real estate is determined using third-party appraisals, and an assessment of the type and location of the property, including a review of comparable properties currently listed for sale or recently sold. All investments in real estate are Level 3 assets.

As of December 31, 2016, approximately 7.1% of the total investments are direct investments in real estate.

***Investments in private equity***

The Master Fund's investment in private equity represents a short term private equity fund which the General Partner has done business with in the past. The investment in private equity is valued at net asset value as of December 31, 2016.

As of December 31, 2016, approximately 0.3% of the total investments are made up of an investment in a private equity fund.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00000201

# T2 Strategic Real Estate Income Fund Master, LP

**NOTES TO FINANCIAL STATEMENTS**

---

**3. Subscription line of credit**

The Master Fund, along with the Feeder Fund, entered into a revolving subscription line-of-credit arrangement with MB Financial Bank, NA in June 2014 (the LOC). The LOC is secured by the subscription agreements in the Feeder Fund, a security pledge of the underlying assets in the Master Fund and the personal guarantees of individuals of the General Partner. The LOC provides short-term financing needs between capital calls to make investments in the Master Fund and is repaid from the subsequent capital calls. The maximum LOC commitment is $10,000,000 and the interest rate is the MB Financial Bank reference rate, as defined in the line of credit agreement. The MB Financial Bank reference rate throughout the term of the LOC has ranged from 3.25 to 3.75%. As of the date of the financial statements, the loan balance under the LOC was $0 and the interest rate was 3.75% as a result of a change in the rate on December 15, 2016. The LOC, which originally matured on June 27, 2015, was amended to mature on December 27, 2016. The LOC also has a six-month extension option, which was exercised, thereby extending the term to June 27, 2017 after which it was not extended.

**4. Concentration of credit risk**

The Master Fund is exposed to concentrations of credit risk. At times the Master Fund maintains cash at a financial institution where the total cash balance is insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 per depositor, per bank. At times, the Master Fund may maintain balances in excess of FDIC limits. The Master Fund monitors this credit risk and has not experienced any losses related to this risk.

**5. Related party transactions**

The Investment Manager is paid an annual management fee equal to the sum of the following amounts: (i) for any Limited Partner who has a Capital Commitment of less than $3 million, 1.25% per annum of each such Limited Partner's invested equity; and (ii) for any Limited Partner with a Capital Commitment equal to or greater than $3 million, 1.00% per annum of each such Limited Partner's invested equity. The management fee shall be payable quarterly, in advance. The Investment Manager may agree to reduce or waive the foregoing percentage fees with respect to a particular Limited Partner, including employees and affiliates of the Investment Manager.

For each Class A Unit, the Manager of the Master Fund will be allocated a performance allocation (Performance Allocation) (calculated and allocated annually or as of any date on which Units are redeemed) equal to 20% of the amount of net new profits of the member interests in the Master Fund attributable to such Class A Unit subject to (i) a non-cumulative "hurdle amount" which is calculated from the first day of each calendar year of the Master Fund at a rate of 6% (prorated for any period less than a full calendar year) and (ii) a catch-up whereby the Manager is allocated 100% of the net new profits once the hurdle amount is exceeded and until the catch up equals 20% of the sum of the allocations under the catch up and the hurdle amount. For each Class C Unit, the Manager of the Master Fund will be allocated a performance allocation (calculated and allocated annually or as of any date on which Units are redeemed) equal to 40% of the amount of net new profits of the member interests in the Master Fund attributable to Class C Unit subject to (i) a non-cumulative "hurdle amount" which is calculated from the first day of each calendar year of the Master Fund at a rate of 6% (prorated for any period less than a full calendar year) and (ii) a catch-up whereby the Manager is allocated 100% of the net new profits once the hurdle amount is exceeded and until the catch up equals 40% of the sum of the allocations under the catch up and the hurdle amount. The Performance Allocation is made on a "high watermark" basis, which means that the Performance Allocation is made only with respect to net new profits. If, with respect to a member's indirect interest in the Master Fund, the Master Fund has a net loss in any period followed by net profit, no Performance Allocation will be made with respect to such subsequent appreciation until such net loss has been recovered. The high watermark will be appropriately adjusted for distributions.

# T2 Strategic Real Estate Income Fund Master, LP

## NOTES TO FINANCIAL STATEMENTS

### 6. Expense Recoupment

According to the terms of the offering documents, professional expenses of the Feeder incurred from the period beginning March 29, 2014 (commencement of operations) and ended March 31, 2015, shall be borne by the Investment Manager provided that, if at the end of any calendar quarter these expenses would not exceed an amount calculated at an annual rate of 1.5% of the Feeder's net asset value for that quarter (Recoupment Cap). The Investment Manager shall be entitled to recoup any waived expenses previously paid to the extent such expenses have not already been recouped and so long as such recoupment would not exceed the Recoupment Cap. This expense is waived at the Master Fund and allocated to the Feeder. For the year ended December 31, 2016, the Investment Manager recouped $170,943 of such previously waived expenses. As of December 31, 2016, there are no expenses previously waived that are still eligible to be recouped by the Investment Manager.

### 7. Financial highlights

The following presents the total return for the Limited Partner as a whole for the year ended December 31, 2016.

Total return:

| | |
|---|---|
| Total return before Performance Allocation to General Partner | 13.29% |
| Performance Allocation to General Partner | (2.82) |
| Total return after Performance Allocation to General Partner | 10.47% |

The following ratios are based on the weighted-average net assets for the Limited Partner class taken as a whole. Weighted-average net assets are computed using the average of month-end net assets.

| | |
|---|---|
| Ratio to average Limited Partner's capital | |
| Net investment income | 11.80% |
| Expenses before performance allocation to General Partner | 1.63% |
| Recoupment of expenses borne by Investment Manager | 0.18 |
| Performance Allocation to General Partner | 2.73 |
| Net expenses after Performance Allocation to General Partner | 4.54% |

An individual Limited Partner's return and ratios may vary based on different performance and/or management fee arrangements, and the timing of capital transactions. Net investment income excludes the performance allocation to the General Partner.

### 8. Subsequent events

Fund management has determined that no material events or transactions occurred subsequent to December 31, 2016, and through June 29, 2017, the date the Master Fund's financial statements were available for issuance, that would require adjustments to and/or additional disclosure in the Master Fund's financial statements.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00000203