# EXHIBIT 82

# FINANCIAL STATEMENTS

T2 Asset Opportunity Fund IV, L.P.
As of and for the year ended December 31, 2016
With Report of Independent Certified Public Accountants

EXHIBIT NO. 82
J Brown
5-29-19
Tracy Jones, CSR, RPR, CLR

# T2 Asset Opportunity Fund IV, L.P.
## Table of Contents


**Report of Independent Certified Public Accountants** 1-2

**FINANCIAL STATEMENTS**

Statement of Assets and Liabilities 3

Statement of Operations 4

Statement of Changes in Partners' Capital (Net Assets) 5

Statement of Cash Flows 6

Notes to Financial Statements 7-10

Financial Statements and Report of Independent Certified Public Accountants of T2 Opportunity Fund IV (Master), LP 11

Grant Thornton

# REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS

Grant Thornton LLP
Grant Thornton Tower
171 N. Clark Street, Suite 200
Chicago, IL 60601-3370

T +1 312 856 0200
F +1 312 565 4719
grantthornton.com

Partners
T2 Asset Opportunity Fund IV, L.P.

We have audited the accompanying financial statements of T2 Asset Opportunity Fund IV, L.P. (a Delaware limited partnership), which comprise the statement of assets and liabilities as of December 31, 2016, and the related statements of operations, changes in partners' capital (net assets) and cash flows for the year then ended, and the related notes to the financial statements.

**Management's responsibility for the financial statements**

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

Auditor's responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

Grant Thornton

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of T2 Asset Opportunity Fund IV, L.P. as of December 31, 2016, and the results of its operations and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

Grant Thornton LLP

Chicago, Illinois
June 29, 2017

# T2 Asset Opportunity Fund IV, L.P.

## Statement of Assets and Liabilities
**December 31, 2016**

**ASSETS**

| | | |
|---|---|---|
| Investment in T2 Opportunity Fund IV (Master), LP | $ | 1,168,594 |
| Cash | | 71,122 |
| Receivable from other feeder fund | | 30,762 |
| Receivable from limited partners | | 10,500 |
| Total assets | $ | 1,280,978 |

**LIABILITIES AND PARTNERS' CAPITAL (NET ASSETS)**

| | | |
|---|---|---|
| **Liabilities** | | |
| Management fee payable | $ | 6,250 |
| Payable to limited partners | | 328 |
| Total liabilities | | 6,578 |
| **Partners' capital (net assets)** | | 1,274,400 |
| **Total liabilities and partners' capital (net assets)** | $ | 1,280,978 |

The accompanying notes are an integral part of this statement.

# T2 Asset Opportunity Fund IV, L.P.

## Statement of Operations
**For the year ended December 31, 2016**

| | |
|---|---|
| Operating revenue allocated from T2 Opportunity Fund IV (Master), LP | |
| Fee income | $ 1,797 |
| Total operating revenue allocated from T2 Opportunity Fund IV (Master), LP | 1,797 |
| Operating expenses allocated from T2 Opportunity Fund IV (Master), LP | |
| Interest expense | 10,881 |
| Professional fees | 4,779 |
| Administration fee | 1,652 |
| Other expenses | (91) |
| Total operating expenses allocated from T2 Opportunity Fund IV (Master), LP | 17,221 |
| Management fee | 25,000 |
| Total expenses | 42,221 |
| Net investment loss | (40,424) |
| Net unrealized gain on investments allocated from T2 Opportunity Fund IV (Master), LP | |
| Net change in unrealized appreciation on investments | 71,523 |
| Net unrealized gain on investments allocated from T2 Opportunity Fund IV (Master), LP | 71,523 |
| **Net increase in partners' capital (net assets) resulting from operations** | $ 31,099 |

The accompanying notes are an integral part of this statement.

