Kenneth E. Yeadon Ill. Bar No. 6273281
Email: kyeadon@hinshawlaw.com
Attorney for Defendants Criterion Wealth Management Insurance Services, Inc. and Robert Allen Gravette
Hinshaw & Culbertson LLP
151 N. Franklin Blvd., Ste. 2500
Chicago, Illinois 60606
Telephone: (312) 704-3524
Facsimile: (312) 704-3000

Jeffrey R. Thomas, Cal. Bar No. 179327
Email: jthomas@thomaslawllc.com
Attorney for Defendant Mark A. MacArthur
Thomas Law LLC
3801 E Florida Ave, Ste. 107
Denver, Colorado 80210
Telephone: 720.330.2805

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC., et al.

Defendants.

**Case No. 2:20-cv-01402-SPG-JEM**

**DECLARATION OF JANE JARCHO**

Ctrm: 5C
Judge: Hon. Sherilyn Peace Garnett

Pre-Trial Conf. Date: 4/26/2023
Trial Date: 5/16/2023

I, Jane Jarcho, declare pursuant to 28 U.S.C. § 1746 that:

1. I am over 21 years of age, and have personal knowledge of the facts set forth in this declaration unless otherwise stated.

2. At trial in the above-captioned matter, I will testify consistent with my initial and rebuttal expert reports identified as Exhibits 166-1 and 167-1 on the parties' Joint Exhibit List filed on March 22, 2023 at docket 125.

3. Exhibits 166-1 and 167-1 are attached to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ___th day of March 2023.

______________________________

Jane Jarcho

I, Jane Jarcho, declare pursuant to 28 U.S.C. § 1746 that:

1. I am over 21 years of age, and have personal knowledge of the facts set forth in this declaration unless otherwise stated.

2. At trial in the above-captioned matter, I will testify consistent with my initial and rebuttal expert reports identified as Exhibits 166-1 and 167-1 on the parties' Joint Exhibit List filed on March 22, 2023 at docket 125.

3. Exhibits 166-1 and 167-1 are attached to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29 th day of March 2023.

Jane Jarcho

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March 2022, I served **JANE JARCHO'S DECLARATION** via electronic mail on the following counsel:

Charles E. Canter (Cal. Bar No. 263197)
Email: canterc@sec.gov
DoHoang T. Duong (Cal. Bar No. 219127)
Email: duongdo@sec.gov
Michael Raymond Sew Hoy (Cal. Bar No. 243391)
Email: sewhoym@sec.com
444 South Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904
***Attorneys for Plaintiff***
***Securities and Exchange Commission***

Jeffrey R. Thomas, Cal. Bar No. 179327
Email: jthomas@thomaslawllc.com
Thomas Law LLC
3801 E Florida Ave, Ste. 107
Denver, Colorado 80210
Telephone: 720.330.2805
**Attorney for Defendant Mark A. MacArthur**

*/s/ Kenneth E. Yeadon*