CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
DANIEL S. LIM (Cal. Bar No. 292406)
Email: limda@sec.gov
DOHOANG T. DUONG (Cal. Bar No. 219127)
Email: duongdo@sec.gov
Michele Wein Layne, Regional Director
Katharine Zoladz, Associate Regional Director
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904
Attorneys for Plaintiff
Securities and Exchange Commission

KENNETH E. YEADON (Ill. Bar. No. 6273281)
Email: kyeadon@hinshawlaw.com
Hinshaw & Culbertson LLP
151 N. Franklin Blvd., Ste. 2500
Chicago, Illinois 60606
Telephone: (312) 704-3524
Facsimile: (312) 704-3000
Attorney for Defendants Criterion Wealth
Management Insurance Services, Inc. and
Robert Allen Gravette

JEFFREY R. THOMAS (Cal Bar. No. 179327)
Email: jthomas@thomaslawllc.com
Thomas Law LLC
3773 Cherry Creek North Dr., Ste. 717
Denver, Colorado 80209
Telephone: 720.330.2805
Attorney for Defendant Mark A. MacArthur

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC., *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-01402-SPG-JEM<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC. UNDER RULE 41(a)(1)(A)(ii)** |

WHEREAS, Plaintiff Securities and Exchange Commission has filed a complaint against Defendants Criterion Wealth Management Insurance Services, Inc. ("Criterion"), Robert Allen Gravette, and Mark Andrew MacArthur, ECF No. 1, and all Defendants have answered, ECF Nos. 21 & 22.

WHEREAS, Criterion has ceased operations and Defendant Gravette, on Criterion's behalf, has filed a Certificate of Dissolution with the California Secretary of State.

THEREFORE, the Parties hereby stipulate and agree that Criterion be dismissed from this action, without a court order, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Pursuant to Local Rule 5-4.3.4, the filer, Charles E. Canter, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted.

Dated: June 8, 2023

SECURITIES AND EXCHANGE COMMISSION

By: */s/ Charles E. Canter*
    Charles E. Canter
    Daniel S. Lim
    DoHoang T. Duong
    Attorneys for
    Plaintiff Securities and Exchange Commission

| | |
|---|---|
| Dated: June 8, 2023 | HINSHAW & CULBERTSON LLP<br><br>By: */s/ Kenneth E. Yeadon*<br>    Kenneth E. Yeadon<br>    Attorneys for<br>    Defendants Criterion Wealth<br>    Management Insurance Services, Inc.<br>    and Robert Allen Gravette |
| Dated: June 8, 2023 | THOMAS LAW LLC<br><br>By: */s/ Jeffrey R. Thomas*<br>    Jeffrey R. Thomas<br>    Attorneys for<br>    Defendant Mark A. MacArthur |

2

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

      U.S. SECURITIES AND EXCHANGE COMMISSION,
      444 S. Flower Street, Suite 900, Los Angeles, California 90071
      Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On June 8, 2023, I caused to be served the document entitled **STIPULATION OF DISMISSAL AS TO DEFENDANT CRITERION WEALTH MANAGEMENT INSURANCE SERVICES, INC. UNDER RULE 41(a)(1)(A)(ii)** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

      I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 8, 2023                  */s/ Charles E. Canter*
                                            Charles E. Canter

*SEC v. Criterion Wealth Management Insurance Services, Inc., et al.*
United States District Court for the Central District of California
Case No. 2:20-cv-01402-SPG-JEM

### SERVICE LIST

Kenneth E. Yeadon, Esq.
Hinshaw & Culbertson LLP
151 North Franklin Boulevard
Suite 2500
Chicago, IL 60606
Email:  kyeadon@hinshawlaw.com
*Attorney for Defendants Criterion Wealth Management Insurance Services, Inc., and Robert Allen Gravette*

Jeffrey R. Thomas, Esq.
Thomas Law LLC
3801 E. Florida Ave.
Suite 107
Denver, CO 80210
Email:  jthomas@thomaslawllc.com
*Attorney for Defendant Mark Andrew MacArthur*