# T2 Asset Opportunity Fund IV, L.P.

## Statement of Changes in Partners' Capital (Net Assets)
**For the year ended December 31, 2016**

| | General Partner | Limited Partners | Total |
|---|---|---|---|
| **Partners' capital,** beginning of year | $ - | $ 462,984 | $ 462,984 |
| **Capital contributions** | - | 780,000 | 780,000 |
| **Reversal of syndication costs** | - | 317 | 317 |
| **Allocation of net increase in partners' capital (net assets) resulting from operations** | - | 31,099 | 31,099 |
| **Partners' capital**, end of year | **$ -** | **$ 1,274,400** | **$ 1,274,400** |

The accompanying notes are an integral part of this statement.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00028277

# T2 Asset Opportunity Fund IV, L.P.

## Statement of Cash Flows
**For the year ended December 31, 2016**

| | | |
|---|---|---|
| **Cash flows for operating activities** | | |
| Net increase in partners' capital (net assets) resulting from operations | $ | 31,099 |
| Adjustments to reconcile net increase in partners' capital (net assets) resulting from operations to net cash used in operating activities: | | |
| Net appreciation on investment in T2 Opportunity Fund IV (Master), LP | | (56,099) |
| Contributions to T2 Opportunity Fund IV (Master), LP | | (667,943) |
| Distributions from T2 Opportunity Fund IV (Master), LP | | 24,999 |
| Reversal of syndication costs funded by T2 Opportunity Fund IV (Master), LP | | (317) |
| Change in operating assets and liabilities: | | |
| Receivable from other feeder fund | | (4,526) |
| Receivable from limited partners | | (10,500) |
| Payable to limited partners | | (26,529) |
| **Net cash used in operating activities** | | (709,816) |
| **Cash flows from financing activities** | | |
| Proceeds from capital contributions | | 780,000 |
| Reversal of syndication costs | | 317 |
| **Net cash provided by financing activities** | | 780,317 |
| **Net change in cash** | | 70,501 |
| **Cash, beginning of year** | | 621 |
| **Cash, end of year** | $ | 71,122 |

The accompanying notes are an integral part of this statement.

# T2 Asset Opportunity Fund IV, L.P.

**NOTES TO FINANCIAL STATEMENTS**

---

**1. Nature of operations and summary of significant accounting policies**

*Organization*

T2 Asset Opportunity Fund IV, L.P. (the Fund), a Delaware limited partnership, commenced operations on February 9, 2015. The Fund is organized as one of two feeder funds of T2 Opportunity Fund IV (Master), LP (the Master Fund). The other feeder fund in the Master Fund, T2 Opportunity Fund IV, L.P., is an entity related to the Fund through common management. The Master Fund was organized for the purpose of originating and acquiring commercial real estate mortgages as well as preferred equity positions within commercial real estate properties. The Fund invests substantially all of its assets in the Master Fund. The Master Fund is managed by T2 Capital Management IV, LLC (the General Partner). The Master Fund is a closed-end fund. At December 31, 2016, the Fund owned approximately 4.26% of the Master Fund. The limited partners have committed total capital of $1,950,000, of which $1,267,500, or 65%, has been contributed as of December 31, 2016, resulting in an unfunded capital commitment of $682,500.

The term of the Fund will terminate on the third anniversary of the Final Closing Date of April 4, 2016, but may be extended for two additional one-year periods at the discretion of the General Partner. Further extensions require the approval of the General Partner and at least 80% of the limited partners who are not affiliated with the General Partner.

*Basis of Presentation*

The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America (U.S. GAAP) as detailed in the Financial Accounting Standards Board's Accounting Standards Codification (ASC). In accordance with ASC 946, *Financial Services – Investment Companies* (ASC 946), the Fund has determined that it is an investment company and has applied the guidance in accordance with ASC 946.

*Investment in Master Fund*

The Fund records its investment in the Master Fund at fair value, including its share of the Master Fund's profit or loss during the period. The Master Fund has similar investment objectives as the Fund. The financial statements of the Fund should be read in conjunction with the financial statements of the Master Fund, which are attached to and are an integral part of these financial statements.

Valuation of securities by the Master Fund is discussed in Note 2 of the Master Fund's notes to the financial statements.

*Investment Income and Expenses*

The Fund records its proportionate share of the Master Fund's income, expenses, and realized and unrealized gains and losses. In addition, the Fund also records and accrues its own expenses as they are incurred.

*Income Taxes*

The Fund has elected to be taxed as a partnership. As a result, each partner is individually responsible for reporting income or loss, to the extent required by federal and state income tax laws and regulations, based on its respective share of the Fund's income and expense as reported for income tax purposes.

# T2 Asset Opportunity Fund IV, L.P.

**NOTES TO FINANCIAL STATEMENTS**

---

**1. Nature of operations and summary of significant accounting policies (continued)**

*Income Taxes (continued)*

A tax position is recognized only if it is more likely than not that the tax position would be sustained in a tax examination, with a tax examination being presumed to occur. The amount recognized is the largest amount that has a greater than 50% likelihood of being realized upon examination. The Fund had no material unrecognized federal or state tax benefits for the year ended December 31, 2016, or any other tax years that are open for examination, which generally include the current and prior three years. There have been no material changes in unrecognized tax benefits during the current year. The Fund did not have any material amounts accrued for interest and penalties at December 31, 2016. Interest or penalties on income taxes, if incurred, are recognized on the statement of operations.

*Income Allocation and Distributions*

In accordance with the Fund's offering documents, increases or decreases in the net assets of the Fund are allocated to the individual capital accounts of all of the partners, including the General Partner, in proportion to their respective pro rata ownership of the Fund subject to the allocation of the carried interest described in Note 3.

*Use of Estimates*

The preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Reversal of Syndication Costs*

The reversal of syndication costs represent the reversal of costs incurred in connection with the formation of limited partnership interests. The reversal of these costs are reflected as an increase in partners' capital as shown on the statement of changes in partners' capital (net assets).

*Receivable From Other Feeder Fund*

Receivable from other feeder fund represents the amount of subsequent close interest received in the other feeder fund but due to initial closing partners in the Fund.

*Receivable From Limited Partners*

Receivable from limited partners represents amounts due from limited partners for capital calls effective prior to December 31, 2016.

*Payable To Limited Partners*

Payable to limited partners represents amounts due to initial closing partners for interest received from subsequent closing partners.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00028280

# T2 Asset Opportunity Fund IV, L.P.

**NOTES TO FINANCIAL STATEMENTS**

---

**2. Management fee**

Under the terms of the Fund's offering documents, the General Partner is responsible for decisions concerning the nature and structure of the Fund's investments and administering the affairs of the Fund.

The Fund pays a monthly management fee in arrears to the General Partner of the Fund charged on aggregate capital commitments through the Investment Period (as defined in the Fund's offering documents) and charged on commitments attributable to unrealized investments after the Investment Period. The management fee rate is specified in subscription agreements and other applicable documents. In the event the Fund is not in existence the entire month, the management fee for such month will be prorated. For the year ended December 31, 2016, the management fee totaled $25,000.

The General Partner may, at its sole discretion, waive all or part of the management fee for any of the limited partners.

**3. Distributions**

Under the terms of the Fund's offering documents, the Fund will generally distribute net proceeds attributable to the disposition of investments, together with any dividends or interest income received with respect to any investments, in the following order of priority:

(a) first, 100% to all limited partners in proportion to commitments until the cumulative amount distributed in respect of investments then and previously disposed of equals the aggregate of the following:

  (i) the funded commitments attributable to all realized investments, plus the amount of write-down, if any, with respect to each unrealized investment written down;

  (ii) the funded commitments attributable to all organizational expenses, management fees and other expenses paid to date and allocated to realized investments and unrealized investments to the extent they are permanently written down as of that time; and

  (iii) a preferred return on funded commitments attributable to all realized investments at the rate of 8% per annum compounded annually from the date the applicable capital contribution was due;

(b) second, 100% to the General Partner until such time as the General Partner has received, as its carried interest, 40% of the sum of the distributed preferred return; and

(c) thereafter, 60% to all limited partners in proportion to commitments and 40% to the General Partner as carried interest.

**4. Concentration of credit risk**

The Fund is exposed to concentrations of credit risk. The Fund maintains cash at a financial institution where the total cash balance is insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 per depositor, per bank. At times, the Fund may maintain balances in excess of FDIC limits. The Fund monitors this credit risk and has not experienced any losses related to this risk.

# T2 Asset Opportunity Fund IV, L.P.

**NOTES TO FINANCIAL STATEMENTS**

---

## 5. Financial highlights

The internal rate of return is computed based on the actual dates of cash inflows (capital contributions) and outflows (capital distributions), and the net assets at the end of the period (residual value) of the limited partners' capital accounts. The internal rate of return is presented life to date and is net of all fees and carried interest assuming disposition of assets at current fair value as follows:

| | |
|---|---|
| Internal rate of return - period from inception through January 1, 2016 | (8.77)% |
| Internal rate of return - period from inception through December 31, 2016 | 0.57 % |

The following ratios are based on the weighted-average net assets for the limited partner class taken as a whole. Weighted-average net assets are computed using the weighted-average net assets. The net investment loss does not reflect the effects of the carried interest to the General Partner. The ratios include the allocation of income and expenses from the Master Fund.

| | |
|---|---|
| Ratio to average limited partners' capital | |
| Net investment loss | (4.36)% |
| Expenses | 4.56 % |

An individual limited partner's return and ratios may vary based on different carried interest and/or management fee arrangements.

## 6. Subsequent events

Fund management has determined that no material events or transactions occurred subsequent to December 31, 2016, and through June 29, 2017, the date the Fund's financial statements were available for issuance, that would require adjustments to and/or additional disclosure in the Fund's financial statements.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00028282

# FINANCIAL STATEMENTS

**T2 Opportunity Fund IV (Master), LP**
**As of and for the year ended December 31, 2016**
**With Report of Independent Certified Public Accountants**

# T2 Opportunity Fund IV (Master), LP
## Table of Contents


| | |
|---|---|
| **Report of Independent Certified Public Accountants** | 1-2 |
| **FINANCIAL STATEMENTS** | |
| Statement of Assets and Liabilities | 3 |
| Condensed Schedule of Investments | 4 |
| Statement of Operations | 5 |
| Statement of Changes in Partners' Capital (Net Assets) | 6 |
| Statement of Cash Flows | 7 |
| Notes to Financial Statements | 8-12 |

Grant Thornton

REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS

Grant Thornton LLP
Grant Thornton Tower
171 N. Clark Street, Suite 200
Chicago, IL 60601-3370
T +1 312 856 0200
F +1 312 565 4719
grantthornton.com

Partners
T2 Opportunity Fund IV (Master), LP

We have audited the accompanying financial statements of T2 Opportunity Fund IV (Master), LP (a Delaware limited partnership), which comprise the statement of assets and liabilities, including the condensed schedule of investments, as of December 31, 2016, and the related statements of operations, changes in partners' capital (net assets) and cash flows for the year then ended, and the related notes to the financial statements.

Management's responsibility for the financial statements
Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's responsibility**
Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

GrantThornton

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of T2 Opportunity Fund IV (Master), LP as of December 31, 2016, and the results of its operations and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

Grant Thornton LLP

Chicago, Illinois
June 29, 2017

# T2 Opportunity Fund IV (Master), LP

## Statement of Assets and Liabilities
**December 31, 2016**

### ASSETS

| | | |
|---|---|---|
| Investments, at fair value (cost $34,369,775) | $ | 36,094,643 |
| Cash | | 43,464 |
| **Total assets** | $ | 36,138,107 |

### LIABILITIES AND PARTNERS' CAPITAL (NET ASSETS)

| | | |
|---|---|---|
| **Liabilities** | | |
| Subscription line of credit | $ | 8,585,983 |
| Accrued expenses and accounts payable | | 134,505 |
| Interest payable | | 16,444 |
| Total liabilities | | 8,736,932 |
| **Partners' capital (net assets)** | | 27,401,175 |
| **Total liabilities and partners' capital (net assets)** | $ | 36,138,107 |

The accompanying notes are an integral part of this statement.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00028287

# T2 Opportunity Fund IV (Master), LP

## Condensed Schedule of Investments
**December 31, 2016**

| Description | Cost | Fair value | Percent of partners' capital (net assets) |
|---|---|---|---|
| **Investments in real estate** | | | |
| **Investments in preferred equity transactions** | | | |
| T2 Argonauts I, LLC | $ 2,248,143 | $ 2,248,143 | 8.20 % |
| T2 Bliss III, LLC | 2,475,000 | 2,475,000 | 9.03 |
| T2 Bliss IV, LLC | 3,673,500 | 3,673,500 | 13.41 |
| T2 FEX MN, LLC | 2,153,847 | 2,153,847 | 7.86 |
| T2 Long Grove I, LLC | 4,612,500 | 4,612,500 | 16.83 |
| T2 Spartan RESI I LLC | 4,500,000 | 4,500,000 | 16.42 |
| T2 UTC Vine I, LLC | 1,450,000 | 1,450,000 | 5.29 |
| T2 Washington Street | 1,464,517 | 1,464,517 | 5.34 |
| T2 WBL, LLC | 1,542,720 | 3,000,000 | 10.95 |
| T2 Woodfield Hospitality LLC | 6,507,086 | 6,507,086 | 23.76 |
| Other | 3,742,462 | 4,010,050 | 14.64 |
| **Total investments** | $ 34,369,775 | $ 36,094,643 | 131.73 % |

The accompanying notes are an integral part of this statement.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00028288

# T2 Opportunity Fund IV (Master), LP

## Statement of Operations
**For the year ended December 31, 2016**

| | | |
|---|---|---|
| Operating revenue | | |
| Fee income | $ | 77,837 |
| Total operating revenue | | 77,837 |
| Operating expenses | | |
| Interest expense | | 266,387 |
| Professional fees | | 122,319 |
| Administration fee | | 42,000 |
| Other expenses | | 10,564 |
| Total operating expenses | | 441,270 |
| Net investment loss | | (363,433) |
| Net unrealized gain on investments | | |
| Net change in unrealized appreciation on investments | | 1,659,868 |
| Net unrealized gain on investments | | 1,659,868 |
| **Net increase in partners' capital (net assets) resulting from operations** | $ | 1,296,435 |

The accompanying notes are an integral part of this statement.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00028289

# T2 Opportunity Fund IV (Master), LP

## Statement of Changes in Partners' Capital (Net Assets)
**For the year ended December 31, 2016**

| | General Partner | Limited Partners | Total |
|---|---|---|---|
| **Partners' capital,** beginning of year | $ - | $ 9,764,663 | $ 9,764,663 |
| **Capital contributions** | - | 16,863,219 | 16,863,219 |
| **Capital distributions** | - | (523,142) | (523,142) |
| **Allocation of net increase in partners' capital (net assets) resulting from operations** | - | 1,296,435 | 1,296,435 |
| **Partners' capital**, end of year | **$ -** | **$ 27,401,175** | **$ 27,401,175** |

The accompanying notes are an integral part of this statement.

# T2 Opportunity Fund IV (Master), LP

## Statement of Cash Flows
**For the year ended December 31, 2016**

| | | |
|---|---|---|
| **Cash flows for operating activities** | | |
| Net increase in partner's capital (net assets) resulting from operations | $ | 1,296,435 |
| Adjustments to reconcile net increase in partners' capital (net assets) resulting from operations to net cash used in operating activities: | | |
| Net change in unrealized appreciation on investments | | (1,659,868) |
| Purchases of investments | | (10,342,701) |
| Proceeds from disposition of investments | | 958,181 |
| Change in operating assets and liabilities: | | |
| Due to related party | | (300,000) |
| Accrued expenses and accounts payable | | 34,467 |
| Interest payable | | (2,469) |
| **Net cash used in operating activities** | | (10,015,955) |
| **Cash flows from financing activities** | | |
| Proceeds from capital contributions | | 16,863,219 |
| Capital distributions | | (523,142) |
| Proceeds from line of credit | | 36,175,135 |
| Repayments on line of credit | | (42,589,152) |
| **Net cash provided by financing activities** | | 9,926,060 |
| **Net change in cash** | | (89,895) |
| **Cash, beginning of year** | | 133,359 |
| **Cash, end of year** | $ | 43,464 |
| **Supplemental Disclosure of Cash Flow Information** | | |
| Cash paid for interest | $ | 268,856 |

The accompanying notes are an integral part of this statement.

# T2 Opportunity Fund IV (Master), LP

**NOTES TO FINANCIAL STATEMENTS**

---

**1. Nature of operations and summary of significant accounting policies**

*Organization*

T2 Opportunity Fund IV (Master), LP (the Master Fund), a Delaware limited partnership, commenced operations on February 9, 2015. The Master Fund employs an opportunistic investment strategy focused on exploiting idiosyncratic price dislocations among commercial real estate assets within the Midwestern United States. Specifically, the Master Fund will seek to acquire real estate properties that have a clear value-add component and also originate, invest in, or acquire first, junior or participation interests in loans, debt instruments and other financings secured by a broad range of commercial real properties or interests in commercial real properties. Financings will be structured as senior debt (secured by first mortgages on the related property), mezzanine debt (secured by junior mortgages on a property or properties or equity interests in the entities owning a property or properties), preferred equity investments or hybrid investments in entities that own the related property. The Master Fund has two limited partners: T2 Asset Opportunity Fund IV, L.P. and T2 Opportunity Fund IV, L.P. (the Feeder Funds), both of which are United States of America investment limited partnerships. The Feeder Funds invest substantially all of their assets in the Master Fund.

The Master Fund is managed by T2 Capital Management IV, LLC (the General Partner), which conducts due diligence on each investment to maximize value and minimize risk through disciplined investing and active management. Investments are national in scope and are located in several major U.S. cities, as well as secondary and tertiary locations with a large percentage in the Midwest.

The Master Fund's real estate investments are generally made through joint venture structures with seasoned owner-operators through special purpose entities set up as limited liability companies (Investment Companies). The Investment Companies hold and operate the real property until the date of disposal.

The Master Fund is a closed-end fund. The Master Fund will be dissolved on the third anniversary of the final closing date, except that the General Partner may, in its sole discretion and upon at least 60 days' prior written notice to the limited partners, extend the term of the Master for 2 additional one-year periods without the consent of the limited partners.

*Basis of Presentation*

The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America (U.S. GAAP) as detailed in the Financial Accounting Standards Board's Accounting Standards Codification (ASC). In accordance with ASC 946, *Financial Services – Investment Companies* (ASC 946), the Master Fund has determined that it is an investment company and has applied the guidance in accordance with ASC 946.

*Income and Expenses*

Income and expenses are recognized on an accrual basis. Certain income items, questionable as to collection, are recognized when cash is received. Realized gains and losses are calculated by the cost recovery method.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY T2 CAPITAL MANAGEMENT T2CAPITAL_SEC_00028292

# T2 Opportunity Fund IV (Master), LP

**NOTES TO FINANCIAL STATEMENTS**

---

**1. Nature of operations and summary of significant accounting policies (continued)**

*Income Taxes*

The Master Fund has elected to be taxed as a partnership. As a result, each partner is individually responsible for reporting income or loss, to the extent required by federal and state income tax laws and regulations, based on its respective share of the Master Fund's income and expense as reported for income tax purposes.

A tax position is recognized only if it is more likely than not that the tax position would be sustained in a tax examination, with a tax examination being presumed to occur. The amount recognized is the largest amount that has a greater than 50% likelihood of being realized upon examination. The Master Fund had no material unrecognized federal or state tax benefits for the year ended December 31, 2016, or any other tax years that are open for examination, which generally include the current and prior three years. There have been no material changes in unrecognized tax benefits during the current year. The Master Fund did not have any material amounts accrued for interest and penalties at December 31, 2016. Interest or penalties on income taxes, if incurred, are recognized on the statement of operations.

*Income Allocation and Distributions*

In accordance with the offering documents, increases or decreases in the net assets of the Master Fund are allocated to the individual capital accounts of all of the partners, including the General Partner, in proportion to their respective pro rata ownership of the Master Fund.

*Use of Estimates*

The preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates. Significant estimates include the fair value of investments as described in Note 2.

**2. Fair value measurements**

The Master Fund defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date in the principal or most advantageous market for the asset or liability. Inputs are used in applying the various valuation techniques and broadly refer to the assumptions that market participants use to make valuation decisions, including assumptions about risk. ASC Topic 820, *Fair Value Measurements,* establishes a three-tiered hierarchy of inputs to establish a classification of fair value measurements for disclosure purposes. The fair value hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements).

The three levels of the fair value hierarchy are as follows:

- Level 1 - Inputs are quoted prices (unadjusted) in active markets for identical assets or liabilities that the reporting entity has the ability to access at the measurement date. An active market for the asset or liability is a market in which transactions for the asset or liability occur with sufficient frequency and volume to provide pricing information on an ongoing basis.

# T2 Opportunity Fund IV (Master), LP

**NOTES TO FINANCIAL STATEMENTS**

**2. Fair value measurements (continued)**

- Level 2 - Inputs are other than quoted prices that are observable for the identical asset or liability, including quoted prices for similar assets or liabilities in active markets, quoted prices for identical or similar assets or liabilities in markets that are not active, and inputs other than quoted prices that are observable for the assets or liabilities.

- Level 3 - Inputs are unobservable inputs for the asset or liability (including the entity's own assumptions about the assumptions that market participants would use in pricing the asset or liability).

Because of the inherent uncertainty of valuation for investments, the values as determined may not reflect the values that could be realized upon an immediate sale or amounts that may be ultimately realized, and the differences could be material. The Master Fund's management determines the fair value of investments in the Master Fund on a quarterly basis.

The following table presents the assets carried at fair value on the statement of assets and liabilities by level within the fair value hierarchy based on the inputs used to value them as of December 31, 2016:

| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Investment assets, at fair value | | | | |
| Preferred equity | $ - | $ - | $ 36,094,643 | $ 36,094,643 |

The following table details the change in Level 3 assets for the year ended December 31, 2016:

| | Preferred equity |
|---|---|
| Beginning balance as of December 31, 2015 | $ 25,050,255 |
| Net change in unrealized appreciation (depreciation) | 1,659,868 |
| Purchases and capital calls | 10,342,701 |
| Sales and distributions received | (958,181) |
| Ending balance as of December 31, 2016 | $ 36,094,643 |
| Net change in unrealized appreciation for assets held at December 31, 2016 | $ 1,659,868 |

# T2 Opportunity Fund IV (Master), LP

**NOTES TO FINANCIAL STATEMENTS**

---

**2. Fair value measurements (continued)**

The following table provides quantitative information about the Master Fund's Level 3 fair value measurements as of December 31, 2016:

| Investment type | Fair value | Valuation technique(s) | Unobservable input | Range |
|---|---|---|---|---|
| Preferred equity | $ 36,094,643 | Income approach | Rent growth | 0% - 10% |
| | | Discounted cash flow | Vacancy rates | 0% - 10% |
| | | | Discount rate | 8% - 20% |
| | | | Capitalization rates | 5% - 10% |
| | | Sales comparison approach | | |
| | | Cost approach | | |

***Investments in real estate***

The Master Fund's investments in real estate comprise many types of commercial properties including office, retail, multi-family, senior housing, land, and multi-use properties. The Master Fund intends to liquidate the real estate acquired in a timely manner. Investments are generally valued at the initial cost to the Master Fund for the first six months following an acquisition, except in the event of a significant transaction or event that indicates a different value is more appropriate. After the initial six months, the investments are recorded at fair value in accordance with the requirements of ASC 820. The estimated fair value of investments in real estate is determined using third-party appraisals, internally prepared discounted cash flow models, and an assessment of the type and location of the property, including a review of comparable properties currently listed for sale or recently sold. All investments in real estate are Level 3 assets.

As of December 31, 2016, all of the investments are direct investments in real estate.

**3. Concentration of credit risk**

The Master Fund is exposed to concentrations of credit risk. The Master Fund maintains cash at a financial institution where the total cash balance is insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 per depositor, per bank. At times, the Master Fund may maintain balances in excess of FDIC limits. The Master Fund monitors this credit risk and has not experienced any losses related to this risk.

**4. Subscription line of credit**

The Master Fund, along with the Feeder Funds, entered into a revolving subscription line-of-credit arrangement with MB Financial Bank, N.A. in February 2015 (the LOC). The LOC is secured by the subscription agreements in the Feeder Funds, a security pledge of the underlying assets in the Master Fund and the personal guarantees of individuals of the General Partner. The LOC provides short-term financing needs between capital calls to make investments in the Master Fund and is repaid from the subsequent capital calls. The maximum LOC balance is $15,000,000 and the interest rate is the MB Financial Bank, N.A. reference rate as defined in the LOC agreement. The MB Financial Bank, N.A. reference rate was 3.50% through December 15, 2016 and 3.75% thereafter. The LOC originally matured on February 15, 2017 and included a one-time extension option, which was exercised, thereby extending the maturity to October 4, 2017.

# T2 Opportunity Fund IV (Master), LP

**NOTES TO FINANCIAL STATEMENTS**

---

**5. Financial highlights**

The internal rate of return is computed based on the actual dates of cash inflows (capital contributions) and outflows (capital distributions), and the net assets at the end of the period (residual value) of the limited partners' capital accounts. The internal rate of return is presented life to date and is net of all fees and carried interest assuming disposition of assets at current fair value as follows:

| | |
|---|---|
| Internal rate of return - period from inception through January 1, 2016 | 0.52 % |
| Internal rate of return - period from inception through December 31, 2016 | 5.44 % |

The following ratios are based on the weighted-average net assets for the limited partner class taken as a whole. Weighted-average net assets are computed using the weighted-average net assets.

| | |
|---|---|
| Ratio to average limited partners' capital | |
| Net investment loss | (1.72)% |
| Expenses | 2.09 % |

**6. Subsequent events**

Fund management has determined that no material events or transactions occurred subsequent to December 31, 2016, and through June 29, 2017, the date the Master Fund's financial statements were available for issuance, that would require adjustments to and/or additional disclosure in the Master Fund's financial statements.